IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLANIA

| | | |
|---|---|---|
| KEVIN S. FOOR d/b/a BDT OF SAXTON : | | Case No. 19-70130 |
| d/b/a SAXTON STATION PHARMACY : | | |
| : | | |
| Debtor : | | Chapter 13 |
| : | | |

## VERIFICATION

     I, KEVIN S. FOOR, am the Debtor, in Chapter 13 Bankruptcy Action No. 19-70130. I verify that I was the owner of Saxton Station Pharmacy which business closed on February 22, 2019. I presently have no income however I will be starting full-time employment on March 18, 2019, and will provide a paystub to the Chapter 13 Trustee as soon as my first one is received. I further verify that I did receive a monthly salary from Saxton Station Pharmacy for the prior 6 month period (August, 2018 through January, 2019) as set forth in my Chapter 13 Petition on Debtor's Statement of Monthly Income. Documentation of 2018 Year-end figures will also be provided to the Chapter 13 Trustee as soon as they become available. These statements are true and correct to the best of my knowledge and belief. I understand that false statements made herein are made subject to the penalties of 18 Pa.C.S. §4904 relating to unsworn falsification to authorities.

                                                              /s/Kevin S. Foor_____

Dated:   March 8, 2019