

**LABOR & INDUSTRY**
COMMONWEALTH OF PENNSYLVANIA

PA DEPARTMENT OF LABOR AND INDUSTRY
BUREAU OF UC BENEFITS AND ALLOWANCES
EMPLOYERS' CHARGE SECTION
P.O. BOX 67504
HARRISBURG, PA 17106-7504

05-05993    3    REVISED

# REQUEST FOR RELIEF FROM CHARGES

BDT OF SAXTON LLC
509 MAIN STREET SUITE 102
SAXTON PA 16678

CLAIMANT: SANDY K. FOOR

SOC. SEC. NO: ###-##-5949

EMPLOYERS' CHARGE SECTION
P.O. BOX 67504
HARRISBURG, PA 17106-7504
FAX NO. 717/772-0398

LAST DATE FOR TIMELY REQUEST: **
FOR CO USE ONLY: 03-18-19

| EMPLOYER ACCOUNT NUMBER | EMPLOYE SOC. SEC. NO. | EMPLOYE | DATE OF APPLICATION | BENEFIT YEAR ENDING DATE | BASE-YEAR PERIOD FROM | TO | FINANCIAL DECISION MAILING DATE |
|---|---|---|---|---|---|---|---|
| 05-05993 | ###-##-5949 | SANDY K. FOOR | 02-10-19 | 02-08-20 | 10-01-17 | 09-30-18 | 03-01-19 |

| SERVICE CENTER | TYPE OF CLAIM | WHILE IN YOUR EMPLOY: QUARTERLY WAGES | | | | TOTAL WAGES | CREDIT WEEKS | TOTAL OF ALL EMPLOYERS WAGES | CR.WKS. | HIGH QTR. WAGES | YOUR PERCENT CHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1-18 | 2-18 | 3-18 | 4-17 | | | | | | |
| 0997 | UC | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 30,000.00 | | 30,000.00 | 52 | 7,500 | 100 |

| SEQUENCE NUMBER | UNEMPLOYMENT COMP. PAYABLE | | | DEPENDENT'S ALLOWANCE | | | ELIG. CODE |
|---|---|---|---|---|---|---|---|
| | WKLY. RATE | MAX. WKS. | MAX. ENT. | NO. DEP. | WKLY. AMT. | MAX. ENT. | |
| 7862525 | 295 | 26 | 7670 | 0 | 0 | 0 | 1 |

** SEE APPEAL INSTRUCTIONS

<u>NOTE: **LACK OF WORK** separations **DO NOT QUALIFY** for relief. **DO NOT RETURN THIS FORM**-Read and retain for your records.</u>

**FOR SEPARATIONS OTHER THAN LACK OF WORK,** FAILURE TO COMPLETE THIS COULD RESULT IN UNNECESSARY CHARGES TO YOUR UNEMPLOYMENT COMPENSATION ACCOUNT.

Section 302(a) of the PA UC Law allows you to request relief from unemployment compensation charge if an employe:

- Quit your employ without good cause attributable to the employment; or
- Was discharged from your employ for willful misconduct; or
- Was separated from your employ for reasons that involve fault on the part of the claimant; or
- Was discharged or temporarily suspended from your employ for failure to submit and/or pass a drug/alcohol test conducted pursuant to an established substance abuse policy; or
- Is still working for you in a part-time job which is continuing without material change and was separated from another base-year employer; or
- Was separated from your employ due to a cessation of business of 18 months or less caused by a disaster. A disaster is defined as a fire, flood, or other physical occurance, beyond the employer's control, caused naturally or accidentally.

**TO REQUEST RELIEF FROM CHARGES,** complete the reverse side of this form (UC-44FR) as instructed below. The enclosed Employer Information Sheet is available for further guidance, and the Employer Copy (UC-44F(3)) are for your retention.

1. COMPLETE QUESTION A and then COMPLETE THE SECTION on the reverse of this form, which best describes the reason you are requesting relief from charges. If needed, use extra paper and attach to this form.
2. SIGN and DATE this form on the reverse in the space provided.
3. MAKE A COPY of the completed form for your records.
4. MAIL or FAX your request to address above.

UC-44FR REV 5-03