IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN S. FOOR d/b/a BDT OF SAXTON d/b/a SAXTON STATION PHARMACY | Bankruptcy No. 19-70130-JAD<br><br>Chapter 13 |
| Debtor, | |

**NOTICE OF ENTRY OF APPEARANCE ON BEHALF LIVE OAK BANK**

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor Live Oak Bank as co-counsel in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

Respectfully submitted,
BERNSTEIN-BURKLEY, P.C.

BY:/s/*Keri P. Ebeck*
Keri P. Ebeck (PA ID. No.91298)
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA  15219-1900
(412) 456-8112 -- telephone
(412) 456-8135
e-mail:  kebeck@bernsteinlaw.com

Attorney for Creditor,
Live Oak Bank

Dated: 4/16/2019