# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  KEVIN S. FOOR d/b/a BDT OF SAXTON d/b/a SAXTON STATION PHARMACY<br>    Debtor.<br><br>LIVE OAK BANK,<br>     Movant,<br><br>   v.<br><br>KEVIN S. FOOR d/b/a BDT OF SAXTON d/b/a SAXTON STATION PHARMACY and RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE<br>    Respondents. | Bankruptcy 19-70130-JAD<br><br>Chapter 13<br><br>Related to Doc. No. 22 |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF LIVE OAK BANK TO DISMISS THE CASE PURSUANT TO 11 U.S.C. § 1307(c)

TO THE RESPONDENT(S):

     You are hereby notified that the above Movant seeks an order affecting your rights or property.

     You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **Monday May 13, 2019**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

     You should take this to your lawyer at once.

      A hearing will be held on **Wednesday May 31, 2019, at 11:00 a.m.** before Judge Jeffery A. Deller in Court Room  B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown, PA 15901. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Dated:  April 24, 2019    Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

*Counsel for Live Oak Bank*