IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    KEVIN S. FOOR d/b/a BDT OF SAXTON d/b/a SAXTON STATION PHARMACY<br><br>        Debtor.<br><br>LIVE OAK BANK,<br>        Movant,<br><br>        v.<br><br> KEVIN S. FOOR d/b/a BDT OF SAXTON d/b/a SAXTON STATION PHARMACY and<br><br>RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE<br><br>        Respondents. | Bankruptcy 19-70130-JAD<br><br>Chapter 13<br><br>Related to Doc. No. 22 & 23 |

**CERTIFICATE OF SERVICE OF MOTION OF LIVE OAK BANK TO DISMISS THE CASE PURSUANT TO 11 U.S.C. § 1307(c) and NOTICE OF MOTION**

        I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on April 24, 2019 I served copies of the Motion of Live Oak Bank to Dismiss the Case Pursuant to 11 U.S.C. § 1307(c) and Notice of Motion upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

Kevin S. Foor
907 Frame Church Road
Everett, PA 15537

James R. Huff, II, Esq.
Counsel to Debtor
Sullivan Forr Stokan & Huff
1701 Fifth Avenue
Altoona, PA 16602

Ronda J. Winnecour
Suite 3250, USX Tower

600 Grant Street
Pittsburgh, PA 15219


U.S Trustee
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

and:

    Service by CM/ECF electronic notification on all parties registered to receive electronic notification.


                                      Respectfully submitted,

                                      BERNSTEIN-BURKLEY, P.C.


                                      By: /s/ Keri P. Ebeck
                                      Keri P. Ebeck
                                      PA I.D. # 91298
                                      kebeck@bernsteinlaw.com
                                      707 Grant Street, Suite 2200
                                      Pittsburgh, PA 15219
                                      412-456-8112
                                      Fax: (412) 456-8120

                                      *Counsel for Live Oak Bank*