MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

**Case Name:** _FOOR_ _____ **JAD**

**Case Number:** _19-70130_

**Date of Meeting:** _4 / 26 / 19_      Recording # _____

**Debtor(s) present** ___ **or Not Present** ___ (__ No Payments Made or _✓_ partial payments)

**Attorney for debtor(s)** _NUFF_ _____ (Present _✓_ or Not Present____ )

**Date of Plan at § 341:** _____   Applicable commitment period ___3 yrs ___5 yrs

EBICK — Live Oak Bank

Will file motion to convert to CH-11
> debt limits

FILED
2019 MAY -2 P 12: 55
U.S. BANKRUPTCY COURT
CLERK'S COPY WF

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
__✓__ Meeting NOT HELD
                    _____ Order to Show Cause Requested
                    _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
          _____ 341 Meeting   OR _____ Conciliation Conf. OR __ *Contested Hearing
          On _____ at _____ am/pm Location _____

_Jana Paul_
Chapter 13 Trustee/Attorney for Trustee