# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   KEVIN S.  FOOR | : CASE NO. 19-70130-JAD |
| Debtor | : |
| | : CHAPTER 13 |
| KEVIN S. FOOR, | : |
| Movant | : Doc No. _____ |
| vs. | : |
| | : |
| FIRST COMMONWEALTH BANK, | : |
| FIRST NATIONAL BANK, FLAGSTAR | : |
| BANK, MARINE ONE, A&K DISTRIBUTORS, | : |
| ALTOONA MIRROR, ANDA, ARGUS CAPITAL | : |
| FUNDING, AUBURN GENERICS, BELLCO | : |
| GENERICS, BONITA PHARMACEUTICALS, | : |
| BROAD TOP BULLETIN, BROAD TOP MEDICAL | : |
| CENTER, BRYNMAWR FUNDING/PIONEER RX, | : |
| CHANGE HEALTHCARE, COHENS' INVENTORY | : |
| RETURNS, COMCAST, CRAIG'S CLEANING & | : |
| REPAIR, CWI GIFTS, DAILY NEWS, DALE | : |
| OXYGEN, EHRLICH, ERIE INSURANCE, FFE | : |
| ENTERPRISES, H&H WHOLESALE, KALAMATA | : |
| CAPTIAL GROUP, LG FUNDING LLC, LIVE OAK | : |
| BANK, MASTER'S PHARMACEUTICAL, ON DECK, | : |
| PARK'S GARAGE, PENELEC, PETERSON | : |
| ACCOUNTING, PINNACLE COMPUTER | : |
| TECHNOLOGIES INC., PIONEER RX, PRAXIS MED, | : |
| R.J. HEDGES & ASSOCIATES, RAZ IMPORTS, | : |
| RIVER CITY, ROARING SPRING WATER, | : |
| SAXTON BOROUGH, STOUDNOUR PETROLEUM, | : |
| TOP RX LLC, TRI-STATE DISTRIBUTION, | : |
| U.S. BANK, UNIFIRST, VALUE DRUG COMPANY, | : |
| WEX BANK, AND RHONDA J. WINNECOUR, | : |
| CHAPTER 13 TRUSTEE, OFFICE OF THE UNITED | : |
| STATES TRUSTEE, | : |
| Respondents | : |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON DEBTOR/MOVANT'S
MOTION TO CONVERT BANKRUPTCY TO A CHAPTER 11 BANKRUPTCY PROCEEDING**

To the Respondents:

You are hereby notified that the above Debtor/Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a Response to the Motion no later than **June 3, 2019** i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the Procedure of the presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.   If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.   Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

      A Hearing will be held on **Wednesday June 12, 2019, at 11:00 a.m. before Judge Deller in Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901**\*.  Only a limited time of 10 minutes is being provided on the calendar.   No witnesses will be heard.   If there is an issue of fact, an evidentiary hearing will be scheduled for a later date by the Court.   An Order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date:   May 14, 2019

                                          /s/James R. Huff, II, Esquire
                                          James R. Huff, II, Esquire
                                          Forr, Stokan, Huff, Kormanski & Naugle
                                          1701 Fifth Avenue
                                          Altoona, PA 16602
                                          (814) 946-4316; Pa. I.D. No. 33270

**\*Note:   Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pa. and also in Courtroom D in Pittsburgh.    Attorneys may appear at either Courtroom B in Johnstown, or Courtroom D in Pittsburgh.**