# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| KEVIN S. FOOR d/b/a BDT OF | : | Bankruptcy 19-70130-JAD |
| SAXTON d/b/a SAXTON STATION | : | |
| PHARMACY | : | |
|         Debtor | : | Chapter 13 |
| | : | |
| | : | Doc. No. _____ |
| LIVE OAK BANK | : | Related to Doc. No. 36 |
|         Movant | : | |
|   V. | : | |
| | : | |
| KEVIN S. FOOR d/b/a BDT OF | : | Hearing Date:  May 31, 2019 |
| SAXTON d/b/a SAXTON STATION | : |                11:00 a.m. |
| PHARMACY | : | |
|         Respondent | : | |

**CERTIFICATE OF SERVICE OF MOTION TO CONTINUE
HEARING ON MOTION OF LIVE OAK BANK TO DISMISS CASE**

      I certify under penalty of perjury that I served the above captioned **MOTION TO CONTINUE** on the parties named below as follows:

**By Electronic Notification on May 29, 2019:**

    **Keri P. Ebeck, Esquire**

**By First-Class U.S. Mail on May 29, 2019:**

    **Ronda J. Winnecour, Esquire**
    **Office of the Chapter 13 Trustee**
    **Suite 3250, USX Tower**
    **600 Grant Street**
    **Pittsburgh, PA  15222**

    **Office of the United States Trustee**
    **One Liberty Center, Suite 970**
    **1001 Liberty Avenue**
    **Pittsburgh, PA  15222**

EXECUTED ON:  **May 29, 2019**

                                  By:    **__/s/James R. Huff, II_____**
                                              Signature
                                              **James R. Huff, II, Esquire_____**
                                              Typed Name
                                              **1701 Fifth Avenue, Altoona, Pa.   16602_____**
                                              Address
                                              **(814) 946-4316_____**
                                              Phone No.
                                              **PA. I.D. No. 33270_____**
                                              List Bar I.D. and State of Admission

**PAWB Local Form 7  (07/13)**