# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| KEVIN S. FOOR d/b/a BDT OF | : | Bankruptcy 19-70130-JAD |
| SAXTON d/b/a SAXTON STATION | : | |
| PHARMACY | : | |
| Debtor | : | Chapter 13 |
| | : | |
| | : | Doc. No. __36__ |
| LIVE OAK BANK | : | Related to Doc. No. 22 |
| Movant | : | |
| V. | : | |
| | : | |
| KEVIN S. FOOR d/b/a BDT OF | : | |
| SAXTON d/b/a SAXTON STATION | : | Hearing Date:  May 31, 2019 |
| PHARMACY | : | 11:00 a.m. |
| Respondent | : | |

## ORDER OF COURT

AND NOW, to wit, this __30th__ day of _____May_____ A.D. 2019, on consideration

of the Motion to Continue Hearing on Motion of Live Oak Bank to Dismiss Case, it is hereby

**ORDERED, DIRECTED AND DECREED** that said hearing set for May 31, 2019 is rescheduled

for the __28th__ day of _____June_____, 2019, at __11__ o'clock _a_.m. in Courtroom B,

First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA   15901.


BY THE COURT:

_____ sjk
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

FILED
5/30/19 8:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 19-70130-JAD
Kevin S. Foor                                                   Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: lfin          Page 1 of 1          Date Rcvd: May 30, 2019
                              Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2019.
db              +Kevin S. Foor,    907 Frame Church Road,    Everett, PA 15537-7970

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    FLAGSTAR BANK FSB as servicer for Matrix Financial
           bkgroup@kmllawgroup.com
          James R. Huff, II    on behalf of Debtor Kevin S. Foor jhuff@sfshlaw.com
          Keri P. Ebeck    on behalf of Creditor    Live Oak Bank kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Martin A. Mooney    on behalf of Creditor    Live Oak Bank ahight@schillerknapp.com,
           kcollins@schillerknapp.com;tshariff@schillerknapp.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                       TOTAL: 7