**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  KEVIN S.  FOOR | : CASE NO. 19-70130-JAD |
| Debtor | : |
| | : CHAPTER 13 |
| KEVIN S. FOOR, | : |
| Movant | : Doc No. _____ |
| vs. | : |
| | : |
| FIRST COMMONWEALTH BANK, | :Related to Doc. Nos. 30 and 35 |
| FIRST NATIONAL BANK, FLAGSTAR | : |
| BANK, MARINE ONE, A&K DISTRIBUTORS, | : |
| ALTOONA MIRROR, ANDA, ARGUS CAPITAL | : |
| FUNDING, AUBURN GENERICS, BELLCO | : |
| GENERICS, BONITA PHARMACEUTICALS, | : |
| BROAD TOP BULLETIN, BROAD TOP MEDICAL | : |
| CENTER, BRYNMAWR FUNDING/PIONEER RX, | : |
| CHANGE HEALTHCARE, COHENS' INVENTORY | : |
| RETURNS, COMCAST, CRAIG'S CLEANING & | : |
| REPAIR, CWI GIFTS, DAILY NEWS, DALE | : |
| OXYGEN, EHRLICH, ERIE INSURANCE, FFE | : |
| ENTERPRISES, H&H WHOLESALE, KALAMATA | : |
| CAPTIAL GROUP, LG FUNDING LLC, LIVE OAK | : |
| BANK, MASTER'S PHARMACEUTICAL, ON DECK, | : |
| PARK'S GARAGE, PENELEC, PETERSON | : |
| ACCOUNTING, PINNACLE COMPUTER | : |
| TECHNOLOGIES INC., PIONEER RX, PRAXIS MED, | : |
| R.J. HEDGES & ASSOCIATES, RAZ IMPORTS, | : |
| RIVER CITY, ROARING SPRING WATER, | : |
| SAXTON BOROUGH, STOUDNOUR PETROLEUM, | : |
| TOP RX LLC, TRI-STATE DISTRIBUTION, | : |
| U.S. BANK, UNIFIRST, VALUE DRUG COMPANY, | : |
| WEX BANK, AND RHONDA J. WINNECOUR, | : |
| CHAPTER 13 TRUSTEE, OFFICE OF THE UNITED | : |
| STATES TRUSTEE, | : |
| Respondents: | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the MOTION TO CONVERT BANKRUPTCY TO A CHAPTER 11 BANKRUPTCY PROCEEDING, filed at Doc. No. 30, and served on the Respondents herein has been received.   The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later

than June 3, 2019.

It is hereby respectfully requested that the Order attached to Movant's Motion to Convert Bankruptcy to a Chapter 11 Bankruptcy proceeding be entered by the Court.

Respectfully submitted,

FORR, STOKAN, HUFF, KORMANSKI & NAUGLE

By: /s/James R. Huff, II
James R. Huff, II, Esquire
Attorneys for Debtor/Movant
State I.D. #33270
1701 Fifth Avenue
Altoona, PA 16602
(814) 946-4316

Dated:    June 6, 2019