# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Kevin S. Foor,                                              Bankr. No. 19-70130-JAD

Debtor.                                                     Chapter 11

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To: Clerk of Courts

    Please enter the appearance of Norma Hildenbrand on behalf of the United States Trustee in the above captioned matter.

                                                                    Respectfully Submitted,

                                                                    ANDREW R. VARA
                                                                    ACTING UNITED STATES TRUSTEE
                                                                    Region 3

                               By:    /s/Norma Hildenbrand
                                        Norma Hildenbrand, Trial Attorney
                                        PA ID 70421
                                        Liberty Center, Suite 970
                                        1001 Liberty Avenue
                                        Pittsburgh, Pennsylvania 15222
                                        (412) 644-4756 Telephone
                                        Norma.L.Hildenbrand@usdoj.gov