# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  KEVIN S.  FOOR<br>         Debtor | : CASE NO. 19-70130-JAD<br>:<br>: CHAPTER 13 |
| KEVIN S. FOOR,<br>         Movant<br>    vs. | :<br>: Doc No. _____<br>: |
| FIRST COMMONWEALTH BANK,<br>FIRST NATIONAL BANK, FLAGSTAR<br>BANK, MARINE ONE, A&K DISTRIBUTORS,<br>ALTOONA MIRROR, ANDA, ARGUS CAPITAL<br>FUNDING, AUBURN GENERICS, BELLCO<br>GENERICS, BONITA PHARMACEUTICALS,<br>BROAD TOP BULLETIN, BROAD TOP MEDICAL<br>CENTER, BRYNMAWR FUNDING/PIONEER RX,<br>CHANGE HEALTHCARE, COHENS' INVENTORY<br>RETURNS, COMCAST, CRAIG'S CLEANING &<br>REPAIR, CWI GIFTS, DAILY NEWS, DALE<br>OXYGEN, EHRLICH, ERIE INSURANCE, FFE<br>ENTERPRISES, H&H WHOLESALE, KALAMATA<br>CAPTIAL GROUP, LG FUNDING LLC, LIVE OAK<br>BANK, MASTER'S PHARMACEUTICAL, ON DECK,<br>PARK'S GARAGE, PENELEC, PETERSON<br>ACCOUNTING, PINNACLE COMPUTER<br>TECHNOLOGIES INC., PIONEER RX, PRAXIS MED,<br>R.J. HEDGES & ASSOCIATES, RAZ IMPORTS,<br>RIVER CITY, ROARING SPRING WATER,<br>SAXTON BOROUGH, STOUDNOUR PETROLEUM,<br>TOP RX LLC, TRI-STATE DISTRIBUTION,<br>U.S. BANK, UNIFIRST, VALUE DRUG COMPANY,<br>WEX BANK, AND RHONDA J. WINNECOUR,<br>CHAPTER 13 TRUSTEE, OFFICE OF THE UNITED<br>STATES TRUSTEE,<br>         Respondents | :<br>:<br>: Related to Doc. #30<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  **DEFAULT O/E JAD**<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER OF COURT

AND NOW, to wit, this __11th__ day of ___June___ A.D. 2019, the above identified matter having come before this court on a Motion for Conversion from Chapter 13 to Chapter 11 pursuant to 11 U.S.C. § 1307(d); and after hearing held thereon, it is hereby **ORDERED, DIRECTED AND DECREED** that said Motion for Conversion is GRANTED and this case shall immediately be converted to a case under Chapter 11 of the Bankruptcy Code.

Debtor, Kevin S. Foor, is directed to immediately post the filing fee for a case under Chapter 11, and to take all steps necessary to proceed as a Chapter 11 Debtor.

BY THE COURT:

_____sjk
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

FILED
6/11/19 9:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                                  Case No. 19-70130-JAD
Kevin S. Foor                                                           Chapter 11
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0315-7          User: dkam                  Page 1 of 2                  Date Rcvd: Jun 11, 2019
                              Form ID: pdf900             Total Noticed: 66


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2019.
db             +Kevin S. Foor,    907 Frame Church Road,    Everett, PA 15537-7970
15007924       +A&K Distributors,    Box 250055,    Aguadilla, PR 00604-0055
15007925       +Altoona Mirror,    301 Cayuga Avenue,    Altoona, Pennsylvania 16602-4323
15007927       +Appleby & Markle,    250 West Main Street,    Everett, Pennsylvania 15537-1137
15007928       +Argus Capital Funding,    104 East 25th Street,    10th Floor,    New York, NY 10010-8201
15059201       +Argus Capital Funding, LLC,    C/O Thomson Ollunga, LLP,    747 Third Ave., 2nd Fl.,
                 New York, NY 10017-2878
15007929       +Ariel Bouskila, Esquire,    5 Hanover Square,    Ste. 2102,    New York, New York 10004-2635
15007930       +Auburn Groceries,    2360 Bellingham Drive,    Troy, MI 48083-2038
15007931       +Bellco Groceries,    5500 New Horizons Blvd.,    North Amityville, NY 11701-1156
15007932       +Bonita Pharmaceuticals,    6380 Commerce Drive,    Westland, MI 48185-9120
15007933       +Broad Top Bulletin,    P.O. Box 671,    Bedford, Pennsylvania 15522-0671
15007934       +Broad Top Medical Center,    P.O. Box 127,    Broad Top, Pennsylvania 16621-0127
15007935       +Brynmawr Funding/Pioneer Rx,    620 W. Germantown Road,    Suite 310,
                 Plymouth Meeting, Pennsylvania 19462-2227
15007940       +CVS Health,    One CVS Drive,    Woonsocket, Rhode Island 02895-6146
15007941       +CWI Gifts,    4600 S. Hamilton Road,    Groveport, OH 43125-9636
15007936       +Change Healthcare,    P.O. Box 572490,    Murray, Utah 84157-2490
15007937       +Cohen's Inventory Returns,    4320 Saline Street,    Pittsburgh, Pennsylvania 15217-2912
15007939       +Craig's Cleaning & Repair,    3323 Sandy Run Road,    Hopewell, Pennsylvania 16650-8757
15007942       +Daily News,    P.O. Box 384,    Huntingdon, Pennsylvania 16652-0384
15007943       +Dale Oxygen,    146 Horner Street,    Johnstown, Pennsylvania 15902-1996
15007944       +Ehrlich,    160 Jari Drive,    Suite 140,    Johnstown, Pennsylvania 15904-6947
15007946       +FFE Enterprises,    44000 Winchester Road,    Temecula, California 92590-2578
15010752       +First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
                 444 Liberty Avenue,    Pittsburgh, PA 15222-1225
15007948       +First National Bank,    3015 Glimcher Blvd.,    Hermitage, Pennsylvania 16148-3343
15025524       +First National Bank of Pennsylvania,    4140 E. State Street,    Hermitage, PA 16148-3401
15007949       +Flagstar Bank,    P.O. Box 660263,    Dallas, Texas 75266-0263
15007950       +H&H Wholesale,    Lockbox #775371,    350 E. Devon Avenue,    Itasca, Illinois 60143-1249
15007952       +KBM Collections,    20 E. Division Street,    2nd Floor,    Dover, Delaware 19901-7366
15007951       +Kalamata Capital Group,    80 Broad Street,    12th Floor,    New York, New York 10004-2584
15044481       +LG Funding LLC,    1218 Union St,    Brooklyn, NY 11225-1512
15007953       +LG Funding, LLC,    1218 Union Street,    Brooklyn, New York 11225-1512
15007954       +Live Oak Bank,    1741 Tiburon Drive,    Wilmington, North Carolina 28403-6244
15052986       +Live Oak Banking Company,    c/o Schiller Knapp Lefkowitz Hertzel LLP,    1741 Tiburon Drive,
                 Wilmington, NC 28403-6244
15007956       +Master's Pharmaceutical,    P.O. Box 840713,    Dallas, Texas 75284-0713
15007958       +Park Avenue Recovery,    104 E. 25th Street,    10th Floor,    New York, New York 10010-8201
15007959       +Park's Garbage,    P.O. Box 218,    Mount Union, Pennsylvania 17066-0218
15007960       +Penelec,    P.O. Box 3687,    Akron, Ohio 44309-3687
15007961       +Peterson Accounting,    1798 Plank Road,    Suite 301,    Duncansville, Pennsylvania 16635-8389
15007962       +Pinnacle Computer Technologies, Inc.,    102 East Pitt Street,
                 Bedford, Pennsylvania 15522-1317
15007963       +Pioneer RX,    P.O. Box 53407,    Shreveport, Louisiana 71135-3407
15007964       +Praxis Med,    13600 Shoreline Drive,    Suite 200,    Earth City, MO 63045-1203
15007965       +R.J. Hedges & Associates,    P.O. Box H,    New Florence, Pennsylvania 15944-0427
15007966       +Raz Imports,    1020 Eden Road,    Arlington, Texas 76001-7885
15007967       +River City,    P.O. Box 840713,    Dallas, Texas 75284-0713
15007968       +Roaring Spring Water,    P.O. Box 97,    Roaring Spring, PA 16673-0097
15007969       +Saxton Borough,    707 9th Street,    Saxton, PA 16678-1109
15007970       +Stoudnour Petroleum,    P.O. Box 40,    Saxton, PA 16678-0040
15007972       +Top RX, LLC,    P.O. Box 1844, Dept. T-5,    Memphis, Tennessee 38101-1844
15007971       +Top Rx,    C/O Sharon M. Bibbs,    2950 Brother Blvd.,    Bartlett, TN 38133-3968
15007973       +Tri-State Distribution,    P.O. Box 600,    Spartan, Tennessee 38583-0600
15007974      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank,    P.O. Box 790408,    St. Louis, Missouri 63179)
15007975       +Unifirst,    335 Industrial Park Blvd.,    Ebensburg, PA 15931-4117
15007976       +Value Drug Company,    195 Theater Drive,    Duncansville, Pennsylvania 16635-7144
15007977       +Wex Bank,    P.O. Box 6293,    Carol Stream, IL 60197-6293

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 12 2019 02:28:53
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15007926       +E-mail/Text: bankruptcies@andanet.com Jun 12 2019 02:21:26      Anda,    3000 Alt Blvd.,
                 Grand Island, New York 14072-1246
15007938       +E-mail/Text: documentfiling@lciinc.com Jun 12 2019 02:21:20      Comcast,    P.O. Box 70219,
                 Philadelphia, Pennsylvania 19176-0219
15007945       +E-mail/Text: bankruptcy@erieinsurance.com Jun 12 2019 02:21:53      Erie Insurance,
                 100 Erie Insurance Place,    Erie, Pennsylvania 16530-9000
15007947        E-mail/Text: bankruptcynotice@fcbanking.com Jun 12 2019 02:21:22      First Commonwealth Bank,
                 P.O. Box 400,    Indiana, Pennsylvania 15701
15007955       +E-mail/Text: bankruptcy@marineone.com Jun 12 2019 02:21:19      Marine One,    5000 Quorum Drive,
                 Suite 200,    Dallas, Texas 75254-7405
```

```
District/off: 0315-7          User: dkam                Page 2 of 2                  Date Rcvd: Jun 11, 2019
                              Form ID: pdf900          Total Noticed: 66

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15050723         +E-mail/Text: cashiering-administrationservices@flagstar.com Jun 12 2019 02:21:48
                  Matrix Financial,   c/o Flagstar Bank, FSB,   5151 Corporate Drive,   Troy, MI 48098-2639
15007957         +E-mail/Text: bankruptcy@ondeck.com Jun 12 2019 02:21:53      On Deck,   901 N. Stuart Street,
                  Suite 700,   Arlington, Virginia 22203-4129
15042296         +E-mail/Text: bankruptcy@ondeck.com Jun 12 2019 02:21:53      On Deck Capital, Inc.,
                  101 West Colfax Ave., 10th Floor,   Denver, CO 80202-5167
15008126         +E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2019 02:28:52      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15051977         +E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2019 02:29:51      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
15033976         +E-mail/Text: bankruptcy@firstenergycorp.com Jun 12 2019 02:21:39      West Penn Power,
                  5001 NASA Blvd,   Fairmont WV 26554-8248
                                                                                                TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              FLAGSTAR BANK FSB as servicer for Matrix Financial
cr              Live Oak Bank
cr*            +First Commonwealth Bank,   c/o McGrath McCall, P.C.,   Four Gateway Center, Suite 1040,
                 444 Liberty Avenue,   Pittsburgh, PA 15222-1225
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    FLAGSTAR BANK FSB as servicer for Matrix Financial
               bkgroup@kmllawgroup.com
              James R. Huff, II    on behalf of Debtor Kevin S. Foor jhuff@sfshlaw.com
              Keri P. Ebeck    on behalf of Creditor    Live Oak Bank kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Martin A. Mooney    on behalf of Creditor    Live Oak Bank ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 7
```