| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Kevin S. Foor |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Western District of Pennsylvania |
| Case number (If known) | 19-70130 |

☐ Check if this is an amended filing

## Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

Value Drug Company
Creditor's Name
195 Theater Drive
Number    Street

Duncansville    PA    16635
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

$1,381,937.00

**2**

Live Oak Bank
Creditor's Name
1741 Tiburon Drive
Number    Street

Wilmington    NC 28403
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

$440,087.58

Debtor 1 __Kevin S. Foor_____
          First Name   Middle Name   Last Name

Case number (*if known*) __19-70130_____

**Unsecured claim**

---

**3** **Flagstar Bank**
Creditor's Name

P.O. Box 660263
Number    Street

Dallas                    TX   75266
City                     State  ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** First Mortgage

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☒ Yes. Total claim (secured and unsecured): $269,000.00
       Value of security:  − $269,000.00
       Unsecured claim       $0.00

$0.00

---

**4** **Argus Capital Funding**
Creditor's Name

104 East 25th Street
Number    Street

10th Floor

New York              NY   10010
City                 State  ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
       Value of security:  − $_____
       Unsecured claim       $_____

$124,220.76

---

**5** **On Deck**
Creditor's Name

901 N. Stuart Street
Number    Street

Suite 700

Arlington             VA   22203
City                 State  ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
       Value of security:  − $_____
       Unsecured claim       $_____

$104,000.00

---

**6** **LG Funding, LLC**
Creditor's Name

1218 Union Street
Number    Street

Brooklyn              NY   11225
City                 State  ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
       Value of security:  − $_____
       Unsecured claim       $_____

$74,819.73

---

**7** **Top RX, LLC**
Creditor's Name

P.O. Box 1844, Dept. T-5
Number    Street

Memphis              TN   38101
City                 State  ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
       Value of security:  − $_____
       Unsecured claim       $_____

$52,140.00

---

Debtor 1 **Kevin S. Foor**
First Name  Middle Name  Last Name

Case number (*if known*) **19-70130**

**Unsecured claim**

### 8. Kalamata Capital Group
Creditor's Name
80 Broad Street
Number    Street
12th Floor

New York        NY  10004
City            State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
         Value of security:                 – $_____
         Unsecured claim                      $_____

$52,000.00

### 9. First National Bank
Creditor's Name
3015 Glimcher Blvd.
Number    Street

Hermitage       PA   16148
City            State  ZIP Code

Contact

Contact phone

What is the nature of the claim? **Secured Loan**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured):  $26,515.26
         Value of security:                 – $20,000.00
         Unsecured claim                      $6,515.26

$6,515.26

### 10. First Commonwealth Bank
Creditor's Name
P.O. Box 400
Number    Street

Indiana         PA   15701
City            State  ZIP Code

Contact

Contact phone

What is the nature of the claim? **Auto Loan**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured):  $26,000.00
         Value of security:                 – $22,000.00
         Unsecured claim                      $4,000.00

$4,000.00

### 11. River City
Creditor's Name
P.O. Box 840713
Number    Street

Dallas          TX   75284
City            State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
         Value of security:                 – $_____
         Unsecured claim                      $_____

$20,094.53

### 12. Auburn Generics
Creditor's Name
2360 Bellingham Drive
Number    Street

Troy            MI   48083
City            State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
         Value of security:                 – $_____
         Unsecured claim                      $_____

$20,094.53

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 3

Debtor 1 __Kevin S. Foor_____     Case number (*if known*) 19-70130_____
         First Name   Middle Name   Last Name

**Unsecured claim**

---

**13**  **Broad Top Medical Center**_____
Creditor's Name

P.O. Box 127_____
Number        Street

_____

Broad Top_____ PA   16621_____
City                State  ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):     $_____
           Value of security:                  − $_____
           Unsecured claim                       $_____

$9,545.00_____

---

**14**  **Brynmawr Funding/Pioneer Rx**_____
Creditor's Name

620 W. Germantown Road_____
Number        Street

Suite 310_____

Plymouth Meeting____ PA   19462_____
City                State  ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):     $_____
           Value of security:                  − $_____
           Unsecured claim                       $_____

$7,500.00_____

---

**15**  **Marine One**_____
Creditor's Name

5000 Quorum Drive_____
Number        Street

Suite 200_____

Dallas_____ TX   75254_____
City                State  ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** Secured Loan_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☒ Yes. Total claim (secured and unsecured):     $6,000.00_____
           Value of security:                  − $6,000.00_____
           Unsecured claim                       $0.00_____

$0.00_____

---

**16**  **FFE Enterprises**_____
Creditor's Name

44000 Winchester Road_____
Number        Street

_____

Temecula_____ CA   92590_____
City                State  ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):     $_____
           Value of security:                  − $_____
           Unsecured claim                       $_____

$4,132.18_____

---

**17**  **Raz Imports**_____
Creditor's Name

1020 Eden Road_____
Number        Street

_____

Arlington_____ TX   76001_____
City                State  ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):     $_____
           Value of security:                  − $_____
           Unsecured claim                       $_____

$3,068.20_____

---

Debtor 1   Kevin S. Foor
　　　　　First Name　Middle Name　Last Name

Case number (*if known*) 19-70130

**Unsecured claim**

### 18

**Creditor's Name:** A&K Distributors
**Number Street:** Box 250055
**City State ZIP Code:** Aguadilla, PR 00604

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured): $_____
　　　Value of security:  − $_____
　　　Unsecured claim      $_____

$3,068.20

### 19

**Creditor's Name:** Peterson Accounting
**Number Street:** 1798 Plank Road
Suite 301
**City State ZIP Code:** Duncansville, PA 16635

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured): $_____
　　　Value of security:  − $_____
　　　Unsecured claim      $_____

$3,000.00

### 20

**Creditor's Name:** Penelec
**Number Street:** P.O. Box 3687
**City State ZIP Code:** Akron, OH 44309

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured): $_____
　　　Value of security:  − $_____
　　　Unsecured claim      $_____

$2,319.28

## Part 2:   Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✗ /s/Kevin S. Foor
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Date 06/19/2019
　　　MM / DD / YYYY

Date _____
　　　MM / DD / YYYY

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 5