IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 19-70130-JAD |
|---|---|
| KEVIN S. FOOR, | |
| Debtor | Chapter 11 |
| LIVE OAK BANK, | Related to Document No. 22 |
| Movant | |
| v. | Doc. # 48 |
| KEVIN S. FOOR | |
| Respondents | |

**ORDER**

AND NOW, this 18th day of June, 2019, upon consideration of the foregoing *Motion to Withdraw Motion of Live Oak Bank to Dismiss the Case Pursuant to 11 U.S.C. § 1307(c)*, it is hereby ORDERED that the Motion is approved.



BY THE COURT:

jsf

_____
Hon. Jeffery A. Deller
U.S. Bankruptcy Court Judge

FILED
6/18/19 1:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-70130-JAD
Kevin S. Foor                                                       Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: dkam           Page 1 of 1          Date Rcvd: Jun 18, 2019
                              Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
db             +Kevin S. Foor,    907 Frame Church Road,    Everett, PA 15537-7970

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    FLAGSTAR BANK FSB as servicer for Matrix Financial
           bkgroup@kmllawgroup.com
          James R. Huff, II    on behalf of Debtor Kevin S. Foor jhuff@sfshlaw.com
          Keri P. Ebeck    on behalf of Creditor    Live Oak Bank kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Martin A. Mooney    on behalf of Creditor    Live Oak Bank ahight@schillerknapp.com,
           kcollins@schillerknapp.com;tshariff@schillerknapp.com
          Norma Hildenbrand,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee
           Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
                                                                                             TOTAL: 7