**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KEVIN S. FOOR<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-70130 JAD<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/08/2019 and confirmed on 01/01/1900 . The case was subsequently (F)CONVERTED BEFORE CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 4,535.28 |
| Less Refunds to Debtor | 4,317.59 | |
| TOTAL AMOUNT OF PLAN FUND | | 217.69 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 217.69 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 217.69 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| MATRIX FINANCIAL SERVICES CORP<br>Acct: 5875 | 0.00 | 0.00 | 0.00 | 0.00 |
| MATRIX FINANCIAL SERVICES CORP<br>Acct: 5875 | 33.05 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*)<br>Acct: 2575 | 0.00 | 0.00 | 0.00 | 0.00 |
| MARINE ONE<br>Acct: 4139 | 0.00 | 0.00 | 0.00 | 0.00 |
| ARGUS CAPITAL FUNDING LLC<br>Acct: 1367 | 112,671.08 | 0.00 | 0.00 | 0.00 |
| LG FUNDING LLC<br>Acct: | 73,514.00 | 0.00 | 0.00 | 0.00 |
| LIVE OAK BANK<br>Acct: 0005 | 437,322.18 | 0.00 | 0.00 | 0.00 |
| VALUE DRUG COMPANY<br>Acct: 0016 | 1,341,974.62 | 0.00 | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK*<br>Acct: 6219 | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-70130 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | * * * N O N E * * * | | | |
| **Priority** | | | | |
| JAMES R HUFF II ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KEVIN S. FOOR  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SULLIVAN FORR ET AL  Acct: | 1,200.00 | 0.00 | 0.00 | 0.00 |
| KEVIN S. FOOR  Acct: | 4,317.59 | 4,317.59 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| A AND K DISTRIBUTORS  Acct: 8158 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALTOONA MIRROR*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ANDA  Acct: 0013 | 0.00 | 0.00 | 0.00 | 0.00 |
| AUBURN GENERICS  Acct: 4258 | 0.00 | 0.00 | 0.00 | 0.00 |
| BELLCO GENERICS  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BONITA PHARMACEUTICALS  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BROAD TOP BULLETIN  Acct: 1956 | 0.00 | 0.00 | 0.00 | 0.00 |
| BROAD TOP AREA MEDICAL CTR INC  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BRYNMAWR FUNDING  Acct: 2114 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHANGE HEALTHCARE  Acct: 5762 | 0.00 | 0.00 | 0.00 | 0.00 |
| COHENS INVENTORY RETURNS  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| COMCAST  Acct: 1080 | 0.00 | 0.00 | 0.00 | 0.00 |
| CRAIGS CLEANING AND REPAIR  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CWI GIFTS  Acct: 540T | 0.00 | 0.00 | 0.00 | 0.00 |
| DAILY NEWS PUBLISHING COMPANY  Acct: 0659 | 0.00 | 0.00 | 0.00 | 0.00 |
| DALE OXYGEN  Acct: 4173 | 0.00 | 0.00 | 0.00 | 0.00 |
| EHRLICH PEST CONTROL  Acct: 7800 | 0.00 | 0.00 | 0.00 | 0.00 |
| ERIE INSURANCE GROUP  Acct: 2213 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK  Acct: 3297 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRESTON D JAQUISH ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES C WARMBRODT ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MARTIN A MOONEY ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| FFE ENTERPRISES  Acct: 0751 | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-70130 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   H AND H WHOLESALE<br>    Acct: 0093 | 0.00 | 0.00 | 0.00 | 0.00 |
|   KALAMATA CAPITAL GROUP<br>    Acct: E9F6 | 0.00 | 0.00 | 0.00 | 0.00 |
|   MASTERS PHARMACEUTICAL<br>    Acct: 0219 | 0.00 | 0.00 | 0.00 | 0.00 |
|   ON DECK CAPITAL INC<br>    Acct: 7607 | 83,906.31 | 0.00 | 0.00 | 0.00 |
|   PARKS GARAGE<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   PENELEC<br>    Acct: 0300 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PETERSON ACCOUNTING<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   PINNACLE COMPUTER TECHNOLOGIES<br>    Acct: 2384 | 371.53 | 0.00 | 0.00 | 0.00 |
|   PIONEER RX<br>    Acct: 7511 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PRAXIS MED<br>    Acct: 9105 | 0.00 | 0.00 | 0.00 | 0.00 |
|   RJ HEDGES AND ASSOCIATES<br>    Acct: 5988 | 315.00 | 0.00 | 0.00 | 0.00 |
|   RAZ IMPORTS<br>    Acct: 8158 | 0.00 | 0.00 | 0.00 | 0.00 |
|   RIVER CITY<br>    Acct: 4258 | 0.00 | 0.00 | 0.00 | 0.00 |
|   ROARING SPRING WATER<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   SAXTON BOROUGH<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   STOUDNOUR PETRLEUM<br>    Acct: ON27 | 317.09 | 0.00 | 0.00 | 0.00 |
|   TOP RX<br>    Acct: W115 | 50,119.71 | 0.00 | 0.00 | 0.00 |
|   TRISTATE DISTRIBUTION<br>    Acct: 0013 | 0.00 | 0.00 | 0.00 | 0.00 |
|   US BANK<br>    Acct: 8854 | 0.00 | 0.00 | 0.00 | 0.00 |
|   UNIFIRST CORPORATION<br>    Acct: 8021 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WEX BANK<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   CVS CAREMARK<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   APPLEBY AND MARKLE<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   SANDY FOOR<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   KERI P EBECK ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   WEST PENN POWER*<br>    Acct: 4560 | 1,059.60 | 0.00 | 0.00 | 0.00 |
|   SYNCHRONY BANK<br>    Acct: 3297 | 75.48 | 0.00 | 0.00 | 0.00 |
|   KERNS BRINEN AND MONAGHAN KBM<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 0.00 |
| TOTAL CLAIMED | |
| PRIORITY | 0.00 |
| SECURED | 1,965,514.93 |
| UNSECURED | 136.164.72 |

Date: 06/25/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com