**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**JOHNSTOWN DIVISION**

| | |
|---|---|
| In re:<br><br>KEVIN S. FOOR<br><br>Debtor(s) | Case No. 19-70130JAD |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/08/2019.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 06/11/2019.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $58,400.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $4,535.28 |
| Less amount refunded to debtor | $4,317.59 |

**NET RECEIPTS:** $217.69

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $217.69 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $217.69

Attorney fees paid and disclosed by debtor: $2,500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A AND K DISTRIBUTORS | Unsecured | 3,068.20 | NA | NA | 0.00 | 0.00 |
| ALTOONA MIRROR* | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ANDA | Unsecured | 1,587.15 | NA | NA | 0.00 | 0.00 |
| ARGUS CAPITAL FUNDING LLC | Secured | 124,220.76 | 112,671.08 | 112,671.08 | 0.00 | 0.00 |
| AUBURN GENERICS | Unsecured | 20,094.53 | NA | NA | 0.00 | 0.00 |
| BELLCO GENERICS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| BONITA PHARMACEUTICALS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| BROAD TOP AREA MEDICAL CTR I | Unsecured | 9,545.00 | NA | NA | 0.00 | 0.00 |
| BROAD TOP BULLETIN | Unsecured | 131.30 | NA | NA | 0.00 | 0.00 |
| BRYNMAWR FUNDING | Unsecured | 7,500.00 | NA | NA | 0.00 | 0.00 |
| CHANGE HEALTHCARE | Unsecured | 68.50 | NA | NA | 0.00 | 0.00 |
| COHENS INVENTORY RETURNS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 980.00 | NA | NA | 0.00 | 0.00 |
| CRAIGS CLEANING AND REPAIR | Unsecured | 318.00 | NA | NA | 0.00 | 0.00 |
| CWI GIFTS | Unsecured | 202.79 | NA | NA | 0.00 | 0.00 |
| DAILY NEWS PUBLISHING COMPAI | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| DALE OXYGEN | Unsecured | 8.23 | NA | NA | 0.00 | 0.00 |
| EHRLICH PEST CONTROL | Unsecured | 59.30 | NA | NA | 0.00 | 0.00 |
| ERIE INSURANCE GROUP | Unsecured | 946.96 | NA | NA | 0.00 | 0.00 |
| FFE ENTERPRISES | Unsecured | 4,132.18 | NA | NA | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK* | Secured | 26,000.00 | 23,942.15 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Secured | 26,515.26 | 26,100.49 | 0.00 | 0.00 | 0.00 |
| H AND H WHOLESALE | Unsecured | 183.19 | NA | NA | 0.00 | 0.00 |
| KALAMATA CAPITAL GROUP | Unsecured | 52,000.00 | NA | NA | 0.00 | 0.00 |
| LG FUNDING LLC | Secured | 74,819.73 | 73,514.00 | 73,514.00 | 0.00 | 0.00 |
| LIVE OAK BANK | Secured | 440,087.58 | 437,322.18 | 437,322.18 | 0.00 | 0.00 |
| MARINE ONE | Secured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| MASTERS PHARMACEUTICAL | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| MATRIX FINANCIAL SERVICES COF | Secured | 269,000.00 | 264,117.35 | 0.00 | 0.00 | 0.00 |
| MATRIX FINANCIAL SERVICES COF | Secured | 0.00 | 33.05 | 33.05 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ON DECK CAPITAL INC | Unsecured | 104,000.00 | 83,906.31 | 83,906.31 | 0.00 | 0.00 |
| PARKS GARAGE | Unsecured | 375.42 | NA | NA | 0.00 | 0.00 |
| PENELEC | Unsecured | 2,319.28 | NA | NA | 0.00 | 0.00 |
| PETERSON ACCOUNTING | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE COMPUTER TECHNOLC | Unsecured | 371.53 | 371.53 | 371.53 | 0.00 | 0.00 |
| PIONEER RX | Unsecured | 1,367.07 | NA | NA | 0.00 | 0.00 |
| PRAXIS MED | Unsecured | 2,010.66 | NA | NA | 0.00 | 0.00 |
| RAZ IMPORTS | Unsecured | 3,068.20 | NA | NA | 0.00 | 0.00 |
| RIVER CITY | Unsecured | 20,094.53 | NA | NA | 0.00 | 0.00 |
| RJ HEDGES AND ASSOCIATES | Unsecured | 315.00 | 315.00 | 315.00 | 0.00 | 0.00 |
| ROARING SPRING WATER | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| SAXTON BOROUGH | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| STOUDNOUR PETRLEUM | Unsecured | 312.68 | 317.09 | 317.09 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | NA | 75.48 | 75.48 | 0.00 | 0.00 |
| TOP RX | Unsecured | 52,140.00 | 50,119.71 | 50,119.71 | 0.00 | 0.00 |
| TRISTATE DISTRIBUTION | Unsecured | 1,587.15 | NA | NA | 0.00 | 0.00 |
| UNIFIRST CORPORATION | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 1,034.14 | NA | NA | 0.00 | 0.00 |
| VALUE DRUG COMPANY | Secured | 1,381,937.00 | 1,341,974.62 | 1,341,974.62 | 0.00 | 0.00 |
| WEST PENN POWER* | Unsecured | NA | 1,059.60 | 1,059.60 | 0.00 | 0.00 |
| WEX BANK | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $33.05 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $1,965,481.88 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,965,514.93** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$136,164.72** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $217.69 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$217.69** |

    12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/25/2019                    By: /s/ Ronda J. Winnecour
                                                 Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**