UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                )
                                      )
KEVIN S. FOOR,                        )    Bankruptcy No. 19-70130-JAD
                                      )
                                      )    Chapter 11
        Debtor(s)                     )
_____X    Related to Doc. #42

## ORDER

This case was converted to Chapter 11 by default order of Court on June 11, 2019.

**IT IS NOW ORDERED THAT:**

1. The Debtor, within 21 days of the date of this Order, shall:

   a. file monthly financial reports for each month commencing with the date of filing of the Chapter 13 case through and including the present, and monthly thereafter according to the United States Trustee's guidelines;

   b. file a complete list of inventory;

   c. amend all schedules to add any previously unlisted property interests and creditors;

   d. provide a listing of all postpetition, preconversion creditors which shall be captioned "Postpetition Preconversion Creditors"; this listing of additional creditors shall be entered into the CMECF System via Creditor Maintenance by the debtor(s);

   e. immediately pay any additional filing fee.

2. The chapter 13 trustee shall:

00026749

    a. forthwith turn over to the Debtor(s)-In-Possession, or Chapter 11 trustee if one has been appointed, all records and property of the estate under her custody and control; and

    b. within 30 days of the date of this Order, file an accounting of all receipts and distributions, together with a report on administration of the case.

3. **Because the court cannot ascertain if individual Chapter 11 Debtors meet the definition of a Small Business Debtor, counsel for Debtor shall, within fourteen (14) days of this order, electronically notify the court if Debtor is a Small Business as defined in 11 USC §101(51D).**

4. **It Is Further Ordered** that Debtor(s) shall file a disclosure statement and plan within 120 days from the date of this Order. However, if Debtor(s) elect to be treated as a small business, Debtor(s) shall file a disclosure statement and plan within 180 days from the date of this Order.

Date: 6/27/2019

                                        sjk
                            JEFFERY A. DELLER
                            U.S. Bankruptcy Judge

**CASE ADMINISTRATOR TO SERVE:**
Debtor
Debtor's Counsel
Ronda J. Winnecour, Esq., Chapter 13 Trustee
Office of U.S. Trustee

FILED
6/27/19 10:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00026749

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kevin S. Foor  
      Debtor

Case No. 19-70130-JAD  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: bsil     Page 1 of 1     Date Rcvd: Jun 27, 2019  
                              Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2019.
```
db             +Kevin S. Foor,    907 Frame Church Road,    Everett, PA 15537-7970
                +Ronda J. Winnecour, Esq.,    Suite3250 USX Tower,    600 Grant Street,    Pittsburgh, PA   15219,
                  UNITED STATES 15219-2702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2019 at the address(es) listed below:
```
              James   Warmbrodt     on behalf of Creditor    FLAGSTAR BANK FSB as servicer for Matrix Financial
               bkgroup@kmllawgroup.com
              James R. Huff, II    on behalf of Debtor Kevin S. Foor jhuff@sfshlaw.com
              Keri P. Ebeck     on behalf of Creditor    Live Oak Bank kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Martin A. Mooney     on behalf of Creditor    Live Oak Bank ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com
              Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
                Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
                                                                                             TOTAL: 7
```