**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  KEVIN S. FOOR | : CASE NO. 19-70130-JAD |
| Debtor | : |
| | : CHAPTER 11 |
| | : |
| | : Related to Doc. #54 |
| | : Doc. No._____ |

# VERIFICATION

I, KEVIN S. FOOR, the Debtor above named, verify that I am filing this bankruptcy action under Chapter 11, but that I am NOT a small business debtor according to the definition as defined in 11 U.S.C. § 101(51D) of the United States Bankruptcy Code.   I understand that false statements made herein are made subject to the penalties of 18 Pa.C.S. §4904 relating to unsworn falsification to authorities.


BY:     */s/Kevin S. Foor*
          Kevin S. Foor


DATED:  July 8, 2019