UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Foor, Kevin S.

Case No. 19-70130-JAD

Reporting Period: June 30 2019

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | ✗ | |
| Copies of bank statements | | ✗ | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_K S Foor_
Signature of Debtor

_7-10-2019_
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Preparer

_____
Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Foor, Kevin S.

Case No. 19-70130-JAD

Debtor

Reporting Period: 6-1-19 – 6-30-19

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash – Beginning of Month | 138.03 | |
| **RECEIPTS** | | |
| Wages (Net) | 0 | |
| Interest and Dividend Income | 0 | |
| Alimony and Child Support | 0 | |
| Social Security and Pension Income | 0 | |
| Sale of Assets | 0 | |
| Other Income (attach schedule) | 0 | |
| Total Receipts | 0 | |
| **DISBURSEMENTS** | | |
| ORDINARY ITEMS: | | |
| Mortgage Payment(s) | 0 | |
| Rental Payment(s) | 0 | |
| Other Secured Note Payments | 0 | |
| Utilities | 0 | |
| Insurance | 0 | |
| Auto Expense | 0 | |
| Lease Payments | 0 | |
| IRA Contributions | 0 | |
| Repairs and Maintenance | 0 | |
| Medical Expenses | 0 | |
| Household Expenses | 0 | |
| Charitable Contributions | 0 | |
| Alimony and Child Support Payments | 0 | |
| Taxes – Real Estate | 0 | |
| Taxes – Personal Property | 0 | |
| Taxes – Other (attach schedule) | 0 | |
| Travel and Entertainment | 0 | |
| Gifts | 0 | |
| Other (attach schedule) | 0 | |
| Total Ordinary Disbursements | | |
| REORGANIZATION ITEMS: | | |
| Professional Fees | 0 | |
| U. S. Trustee Fees | 0 | |
| Other Reorganization Expenses (attach schedule) | 0 | |
| Total Reorganization Items | 0 | |
| Total Disbursements (Ordinary + Reorganization) | 0 | |
| Net Cash Flow (Total Receipts - Total Disbursements) | 0 | |
| Cash – End of Month (Must equal reconciled bank statement) | 0 | |

FORM MOR-1(INDV)
(9/99)

Foor, Kevin S.

      Debtor

Case No. 19-70130-JAD

Reporting Period: 6-1-19 — 6-30-19

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Other Income | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Taxes | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Ordinary Disbursements | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Reorganization Expenses | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Foor, Kevin S.

Case No. 19-70130-JAD

        Debtor

Reporting Period: 6-1-19 — 6-30-19

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| Total Taxes | 0 | 0 | 0 | 0 | 0 | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | Number of Days Past Due 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Foor, Kevin S.

          Debtor

Case No. 19-70130-JAD

Reporting Period: _____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 |
| + Amounts billed during the period | 0 |
| - Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 0 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0 |
| 31 - 60 days old | 0 |
| 61 - 90 days old | 0 |
| 91+ days old | 0 |
| Total Accounts Receivable | 0 |
| Amount considered uncollectible (Bad Debt) | 0 |
| Accounts Receivable (Net) | 0 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | ✓ |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | | ✓ |

FORM MOR-5
(9/99)

# First National Bank

**Statement Ending 06/28/2019**

4140 E. State Street
Hermitage, PA 16148

*BDT OF SAXTON LLC*                                                Page 1 of 2
*Primary Account Number: 95403126*

**ADDRESS SERVICE REQUESTED**

BDT OF SAXTON LLC
DBA SAXTON STATION PHARMACY
KEVIN S FOOR
D.I.P.
907 FRAME CHURCH RD
EVERETT PA 15537-7970

## Managing Your Accounts

| | | |
|---|---|---|
|  Online | www.fnb-online.com | |
|  By Phone | 1 800-555-5455 | |
| ✉ By Mail | 4140 E. State Street Hermitage, PA 16148 | |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | 95403126 | $138.03 |

## FREE SMALL BUSINESS CHECKING - 95403126

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 06/25/2019 | Balance Last Statement | $0.00 | Minimum Balance | $138.03 |
| | 1 Credit(s) This Period | $138.03 | Average Ledger Balance | $138.03 |
| | 0 Debit(s) This Period | $0.00 | Average Available Balance | $92.02 |
| 06/28/2019 | Balance This Statement | $138.03 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/25/2019 | Balance Last Statement | | | $0.00 |
| 06/26/2019 | DEPOSIT | | $138.03 | $138.03 |
| 06/28/2019 | Balance This Statement | | | $138.03 |

### Daily Balances

| Date | Amount |
|---|---|
| 06/26/2019 | $138.03 |


EQUAL HOUSING LENDER  Member FDIC