**Fill in this information to identify the case:**

Debtor Name: Kevin S. Foor

United States Bankruptcy Court for the: Western District of Pennsylvania
(State)

Case number: No. 19-70130

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of 7-16-2019 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.

Debtor Name  Kevin S. Foor                          Case number  19-70130

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

X _____
Signature of Authorized Individual

_____
Printed name of Authorized Individual

Date ____/____/_____
    MM / DD / YYYY

**For Individual Debtors:**

X  K S Foor
Signature of Debtor 1

Kevin S. Foor
Printed name of Debtor 1

Date 07/16/2019
     MM / DD / YYYY

X _____
Signature of Debtor 2

_____
Printed name of Debtor 2

Date ____/____/_____
     MM / DD / YYYY

Debtor Name  Kevin S. Foor

Case number _____

**Exhibit A: Financial Statements for** [Name of Controlled Non-Debtor Entity]

n/a

Debtor Name _____    Case number _____

**Exhibit A-1: Balance Sheet for [Name of Controlled Non-Debtor Entity] as of [date]**

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

Attached is my D.I.P. account - bank statement

Debtor Name  Kevin S. Foor

Case number _____

**Exhibit A-2: Statement of Income (*Loss*) for [Name of Controlled Non-Debtor Entity] for period ending [date]**

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

I have no income from Saxton Station Pharmacy. I am employed by Medicine Shoppe Pharmacy. I attached last 3 pay stubs.

Debtor Name  Kevin S. Foor

Case number _____

**Exhibit A-3: Statement of Cash Flows for** [Name of Controlled Non-Debtor Entity] **for period ending** [date]

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

n/a

Debtor Name  Kevin S. Four

Case number _____

### Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity] for period ending [date]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

n/a

Debtor Name  Kevin S. Feor                        Case number _____

## Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

N/a

Debtor Name __Kevin S. Foor__

Case number ____

## Exhibit C: Description of Intercompany Claims

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

n/a

Debtor Name  Kevin S. Foor

Case number _____

### Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

My 2018 taxes are still being processed by my accountant.

Debtor Name  Kevin S. Foor

Case number _____

## Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]   n/a

*DIP Account*

# Account Activity
Business Checking ******3126

Balances as of 7/17/2019

### Pending Transactions

| Date | Description | Category | Check | Deposits | Withdrawals |
|---|---|---|---|---|---|
| 7/17/2019 | PROCESSING: 0246 ATM WTD FIRST NAT BANK EVERETTE PA PA900052 000246 -6011 | UNCATEGORIZED | | | ($60.00) |
| 7/17/2019 | PROCESSING: DISCOVER PHONE PAY 1089 | UNCATEGORIZED | | | ($146.00) |

### Transactions

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 7/12/2019 | Check | UNCATEGORIZED | 0000000001 | | ($1,247.50) | $2,634.57 |
| 7/12/2019 | Manual Miscellaneous Debit | UNCATEGORIZED | | | ($900.00) | $3,882.07 |
| 7/12/2019 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,331.30 | | $4,782.07 |
| 7/9/2019 | Check | UNCATEGORIZED | 0000000068 | | ($354.46) | $1,450.77 |
| 7/9/2019 | Check | UNCATEGORIZED | 0000000001 | | ($632.80) | $1,805.23 |
| 7/8/2019 | DISCOVER PHONE PAY 1709 | UNCATEGORIZED | | | ($200.00) | $2,438.03 |
| 7/1/2019 | Memo Credit Transaction | UNCATEGORIZED | | $2,500.00 | | $2,638.03 |
| 6/26/2019 | Deposit | UNCATEGORIZED | | $138.03 | | $138.03 |

Older Transactions                                                                                                    Newer Transactions

**CL Cressler Inc**
PO Box 1219
Mechanicsburg, PA 17055

Direct Deposit Advice

**paylocity**

**Check Date** May 17, 2019

**Voucher Number** 14577

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| First National Bank | C | ***6600 | 3,331.30 |
| **Total Direct Deposits** | | | **3,331.30** |

39000   1284-10   919  14577  12821         39000

Kevin Scott Foor
907 Frame Church Road
Everett, PA  15537

## Non Negotiable - This is not a check - Non Negotiable

**CL Cressler Inc**

**Earnings Statement**

Kevin Scott Foor
| | | | |
|---|---|---|---|
| Employee ID | 919 | Fed Taxable Income | 4,592.39 |
| Location | 1284-10 | Fed Filing Status | S-4 |
| Salary | $4,800.00 | State Filing Status | S-0 |

Check Date  May 17, 2019
Period Beginning  April 29, 2019
Period Ending  May 12, 2019

Voucher Number  14577
Net Pay  3,331.30

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ER HEALT | | 0.00 | 455.29 | 1,821.16 |
| GROUP TE | | 0.00 | 3.46 | 13.84 |
| PHARMEX | | | | 556.80 |
| PTO-PHAR | | | | 181.52 |
| REGULAR | 58.67 | 81.82 | 4,800.00 | 19,018.48 |
| **Gross Earnings** | | 81.82 | 4,803.46 | 19,770.64 |

| Deductions | Amount | YTD |
|---|---|---|
| GROUP TERM LIFE - FLAT AM | 3.46 | 13.84 |
| S125 DENTAL | 14.27 | 57.08 |
| S125 HEALTH | 195.25 | 781.00 |
| S125 VISION | 1.55 | 6.20 |
| **Deductions** | **214.53** | **858.12** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 687.13 | 2,882.15 |
| MED | 66.59 | 274.43 |
| PA | 140.88 | 580.61 |
| PA-310103 | 73.42 | 302.59 |
| PA-HUN9 | 2.00 | 8.00 |
| PASUI-E | 2.88 | 11.85 |
| SS | 284.73 | 1,173.44 |
| **Taxes** | **1,257.63** | **5,233.07** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| First National Bank Of Pennsylvania | C | ***6600 | 3,331.30 |
| **Total Direct Deposits** | | | **3,331.30** |

| Time Off | Used | Availabl |
|---|---|---|
| PTO | 3.00 | 15.48 |

CL Cressler Inc | PO Box 1219  Mechanicsburg, PA 17055 | (717) 766-6191 | FEIN: 25-1867644 | PA: 22-36260

**CL Cressler Inc**
PO Box 1219
Mechanicsburg, PA 17055

Direct Deposit Advice         paylocity

Check Date         Voucher Number
May 31, 2019         14852

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| First National Bank | C | ***6600 | 3,331.31 |
| **Total Direct Deposits** | | | **3,331.31** |

39000  1284-10  919  14852  13066         39000
Kevin Scott Foor
907 Frame Church Road
Everett, PA 15537

Non Negotiable - This is not a check - Non Negotiable

**CL Cressler Inc**

Kevin Scott Foor                                                                **Earnings Statement**

| Employee ID | 919 | Fed Taxable Income | 4,592.39 | Check Date | May 31, 2019 | Voucher Number | 14852 |
| Location | 1284-10 | Fed Filing Status | S-4 | Period Beginning | May 13, 2019 | Net Pay | 3,331.31 |
| Salary | $4,800.00 | State Filing Status | S-0 | Period Ending | May 26, 2019 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ER HEALT | | 0.00 | 455.29 | 2,276.45 |
| GROUP TE | | 0.00 | 3.46 | 17.30 |
| PHARMEX | | | | 556.80 |
| PTO-PHAR | 58.31 | 9.50 | 553.94 | 735.46 |
| REGULAR | 58.31 | 72.82 | 4,246.06 | 23,264.54 |
| **Gross Earnings** | | **82.32** | **4,803.46** | **24,574.10** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 687.13 | 3,569.28 |
| MED | 66.59 | 341.02 |
| PA | 140.88 | 721.49 |
| PA-310103 | 73.42 | 376.01 |
| PA-HUN9 | 2.00 | 10.00 |
| PASUI-E | 2.88 | 14.73 |
| SS | 284.72 | 1,458.16 |
| **Taxes** | **1,257.62** | **6,490.69** |

| Deductions | Amount | YTD |
|---|---|---|
| GROUP TERM LIFE - FLAT AM | 3.46 | 17.30 |
| S125 DENTAL | 14.27 | 71.35 |
| S125 HEALTH | 195.25 | 976.25 |
| S125 VISION | 1.55 | 7.75 |
| **Deductions** | **214.53** | **1,072.65** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| First National Bank Of Pennsylvania | C | ***6600 | 3,331.31 |
| **Total Direct Deposits** | | | **3,331.31** |

| Time Off | Used | Availabl |
|---|---|---|
| PTO | 12.50 | 10.60 |

CL Cressler Inc | PO Box 1219 Mechanicsburg, PA 17055 | (717) 766-6191 | FEIN: 25-1867644 | PA: 22-36260

**CL Cressler Inc**
PO Box 1219
Mechanicsburg, PA 17055

Direct Deposit Advice

**paylocity**

**Check Date**
July 12, 2019

**Voucher Number**
15675

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| First National Bank | C | ***3126 | 3,331.30 |
| Total Direct Deposits | | | 3,331.30 |

39000  1284-10  919  15675  13799    39000

Kevin Scott Foor
907 Frame Church Road
Everett, PA 15537

## Non Negotiable - This is not a check - Non Negotiable

**CL Cressler Inc**

**Earnings Statement**

Kevin Scott Foor

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 919 | Fed Taxable Income | 4,592.39 | Check Date | July 12, 2019 |
| Location | 1284-10 | Fed Filing Status | S-4 | Period Beginning | June 24, 2019 |
| Salary | $4,800.00 | State Filing Status | S-0 | Period Ending | July 7, 2019 |

Voucher Number 15675
Net Pay 3,331.30

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ER HEALT | | 0.00 | 455.29 | 3,642.32 |
| GROUP TE | | 0.00 | 3.46 | 27.68 |
| HOLIDAY- | 58.79 | 8.00 | 470.30 | 942.92 |
| PHARMEX | | | | 556.80 |
| PTO-PHAR | | | | 735.46 |
| REGULAR | 58.79 | 73.65 | 4,329.70 | 36,721.62 |
| **Gross Earnings** | | **81.65** | **4,803.46** | **38,984.48** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 687.13 | 5,630.67 |
| MED | 66.59 | 540.79 |
| PA | 140.88 | 1,144.13 |
| PA-310103 | 73.42 | 596.27 |
| PA-HUN9 | 2.00 | 16.00 |
| PASUI-E | 2.88 | 23.37 |
| SS | 284.73 | 2,312.35 |
| **Taxes** | **1,257.63** | **10,263.58** |

| Deductions | Amount | YTD |
|---|---|---|
| GROUP TERM LIFE - FLAT AM | 3.46 | 27.68 |
| S125 DENTAL | 14.27 | 114.16 |
| S125 HEALTH | 195.25 | 1,562.00 |
| S125 VISION | 1.55 | 12.40 |
| **Deductions** | **214.53** | **1,716.24** |

| Direct Deposits Type | | Account | Amount |
|---|---|---|---|
| First National Bank Of Pennsylvania | C | ***3126 | 3,331.30 |
| **Total Direct Deposits** | | | **3,331.30** |

| Time Off | Used | Availabl |
|---|---|---|
| PTO | 12.50 | 24.46 |

CL Cressler Inc | PO Box 1219 Mechanicsburg, PA 17055 | (717) 766-6191 | FEIN: 25-1867644 | PA: 22-36260