# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: KEVIN S. FOOR | : CASE NO. 19-70130-JAD |
| Debtor | : |
| | : CHAPTER 11 |
| | : |
| | : Related to Doc. #54 |
| | : Doc. No._____ |

# **VERIFICATION**

I, KEVIN S. FOOR, the Debtor above named, make the following statements:

1. I have no inventory.

2. I have no unlisted property, interest or creditors to be added to the case beyond those already named in my case as previously filed under Chapter 13.

3. I have no postpetition creditors or preconversion creditors to be added to this case.

I understand that false statements made herein are made subject to the penalties of 18 Pa.C.S. §4904 relating to unsworn falsification to authorities.

BY: _/s/Kevin S. Foor_
Kevin S. Foor

DATED: July 19, 2019