

U.S. Department of Justice

Office of the United States Trustee

*Western District of Pennsylvania*

*1001 Liberty Avenue, Room 970*   *(412) 644-4756*
*Pittsburgh, PA   15222*          *fax (412) 644-4785*

# MINUTES OF §341 MEETING OF CREDITORS
## CHAPTER 11

| | |
|---|---|
| IN RE: § | |
| § | |
| Kevin S. Foor § | CASE NO. 19-70130 JAD |
| § | |
| § | |
| DEBTOR-IN-POSSESSION § | |

The §341(a) Meeting of Creditors was **convened** on Friday, August 2, 2019 and closed.

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
Region 3

BY: /s/ Larry E. Wahlquist
    Larry E. Wahlquist
    Trial Attorney
    Presiding Officer
    Larry.E.Wahlquist@usdoj.gov

Date: August 5, 2019