UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Foor, Kevin S.

Case No. 19-70130-JAD

Reporting Period: 7-1-19 - 7-31-19

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | X | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_K S Foor_       8-7-2019
Signature of Debtor     Date

_____      _____
Signature of Joint Debtor     Date

_____      _____
Signature of Preparer     Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Foor, Kevin S.  
Debtor  
Case No. 19-70130-JAD  
Reporting Period: 7-1-19 – 7-31-19

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 138.03 | 138.03 |
| **RECEIPTS** | | |
| Wages (Net) | 6927.90 | 6927.90 |
| Interest and Dividend Income | 0 | 0 |
| Alimony and Child Support | 0 | 0 |
| Social Security and Pension Income | 0 | 0 |
| Sale of Assets | 0 | 0 |
| Other Income (attach schedule) | 2500.00 | 2500.00 |
| Total Receipts | 9427.90 | 9427.90 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 2495.00 | 2495.00 |
| Rental Payment(s) | 0 | 0 |
| Other Secured Note Payments | 0 | 0 |
| Utilities | 1535.75 | 1535.75 |
| Insurance | 166.79 | 166.79 |
| Auto Expense | 12.00 | 12.00 |
| Lease Payments | 0 | 0 |
| IRA Contributions | 0 | 0 |
| Repairs and Maintenance | 0 | 0 |
| Medical Expenses | 100.00 | 100.00 |
| Household Expenses | 627.11 | 627.11 |
| Charitable Contributions | 0 | 0 |
| Alimony and Child Support Payments | 0 | 0 |
| Taxes - Real Estate | 0 | 0 |
| Taxes - Personal Property | 0 | 0 |
| Taxes - Other (attach schedule) | 201.03 | 201.03 |
| Travel and Entertainment | 60.00 | 60.00 |
| Gifts | 0 | 0 |
| Other (attach schedule) | 3752.09 | 3752.09 |
| Total Ordinary Disbursements | 8949.77 | 8949.77 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 0 | 0 |
| U. S. Trustee Fees | 325.00 | 325.00 |
| Other Reorganization Expenses (attach schedule) | 0 | 0 |
| Total Reorganization Items | 325.00 | 325.00 |
| Total Disbursements (Ordinary + Reorganization) | 9274.77 | 9274.77 |
| Net Cash Flow (Total Receipts - Total Disbursements) | 153.13 | 153.13 |
| Cash - End of Month (Must equal reconciled bank statement) | 291.16 | 291.16 |

FORM MOR-1(INDV)  
(9/99)

Foor, Kevin S.
Debtor

Case No. 19-70130-JAD
Reporting Period: 7-1-19 – 8-31-19

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 |
| + Amounts billed during the period | 0 |
| - Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 0 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0 |
| 31 - 60 days old | 0 |
| 61 - 90 days old | 0 |
| 91+ days old | 0 |
| Total Accounts Receivable | 0 |
| Amount considered uncollectible (Bad Debt) | 0 |
| Accounts Receivable (Net) | 0 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |

FORM MOR-5
(9/99)

Foor, Kevin S.  
Debtor

Case No. 19-70130-JAD  
Reporting Period: 7-1-19  7-31-19

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Transfer from old personal Account | $2,500.00 | 2,500.00 |
| | 0 | 0 |
| | | 0 |
| | $2,500.00 | 2,500.00 |
| **Other Taxes** | | |
| PA Dept of Rev. | 90.30 | 90.30 |
| late fee | 100.00 | 100.00 |
| PA UC Fund | 10.73 | 10.73 |
| | 0 | 0 |
| | 201.03 | 201.03 |
| **Other Ordinary Disbursements** | | |
| credit card payments | 1415.14 | 1415.14 |
| horse Board | 1436.95 | 1436.95 |
| transfer to old personal Acct. | 900.00 | 900.00 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 3752.09 | 3752.09 |
| **Other Reorganization Expenses** | | |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |

FORM MOR-1 (INDV) (CON'T)  
(9/99)

Foor, Kevin S.
Debtor

Case No. 19-70130-JAD
Reporting Period: 7-1-19 – 7-31-19

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employee | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employer | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Income | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Federal Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| **State and Local** | 0 | 0 | 0 | 0 | 0 | 0 |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| Sales | 0 | 0 | 0 | 0 | 0 | 0 |
| Excise | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Real Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Personal Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total State and Local | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Taxes** | 0 | 0 | 0 | 0 | 0 | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| | | | Number of Days Past Due | | | |
| Accounts Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Wages Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Building | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt/Adequate Protection Payments | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due to Insiders* | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Postpetition Debts | 0 | 0 | 0 | 0 | 0 | 0 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

**CL Cressler Inc**
PO Box 1219
Mechanicsburg, PA 17055

Direct Deposit Advice

paylocity

Check Date: July 12, 2019

Voucher Number: 15675

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| First National Bank | C | ***3126 | 3,331.30 |
| Total Direct Deposits | | | 3,331.30 |

39000  1284-10  919  15675  13799     39000

**Kevin Scott Foor**
907 Frame Church Road
Everett, PA 15537

Non Negotiable - This is not a check - Non Negotiable

## CL Cressler Inc

**Earnings Statement**

**Kevin Scott Foor**

| Employee ID | 919 | Fed Taxable Income | 4,592.39 | Check Date | July 12, 2019 | Voucher Number | 15675 |
| Location | 1284-10 | Fed Filing Status | S-4 | Period Beginning | June 24, 2019 | Net Pay | 3,331.30 |
| Salary | $4,800.00 | State Filing Status | S-0 | Period Ending | July 7, 2019 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ER HEALT | | 0.00 | 455.29 | 3,642.32 |
| GROUP TE | | 0.00 | 3.46 | 27.68 |
| HOLIDAY-PHARMEX | 58.79 | 8.00 | 470.30 | 942.92 |
| PTO-PHAR | | | | 556.80 |
| | | | | 735.46 |
| REGULAR | 58.79 | 73.65 | 4,329.70 | 36,721.62 |
| **Gross Earnings** | | **81.65** | **4,803.46** | **38,984.48** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 687.13 | 5,630.67 |
| MED | | | 66.59 | 540.79 |
| PA | | | 140.88 | 1,144.13 |
| PA-310103 | | | 73.42 | 596.27 |
| PA-HUN9 | | | 2.00 | 16.00 |
| PASUI-E | | | 2.88 | 23.37 |
| SS | | | 284.73 | 2,312.35 |
| **Taxes** | | | **1,257.63** | **10,263.58** |

| Deductions | Amount | YTD |
|---|---|---|
| GROUP TERM LIFE - FLAT AM | 3.46 | 27.68 |
| S125 DENTAL | 14.27 | 114.16 |
| S125 HEALTH | 195.25 | 1,562.00 |
| S125 VISION | 1.55 | 12.40 |
| **Deductions** | **214.53** | **1,716.24** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| First National Bank Of Pennsylvania | C | ***3126 | 3,331.30 |
| **Total Direct Deposits** | | | **3,331.30** |

| Time Off | Used | Availabl |
|---|---|---|
| PTO | 12.50 | 24.46 |

CL Cressler Inc | PO Box 1219 Mechanicsburg, PA 17055 | (717) 766-6191 | FEIN: 25-1867644 | PA: 22-36260

**CL Cressler Inc**  
PO Box 1219  
Mechanicsburg, PA 17055

Direct Deposit Advice

**paylocity**

Check Date: July 26, 2019

**Voucher Number**: 15949

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| First National Bank | C | ***3126 | 3,596.60 |
| **Total Direct Deposits** | | | **3,596.60** |

39000  1284-10  919  15949  14037      39000

Kevin Scott Foor  
907 Frame Church Road  
Everett, PA  15537

Non Negotiable - This is not a check - Non Negotiable

## CL Cressler Inc

**Earnings Statement**

**Kevin Scott Foor**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 919 | Fed Taxable Income | 5,009.39 | Check Date | July 26, 2019 | |
| Location | 1284-10 | Fed Filing Status | S-4 | Period Beginning | July 8, 2019 | |
| Salary | $4,800.00 | State Filing Status | S-0 | Period Ending | July 21, 2019 | |

Voucher Number: 15949  
Net Pay: 3,596.60

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ER HEALT | | 0.00 | 455.29 | 4,097.61 |
| GROUP TE | | 0.00 | 3.46 | 31.14 |
| HOLIDAY- | | | | 942.92 |
| PHARMEX | 60.00 | 6.95 | 417.00 | 973.80 |
| PTO-PHAR | | | | 735.46 |
| REGULAR | 58.52 | 82.02 | 4,800.00 | 41,521.62 |
| **Gross Earnings** | | **88.97** | **5,220.46** | **44,204.94** |

| Deductions | Amount | YTD |
|---|---|---|
| GROUP TERM LIFE - FLAT AM | 3.46 | 31.14 |
| S125 DENTAL | 14.27 | 128.43 |
| S125 HEALTH | 195.25 | 1,757.25 |
| S125 VISION | 1.55 | 13.95 |
| **Deductions** | **214.53** | **1,930.77** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 787.21 | 6,417.88 |
| MED | 72.64 | 613.43 |
| PA | 153.68 | 1,297.81 |
| PA-310103 | 80.09 | 676.36 |
| PA-HUN9 | 2.00 | 18.00 |
| PASUI-E | 3.13 | 26.50 |
| SS | 310.58 | 2,622.93 |
| **Taxes** | **1,409.33** | **11,672.91** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| First National Bank Of Pennsylvania | C | ***3126 | 3,596.60 |
| **Total Direct Deposits** | | | **3,596.60** |

| Time Off | Used | Availabl |
|---|---|---|
| PTO | 12.50 | 29.08 |

CL Cressler Inc | PO Box 1219  Mechanicsburg, PA 17055 | (717) 766-6191 | FEIN: 25-1867644 | PA: 22-36260

# Account Activity
Business Checking ******3126

Balances as of 8/7/2019

### Pending Transactions

| Date | Description | Category | Check | Deposits | Withdrawals |
|---|---|---|---|---|---|
| 8/7/2019 | PROCESSING: HARLAND CLARKE CHK ORDERS 1K0VXXXXX0343F8 | UNCATEGORIZED | | | ($16.30) |

### Transactions

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 8/6/2019 | Check | UNCATEGORIZED | 0000000527 | | ($10.73) | $291.16 |
| 8/5/2019 | Check | UNCATEGORIZED | 0000000516 | | ($100.00) | $301.89 |
| 8/5/2019 | Check | UNCATEGORIZED | 0000000509 | | ($325.00) | $401.89 |
| 8/5/2019 | Check | UNCATEGORIZED | 0000000510 | | ($1,247.50) | $726.89 |
| 8/2/2019 | COMENITYCARD PAY CHECK PYMT 525 | UNCATEGORIZED | | | ($50.33) | $1,974.39 |
| 8/2/2019 | CenturyLink BILL PYMT 519 | UNCATEGORIZED | | | ($54.53) | $2,024.72 |
| 8/2/2019 | Check | UNCATEGORIZED | 0000000524 | | ($75.00) | $2,079.25 |
| 8/2/2019 | Check | UNCATEGORIZED | 0000000514 | | ($100.00) | $2,154.25 |
| 8/2/2019 | JC PENNEY CHECK PYMT 0523 | UNCATEGORIZED | | | ($107.00) | $2,254.25 |
| 8/2/2019 | COMENITYCARD PAY CHECK PYMT 526 | UNCATEGORIZED | | | ($109.93) | $2,361.25 |
| 8/1/2019 | Check | UNCATEGORIZED | 0000000515 | | ($12.00) | $2,471.18 |
| 8/1/2019 | Check | UNCATEGORIZED | 0000000520 | | ($25.00) | $2,483.18 |
| 8/1/2019 | West Penn Power CHECK PYMT 0522 | UNCATEGORIZED | | | ($117.42) | $2,508.18 |
| 8/1/2019 | DISCOVER ARC PAYMENTS 511 | UNCATEGORIZED | | | ($150.00) | $2,625.60 |
| 8/1/2019 | DISCOVER ARC PAYMENTS 518 | UNCATEGORIZED | | | ($200.00) | $2,775.60 |
| 8/1/2019 | VERIZON FINANCIA PAYMENTS 0517 | UNCATEGORIZED | | | ($656.00) | $2,975.60 |
| 7/31/2019 | Check | UNCATEGORIZED | 0000000513 | | ($90.30) | $3,631.60 |
| 7/31/2019 | Check | | | | ($272.65) | $3,721.90 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| | | UNCATEGORIZED | 0000000512 | | | |
| 7/29/2019 | AAA LIFE INS PREM XXXXXX8873 ALAN | UNCATEGORIZED | | | ($49.49) | $3,994.55 |
| 7/26/2019 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,596.60 | | $4,044.04 |
| 7/24/2019 | Check | UNCATEGORIZED | 0000000500 | | ($1,436.95) | $447.44 |
| 7/23/2019 | Check | UNCATEGORIZED | 0000000502 | | ($117.30) | $1,884.39 |
| 7/22/2019 | AMER EAGLE VISA CHECK PYMT 0505 | UNCATEGORIZED | | | ($30.00) | $2,001.69 |
| 7/22/2019 | Synchrony CHECK PYMT 0507 | UNCATEGORIZED | | | ($70.00) | $2,031.69 |
| 7/22/2019 | CAPITAL ONE ARC CHECK PYMT 503 | UNCATEGORIZED | | | ($71.88) | $2,101.69 |
| 7/22/2019 | JC PENNEY CHECK PYMT 0501 | UNCATEGORIZED | | | ($100.00) | $2,173.57 |
| 7/19/2019 | Kohls Chg Pmt Check PMT 0506 | UNCATEGORIZED | | | ($65.00) | $2,273.57 |
| 7/18/2019 | Check | UNCATEGORIZED | 0000000508 | | ($90.00) | $2,338.57 |
| 7/17/2019 | 0246 ATM WTD 07/16 19:04 FIRST NAT BANK EVERETTE PA PA900052 000246 ~6011 | ATM | | | ($60.00) | $2,428.57 |
| 7/17/2019 | DISCOVER PHONE PAY 1089 | UNCATEGORIZED | | | ($146.00) | $2,488.57 |
| 7/12/2019 | Check | UNCATEGORIZED | 0000000001 | | ($1,247.50) | $2,634.57 |
| 7/12/2019 | Manual Miscellaneous Debit | UNCATEGORIZED | | | ($900.00) | $3,882.07 |
| 7/12/2019 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,331.30 | | $4,782.07 |
| 7/9/2019 | Check | UNCATEGORIZED | 0000000063 | | ($354.46) | $1,450.77 |
| 7/9/2019 | Check | UNCATEGORIZED | 0000000001 | | ($632.80) | $1,805.23 |
| 7/8/2019 | DISCOVER PHONE PAY 1709 | UNCATEGORIZED | | | ($200.00) | $2,438.03 |
| 7/1/2019 | Memo Credit Transaction | UNCATEGORIZED | | $2,500.00 | | $2,638.03 |
| 6/26/2019 | Deposit | UNCATEGORIZED | | $138.03 | | $138.03 |

Older Transactions

Newer Transactions