# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Kevin S. Foor                                                                 19-70130-JAD

Debtor(s).

## STATEMENT THAT UNSECURED CREDITORS' COMMITTEE HAS NOT BEEN APPOINTED

TO:    CLERK, UNITED STATES BANKRUPTCY COURT

As of the date of this statement, a Committee of Unsecured Creditors has not been appointed by the United States Trustee for the reason(s) checked below:

- ( )    Debtors schedules reflect only ____ unsecured creditors.

- ( )    No unsecured creditors responded to U.S. Trustee's communication/contact for service on the committee.

- (X)    Insufficient response to U.S. Trustee's communication/contact for service on the committee.

- ( )    Non-operating debtor-in-possession; no creditor interest.

- ( )    Motion to convert to Chapter 7 or dismiss pending.

- ( )    Case converted or dismissed.

- ( )    Other.

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
Region 3


By: /s/Norma Hildenbrand
    Norma Hildenbrand
    Trial Attorney
Norma.L.Hildenbrand@usdoj.gov

Dated: August 16, 2019

cc:  James R. Huff, II, Esquire

Accepting Creditor(s)