UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | NO. 19-70130 |
| KEVIN S. FOOR d/b/a ) | |
| BDT OF SAXTON d/b/a ) | |
| SAXTON STATION PHARMACY ) | |
| ) | |
| Debtor ) | Chapter 11 |

NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002(a) & (b)

TO THE CLERK OF THE COURT:

Please be advised that Thomas A. Capehart, Esquire of the law firm of Gross, McGinley, LLP, 33 South 7th Street, PO Box 4060, Allentown, Pennsylvania 18105-4060, hereby enters his appearance on behalf of the Creditor, Marine One Acceptance Corp., requests copies of all notices, pleadings and other papers however designated pursuant to Bankruptcy Rule 2002(a) and (b).

Respectfully Submitted,

 /s/Thomas A. Capehart

Thomas A. Capehart, Esq.
Attorney for Marine One Acceptance Corp.
33 S. 7th Street, PO Box 4060
Allentown, PA 18105-4060
610-820-5450
tcapehart@grossmcginley.com