## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 19-70130-JAD |
| | ) | |
| Kevin S. Foor d/b/a BDT of Saxton d/b/a | ) | CHAPTER 11 |
| Saxton Station Pharmacy, | ) | |
| | ) | MOTION NO.: |
|     Debtor. | ) | |
| | ) | |
| First National Bank of Pennsylvania, | ) | |
| | ) | |
|     Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Kevin S. Foor d/b/a BDT of Saxton d/b/a | ) | |
| Saxton Station Pharmacy, Debtor; Sandy K. | ) | |
| Foor, Non-Filing Co-Debtor; | ) | |
| | ) | |
|     Respondents. | ) | |
| | ) | |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF FIRST NATIONAL BANK OF PENNSYLVANIA FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY, IF ANY

TO THE RESPONDENTS:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than October 25, 2019, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on November 15, 2019, at 11:00 a.m. before Judge Jeffery A. Deller at U.S. Bankruptcy Court, Courtroom B, Penn Traffic Building, Johnstown, PA  15901.  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.

If there is an issue of fact, an evidentiary hearing will be scheduled at a later date of the Court.  An order granting relief may be entered and the hearing may not be held if you do not timely file and serve a written report.

Respectfully submitted,

GRENEN & BIRSIC, P.C.

Dated:  __10/08/2019_____          By:      /s/ David W. Raphael_____
David W. Raphael, Esquire
PA ID No. 200598
Attorney for First National Bank of
   Pennsylvania
One Gateway Center, 9th Floor
Pittsburgh, PA  15222
412-281-7650
Fax:  412-281-7657
E-mail:  draphael@grenenbirsic.com