**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 19-70130-JAD |
| | ) | |
| Kevin S. Foor d/b/a BDT of Saxton d/b/a Saxton Station Pharmacy, | ) ) | CHAPTER 11 |
| | ) | HEARING DATE & TIME:  November 15, |
| Debtor. | ) | 2019 @ 11:00 a.m. |
| | ) | |
| First National Bank of Pennsylvania, | ) ) | |
| Movant, | ) ) | |
| vs. | ) ) | |
| Kevin S. Foor d/b/a BDT of Saxton d/b/a Saxton Station Pharmacy, Debtor; Sandy K. Foor, Non-Filing Co-Debtor; | ) ) ) ) | |
| Respondents. | ) ) | |

**CONSENT TO CONTINUANCE OF AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(e) PENDING FINAL HEARING**

    First National Bank of Pennsylvania, by its undersigned counsel, consents to the extension of the automatic stay pursuant to 11 U.S.C. § 362(e) pending a final hearing on the motion for relief, and waives any right to declare a grant of relief in the event that the hearing is not held within thirty (30) days of the request for relief.

                                                                       GRENEN & BIRSIC, P.C.

Date:    10/8/19                      By:    /s/ David W. Raphael
                                                      David W. Raphael, Esquire
                                                      PA ID No. 200598
                                                      Attorney for First National Bank of
                                                        Pennsylvania
                                                      One Gateway Center, 9th Floor
                                                      Pittsburgh, PA  15222
                                                      412-281-7650
                                                      Fax:  412-281-7657
                                                      E-mail:  draphael@grenenbirsic.com