**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE NO. 19-70130-JAD |
| Kevin S. Foor d/b/a BDT of Saxton d/b/a Saxton Station Pharmacy, | CHAPTER 11 |
| Debtor. | HEARING DATE & TIME: November 15, 2019 @ 11:00 a.m. |
| First National Bank of Pennsylvania, | |
| Movant, | |
| vs. | |
| Kevin S. Foor d/b/a BDT of Saxton d/b/a Saxton Station Pharmacy, Debtor; Sandy K. Foor, non-filing Co-Debtor; | |
| Respondents. | |

**CERTIFICATE OF SERVICE OF DEFAULT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

I certify under penalty of perjury that I have served the above captioned pleadings on the parties at the addresses specified below or on the attached list on   October 28   , 20 19  .

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was Either First Class Mail and/or Electronic Notification.

**SERVICE BY FIRST CLASS MAIL**
Kevin S. Foor, Debtor
907 Frame Church Road
Everett, PA  15537

Sandy K. Foor, Co-Debtor
907 Frame Church Road
Everett, PA  15537

Value Drug Company
195 Theater Drive
Duncansville, PA  16635

Live Oak Bank
174 Tiburon Drive
Wilmington, NC  28403

Flagstar Bank
P. O. Box 660263
Dallas, TX  75266

Argus Capital Funding
104 East 25th Street, 10th Floor
New York, NY  10010

On Deck
901 N. Stuart Street, Suite 700
Arlington, VA  22203

LG Funding, LLC
1218 Union Street
Brooklyn, NY  11225

Top RX, LLC
P. O. Box 1844, Dept. T-5
Memphis, TN  38101

Kalamata Capital Group
80 Broad Street, 12th Floor
New York, NY  10004

First Commonwealth Bank
P. O. Box 400
Indiana, PA  15701

River City
P. O. Box 840713
Dallas, TX  75284

Auburn Generics
2360 Bellingham Drive
Troy, MI  48083

Broad Top Medical Center
P. O. Box 127
Broad Top, PA  16621

Brynmawr Funding/Pioneer RX
620 W. Germantown Road, Suite 310
Plymouth Meeting, PA  19462

Marine One
5000 Quorum Drive, Suite 200
Dallas, TX  75254

FFE Enterprises
44000 Winchester Road
Temecula, CA  92590

Rax Imports
1020 Eden Road
Arlington, TX  76001

A&K Distributors
Box 250055
Aguadilla, PR  00604

Peterson Accounting
1798 Plank Road, Suite 301
Duncansville, PA  16635

Penelec
P. O. Box 3687
Akron, OH  44309

**SERVICE BY ELECTRONIC NOTIFICATION**
James R. Huff, II, Esquire
Sullivan Forr Stokan & Huff
1701 Fifth Avenue
Altoona, PA  16602
E-mail:  jhuff@sfshlaw.com

Larry E. Wahlquist on behalf of U.S. Trustee
Office of the U.S. Trustee
Liberty Center
1001 Liberty Center, Suite 970
Pittsburgh, PA  15222
E-mail:  larry.e.wahlquist@usdoj.gov

Norma L. Hildenbrand on behalf of U.S. Trustee
Office of the U.S. Trustee
Liberty Center
1001 Liberty Center, Suite 970
Pittsburgh, PA  15222
E-mail:  Norma.L.Hildenbrand@usdoj.gov


Dated:  10/28/2019           By:     /s/ David W. Raphael
                                    David W. Raphael, Esquire
                                    PA ID No. 200598
                                    Attorney for First National Bank of
                                      Pennsylvania
                                    One Gateway Center, 9th Floor
                                    Pittsburgh, PA  15222
                                    412-281-7650
                                    Fax:  412-281-7657
                                    E-mail:  draphael@grenenbirsic.com