UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Foor, Kevin S.

Case No. 19-70130-JAD

Reporting Period: Nov. 2019

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_K S Foor_           _12-5-19_
Signature of Debtor          Date

_____          _____
Signature of Joint Debtor        Date

_____          _____
Signature of Preparer          Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Foor, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: NOV. 2019

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash – Beginning of Month | 307.36 | 1519.86 |
| **RECEIPTS** | | |
| Wages (Net) | 10,137.13 | 37,325.76 |
| Interest and Dividend Income | 0 | 0 |
| Alimony and Child Support | 0 | 0 |
| Social Security and Pension Income | 0 | 0 |
| Sale of Assets | 0 | 0 |
| Other Income (attach schedule) | 0 | 8463.13 |
| **Total Receipts** | 10,137.13 | 45,788.94 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 1247.50 | 9980.00 |
| Rental Payment(s) | 0 | 0 |
| Other Secured Note Payments | 0 | 0 |
| Utilities | 1627.55 | 4686.81 |
| Insurance | 608.50 | 2583.50 |
| Auto Expense | 638.10 | 3486.74 |
| Lease Payments | 0 | 0 |
| IRA Contributions | 0 | 0 |
| Repairs and Maintenance | 0 | 375.00 |
| Medical Expenses | 396.82 | 1271.02 |
| Household Expenses | 697.02 | 3441.63 |
| Charitable Contributions | 0 | 0 |
| Alimony and Child Support Payments | 0 | 0 |
| Taxes – Real Estate | 0 | 29.40 |
| Taxes – Personal Property | 0 | 0 |
| Taxes – Other (attach schedule) | 200.00 | 726.03 |
| Travel and Entertainment | 0 | 184.09 |
| Gifts | 0 | 0 |
| Other (attach schedule) | 1850.82 | 14,409.52 |
| **Total Ordinary Disbursements** | 6666.31 | 41,173.69 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 0 | 0 |
| U. S. Trustee Fees | 0 | 975.00 |
| Other Reorganization Expenses (attach schedule) | 0 | 0 |
| **Total Reorganization Items** | 0 | 975.00 |
| **Total Disbursements (Ordinary + Reorganization)** | 6666.31 | 42,148.74 |
| **Net Cash Flow (Total Receipts – Total Disbursements)** | 3470.82 | 3640.15 |
| **Cash – End of Month** (Must equal reconciled bank statement) | 3778.18 | 5160.01 |

FORM MOR-1(INDV)
(9/99)

Foor, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: Nov. 2012

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 8463.13 |
| **Other Taxes** | | |
| payment to IRS | 200.00 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 200.00 | 425.00 |
| **Other Ordinary Disbursements** | | |
| Credit Card | 755.79 | 0 |
| Horse Board | 1021.00 | 0 |
| overdraft | 74.03 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 1850.82 | 14409.52 |
| **Other Reorganization Expenses** | | |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Foor, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: NOV. 2019

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero. Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes. Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employee | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employer | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Income | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Federal Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| **State and Local** | | | | | | |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| Sales | 0 | 0 | 0 | 0 | 0 | 0 |
| Excise | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Real Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Personal Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total State and Local | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Taxes** | 0 | 0 | 0 | 0 | 0 | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 90 | |
| Accounts Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Wages Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Building | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt/Adequate Protection Payments | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due to Insiders* | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Postpetition Debts | 0 | 0 | 0 | 0 | 0 | 0 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Foor, Kevin S.                                                  Case No. 19-70130-JAD
         Debtor                                    Reporting Period: _Nov 2019_

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 |
| + Amounts billed during the period | 0 |
| - Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 0 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0 |
| 31 - 60 days old | 0 |
| 61 - 90 days old | 0 |
| 91+ days old | 0 |
| Total Accounts Receivable | 0 |
| Amount considered uncollectible (Bad Debt) | 0 |
| Accounts Receivable (Net) | 0 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |

FORM MOR-5
(9/99)

# Account Activity

Business Checking ******3126

Balances as of 12/4/2019

### Pending Transactions

| Date | Description | Category | Check | Deposits | Withdrawals |
|---|---|---|---|---|---|
| 12/4/2019 | PROCESSING: 87829 POS PUR SHEETZ 0577 00 HUNTINGDON PA 001 087829 -5542 | UNCATEGORIZED | | | ($38.57) |

### Transactions

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 12/3/2019 | 80050 POS PUR 12/02 11:00 BEST WAY PIZZA EVERETT PA 79013738 080050 -5812 | Restaurants | | | ($24.58) | $3,173.83 |
| 12/2/2019 | 890756 PIN PUR 12/01 11:41 SHEETZ 0023 EVERETT PA 08081001 890756 -5541 | Fuel | | | ($13.86) | $3,198.41 |
| 11/29/2019 | NEGATIVE COLLECTED BALANCE FEE | UNCATEGORIZED | | | ($0.03) | $3,212.27 |
| 11/29/2019 | OVERDRAFT FEE | UNCATEGORIZED | | | ($74.00) | $3,212.30 |
| 11/29/2019 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,335.57 | | $3,286.30 |
| 11/27/2019 | COMENITYCARD PAY CHECK PYMT 619 | UNCATEGORIZED | | | ($30.39) | ($49.27) |
| 11/27/2019 | AAA LIFE INS PREM XXXXXX8873 ALAN | UNCATEGORIZED | | | ($49.49) | ($18.88) |
| 11/27/2019 | 752094 PIN PUR 11/26 19:27 TRACTOR SUPPLY # EVERETT PA 99999999 752094 -5599 | UNCATEGORIZED | | | ($56.39) | $30.61 |
| 11/27/2019 | Check | UNCATEGORIZED | 0000000618 | | ($75.00) | $87.00 |
| 11/27/2019 | Check | UNCATEGORIZED | 0000000608 | | ($77.65) | $162.00 |
| 11/27/2019 | Check | UNCATEGORIZED | 0000000615 | | ($100.00) | $239.65 |
| 11/27/2019 | Check | UNCATEGORIZED | 0000000603 | | ($200.00) | $339.65 |
| 11/26/2019 | 800974 PIN PUR 11/25 19:35 SHEETZ 0023 EVERETT PA 08081001 800974 -5541 | Fuel | | | ($10.16) | $539.65 |
| 11/26/2019 | JC PENNEY CHECK PYMT 0617 | UNCATEGORIZED | | | ($64.00) | $549.81 |
| 11/26/2019 | CAPITAL ONE ARC CHECK PYMT 0620 | UNCATEGORIZED | | | ($83.75) | $613.81 |
| 11/26/2019 | Check | UNCATEGORIZED | | | ($100.00) | $697.56 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| | | | 0000000599 | | | |
| 11/26/2019 | CenturyLink BILL PYMT 612 | UNCATEGORIZED | | | ($129.06) | $797.56 |
| 11/26/2019 | West Penn Power CHECK PYMT 0616 | UNCATEGORIZED | | | ($169.70) | $926.62 |
| 11/26/2019 | Check | UNCATEGORIZED | 0000000609 | | ($321.66) | $1,096.32 |
| 11/25/2019 | 17483 POS PUR 11/23 21:04 SHEETZ 0577 00 HUNTINGDON PA 001 017483 -5542 | Fuel | | | ($38.79) | $1,417.98 |
| 11/25/2019 | Check | UNCATEGORIZED | 0000000610 | | ($75.00) | $1,456.77 |
| 11/25/2019 | Check | UNCATEGORIZED | 0000000611 | | ($75.00) | $1,531.77 |
| 11/25/2019 | American Express ARC PYMT 0607 | UNCATEGORIZED | | | ($200.00) | $1,606.77 |
| 11/25/2019 | DISCOVER ARC PAYMENTS 613 | UNCATEGORIZED | | | ($300.00) | $1,806.77 |
| 11/21/2019 | Check | UNCATEGORIZED | 0000000606 | | ($1,021.00) | $2,106.77 |
| 11/18/2019 | 52028 POS PUR 11/17 01:03 EXXONMOBIL 48 EVERETT PA 001 052028 -5542 | Fuel | | | ($31.35) | $3,127.77 |
| 11/18/2019 | 52029 POS PUR 11/17 01:04 EXXONMOBIL 48 EVERETT PA 001 052029 -5542 | Fuel | | | ($82.02) | $3,159.12 |
| 11/18/2019 | Check | UNCATEGORIZED | 0000000602 | | ($1,247.50) | $3,241.14 |
| 11/15/2019 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,335.57 | | $4,488.64 |
| 11/14/2019 | 5550 POS PUR 11/12 07:19 SHEETZ 0023 00 EVERETT PA 001 005550 -5542 | Fuel | | | ($36.69) | $1,153.07 |
| 11/13/2019 | 39971 PIN PUR 11/12 18:32 WM SUPERCENTER # HUNTINGDON PA 54700084 03659-5411 | Food | | | ($38.79) | $1,189.76 |
| 11/13/2019 | 634989 PIN PUR 11/12 18:20 TRACTOR SUPPLY # HUNTINGDON PA 99999999 63498-5599 | UNCATEGORIZED | | | ($44.49) | $1,228.55 |
| 11/13/2019 | Check | UNCATEGORIZED | 0000000604 | | ($150.00) | $1,273.04 |
| 11/13/2019 | Check | UNCATEGORIZED | 0000000601 | | ($401.09) | $1,423.04 |
| 11/13/2019 | VERIZON FINANCIA PAYMENTS 0605 | UNCATEGORIZED | | | ($653.79) | $1,824.13 |
| 11/8/2019 | ERIE LIFE INSUR PREM P 2AT1016284 | UNCATEGORIZED | | | ($127.51) | $2,477.92 |
| 11/8/2019 | ERIE INS GROUP ERIEXPSPAY QXXXXX9846 | UNCATEGORIZED | | | ($431.50) | $2,605.43 |
| 11/6/2019 | | Discount Stores | | | ($54.45) | $3,036.93 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| | 46186 PIN PUR 11/06 10:35 WAL-MART #1684 EVERETT PA 16840046 352050 -5310 | | | | | |
| 11/6/2019 | Check | UNCATEGORIZED | 0000000597 | | ($1,146.00) | $3,091.38 |
| 11/4/2019 | 58143 PIN PUR 11/02 09:57 ZIMMERMAN'S ACE EVERETT PA 08965895 058143 -5251 | Misc. Service Providers | | | ($31.24) | $4,237.38 |
| 11/1/2019 | 697918 PIN PUR 11/01 10:12 THE MEDICINE SHO HUNTINGDON PA 0000BRPN 93055-5912 | Nursing/Personal Care | | | ($146.82) | $4,268.62 |
| 11/1/2019 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,465.97 | | $4,415.44 |
| 10/30/2019 | Check | UNCATEGORIZED | 0000000600 | | ($650.00) | $949.47 |
| 10/29/2019 | 54430 POS PUR 10/27 18:52 DISH NETWORK-ONE 800-333-3474 CO 00010001 054-4899 | Cable, Satellite, and Ot... | | | ($132.45) | $1,599.47 |
| 10/29/2019 | 73941 POS PUR 10/28 05:10 BEDFORD DENTAL H BEDFORD PA 50773941 073941 -8021 | Dentists, Orthodontists | | | ($139.52) | $1,731.92 |
| 10/28/2019 | AAA LIFE INS PREM XXXXXX8873 ALAN | UNCATEGORIZED | | | ($49.49) | $1,871.44 |
| 10/28/2019 | 6871 POS PUR 10/27 01:51 PP*EXCALIBURPH WOOSTER OH 00000000 006871 -7311 | Professional Services | | | ($72.00) | $1,920.93 |
| 10/28/2019 | Check | UNCATEGORIZED | 0000000598 | | ($1,247.50) | $1,992.93 |
| 10/25/2019 | 95010 POS PUR 10/24 10:13 EXXONMOBIL 48 EVERETT PA 001 095010 -5542 | Fuel | | | ($37.93) | $3,240.43 |
| 10/24/2019 | Check | UNCATEGORIZED | 0000000596 | | ($84.00) | $3,278.36 |
| 10/23/2019 | 1945 ATM WTD 10/23 13:14 FIRST NAT BANK BEDFORD PA PA900010 001945 -6011 | ATM | | | ($60.00) | $3,362.36 |
| 10/23/2019 | 1946 ATM WTD 10/23 13:15 FIRST NAT BANK BEDFORD PA PA900010 001946 -6011 | ATM | | | ($400.00) | $3,422.36 |
| 10/23/2019 | Deposit | UNCATEGORIZED | | $650.00 | | $3,822.36 |
| 10/22/2019 | Check | UNCATEGORIZED | 0000000533 | | ($100.00) | $3,172.36 |
| 10/21/2019 | Check | UNCATEGORIZED | 0000000588 | | ($20.00) | $3,272.36 |
| 10/21/2019 | 3690 ATM WTD 10/18 19:06 FIRST NAT BANK EVERETTE PA PA900052 003690 -6011 | ATM | | | ($200.00) | $3,292.36 |
| 10/18/2019 | 601125 PIN PUR 10/17 18:22 TRACTOR SUPPLY # HUNTINGDON PA 99999999 60112-5599 | UNCATEGORIZED | | | ($29.67) | $3,492.36 |
| 10/18/2019 | Check | | | | ($306.28) | $3,522.03 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| | | UNCATEGORIZED | 0000000589 | | | |
| 10/18/2019 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,331.30 | | $3,828.31 |
| 10/17/2019 | Check | UNCATEGORIZED | 0000000587 | | ($225.00) | $497.01 |
| 10/16/2019 | 968205 PIN PUR 10/16 17:58 C&S FAMILY MARKE Martinsburg PA 65936001 9682-5411 | Food | | | ($23.57) | $722.01 |
| 10/16/2019 | COMENITY CARD CHECK PYMT 592 | UNCATEGORIZED | | | ($30.00) | $745.58 |
| 10/16/2019 | COMENITYCARD PAY CHECK PYMT 591 | UNCATEGORIZED | | | ($54.42) | $775.58 |
| 10/16/2019 | Check | UNCATEGORIZED | 0000000590 | | ($117.30) | $830.00 |
| 10/16/2019 | Check | UNCATEGORIZED | 0000000586 | | ($1,247.50) | $947.30 |
| 10/15/2019 | 87230 POS PUR 10/14 12:25 SHEETZ 00 HUNTINGDON PA 010 087230 -5542 | Fuel | | | ($30.00) | $2,194.80 |
| 10/15/2019 | Check | UNCATEGORIZED | 0000000593 | | ($50.00) | $2,224.80 |
| 10/11/2019 | 44709 POS PUR 10/10 23:41 ORIGINAL ITALIAN EVERETT PA 74444709 044709 -5812 | Restaurants | | | ($38.03) | $2,274.80 |
| 10/11/2019 | Check | UNCATEGORIZED | 0000000595 | | ($75.00) | $2,312.83 |
| 10/11/2019 | Check | UNCATEGORIZED | 0000000594 | | ($350.00) | $2,387.83 |
| 10/8/2019 | ERIE LIFE INSUR PREM P 2AT1016284 | UNCATEGORIZED | | | ($127.51) | $2,737.83 |
| 10/8/2019 | ERIE INS GROUP ERIEXPSPAY QXXXXX9846 | UNCATEGORIZED | | | ($431.50) | $2,865.34 |
| 10/7/2019 | 702785 PIN PUR 10/05 14:16 EVERETT IGA EVERETT PA 68839201 702785 -5411 | Food | | | ($32.27) | $3,296.84 |
| 10/7/2019 | Check | UNCATEGORIZED | 0000000569 | | ($180.00) | $3,329.11 |

Older Transactions                                                                                              Newer Transactions