Fill in this information to identify the case:

Debtor Name    Kevin S. Foor

United States Bankruptcy Court for the: _____    District of _____
(State)

Case number: _____

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as 1-31-2020 value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name _Kevin S. Foor_                    Case number_____

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

For non-individual
Debtors:
✗ _____
        Signature of Authorized Individual

        _____
        Printed name of Authorized Individual

        Date _____
              MM / DD / YYYY

For Individual Debtors:    ✗ _K & Son_____        ✗ _____
                              Signature of Debtor 1                Signature of Debtor 2

                           _Kevin S. Foor_              _____
                              Printed name of Debtor 1            Printed name of Debtor 2

                           Date _1 / 31 / 2020_        Date _____
                                MM / DD / YYYY                  MM / DD / YYYY

Debtor Name  Kevin  S.  Foor

Case number_____

**Exhibit A: Financial Statements for [Name of Controlled Non-Debtor Entity]**

Debtor Name   Kevin S. Foor                          Case number

**Exhibit A-1: Balance Sheet for [Name of Controlled Non-Debtor Entity] as of [date]**

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

Attached is my D.I.P account
Bank statement

Debtor Name _Kevin S. Foor_    Case number _____

**Exhibit A-2: Statement of Income (Loss) for [Name of Controlled Non-Debtor Entity] for period ending [date]**

[Provide a statement of income (loss) for the following periods:

 (i) For the initial report:

   a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of
       the current fiscal year; and

   b.  the prior fiscal year.

 (ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

I have no income from Saxton Station Pharmacy

I am employed by Medicine Shoppe Pharmacy

I have attached last 3 pay stubs

Debtor Name  Kevin E. Fool

Case number _____

**Exhibit A-3: Statement of Cash Flows for** [Name of Controlled Non-Debtor Entity] **for period ending [date]**

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

Debtor Name  Kevin S. Foor                          Case number _____

---

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity] for period ending [date]**

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

Debtor Name _Kevin S. Foor_____    Case number_____

**Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

Debtor Name  Kevin S. Foor                    Case number _____

**Exhibit C: Description of Intercompany Claims**

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

Debtor Name _Kevin S. Foor_          Case number_____

---

**Exhibit D: Allocation of Tax Liabilities and Assets**

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

My 2018 taxes are attached

Debtor Name ___Kevin S. Foor___                    Case number_____

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

# Account Activity

Business Checking ******3126

Balances as of 1/31/2020

## Transactions

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------|----------|-------------|---------|
| 1/30/2020 | 980950 PIN PUR 01/29 18:03 RITE AID STORE - EVERETT PA 001 980950 -5912 | Nursing/Personal Care | | | ($12.99) | $2,280.08 |
| 1/29/2020 | 6961 ATM WTD 01/28 19:03 FIRST NAT BANK EVERETTE PA PA900052 006961 -6011 | ATM | | | ($80.00) | $2,293.07 |
| 1/29/2020 | Check | UNCATEGORIZED | 0000000652 | | ($150.00) | $2,373.07 |
| 1/29/2020 | 14434 POS PUR 01/27 16:22 DISH NETWORK-ONE 800-333-3474 CO 00010001 014-4899 | Cable, Satellite, and Ot... | | | ($167.43) | $2,523.07 |
| 1/28/2020 | 563173 PIN PUR 01/27 19:07 SHEETZ 0023 EVERETT PA 08081001 563173 -5541 | Fuel | | | ($17.17) | $2,690.50 |
| 1/28/2020 | 92792 POS PUR 01/26 08:02 SHEETZ 0023 00 EVERETT PA 001 092792 -5542 | Fuel | | | ($28.67) | $2,707.67 |
| 1/28/2020 | AAA LIFE INS PREM XXXXXX8873 ALAN | UNCATEGORIZED | | | ($49.49) | $2,736.34 |
| 1/28/2020 | Check | UNCATEGORIZED | 0000000651 | | ($170.00) | $2,785.83 |
| 1/28/2020 | Check | UNCATEGORIZED | 0000000657 | | ($200.00) | $2,955.83 |
| 1/27/2020 | 0516 POS PUR 01/25 09:35 SHELL OIL 575442 EVERETT PA 00000000 000516 -5541 | Fuel | | | ($4.57) | $3,155.83 |
| 1/27/2020 | 90021 POS PUR 01/24 15:15 BEST WAY PIZZA H HOPEWELL PA 78818821 090021 -5812 | Restaurants | | | ($8.58) | $3,160.40 |
| 1/27/2020 | 40306 POS PUR 01/26 06:20 MOD PIZZA CHAMBE CHAMBERSBURG PA 02612099 040-5812 | Restaurants | | | ($32.25) | $3,168.98 |
| 1/27/2020 | 31266 POS PUR 01/23 05:42 SHEETZ 0023 00 EVERETT PA 001 031266 -5542 | Fuel | | | ($40.00) | $3,201.23 |
| 1/27/2020 | 843271 PIN PUR 01/26 17:43 TARGET T-2241 91 Chambersburg PA 99999999 843-5411 | Food | | | ($60.36) | $3,241.23 |
| 1/27/2020 | 98000 POS PUR 01/25 06:08 OLIVE GARDEN 00 ALTOONA PA 00000000 098000 -5812 | Restaurants | | | ($74.41) | $3,301.59 |

| Date | Description | | Deposits | Withdrawals | Balance |
|------|-------------|--|----------|-------------|---------|
| 1/27/2020 | 868398 PIN PUR 01/26 09:58 EVERETT IGA EVERETT PA 68839201 868398 -5411 | Food | | ($82.91) | $3,376.00 |
| 1/27/2020 | 823372 PIN PUR 01/25 15:36 HOBBYLOBBY 516 W ALTOONA PA 99999999 823372 -5945 | Misc. Specialty Retail | | ($97.72) | $3,458.91 |
| 1/27/2020 | 947069 PIN PUR 01/25 16:22 SPORTSMANS WAREH ROCHESTER NY 69522545 162209 -5941 | Misc. Specialty Retail | | ($97.73) | $3,556.63 |
| 1/27/2020 | 724415 PIN PUR 01/25 17:16 Wal-Mart Store EVERETT PA 16840047 0025555526-5411 | Food | | ($102.86) | $3,654.36 |
| 1/27/2020 | 901181 PIN PUR 01/25 12:55 KOHLS 0970 213 S ALTOONA PA 99999999 901181 -5311 | Retail Store | | ($106.90) | $3,757.22 |
| 1/27/2020 | 134770 PIN PUR 01/25 13:22 DICK'S CLOTHING& ALTOONA PA 00411472 134770 -5941 | Misc. Specialty Retail | | ($112.76) | $3,864.12 |
| 1/27/2020 | 721879 PIN PUR 01/25 17:26 TRACTOR SUPPLY # EVERETT PA 99999999 721879 -5599 | UNCATEGORIZED | | ($159.41) | $3,976.88 |
| 1/24/2020 | 429935 PIN PUR 01/24 08:09 SHEETZ 0577 HUNTINGDON PA 22836101 429935 -5541 | Fuel | | ($8.01) | $4,136.29 |
| 1/24/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | $3,775.54 | | $4,144.30 |
| 1/23/2020 | 625900 PIN PUR 01/23 07:18 SHEETZ 0023 EVERETT PA 08081001 625900 -5541 | Fuel | | ($8.54) | $368.76 |
| 1/23/2020 | Check | UNCATEGORIZED | 0000000648 | ($32.00) | $377.30 |
| 1/23/2020 | 20609 POS PUR 01/21 17:18 SHEETZ 0023 00 EVERETT PA 001 020609 -5542 | Fuel | | ($76.53) | $409.30 |
| 1/23/2020 | Check | UNCATEGORIZED | 0000000645 | ($306.28) | $485.83 |
| 1/22/2020 | 584575 PIN PUR 01/21 18:21 SHEETZ 0577 HUNTINGDON PA 22836101 584575 -5541 | Fuel | | ($11.19) | $792.11 |
| 1/22/2020 | Credit One Bank Payment 0650 | UNCATEGORIZED | | ($88.00) | $803.30 |
| 1/22/2020 | Check | UNCATEGORIZED | 0000000649 | ($200.00) | $891.30 |
| 1/22/2020 | VERIZON FINANCIA PAYMENTS 0644 | UNCATEGORIZED | | ($606.48) | $1,091.30 |
| 1/22/2020 | Check | UNCATEGORIZED | 0000000643 | ($1,247.50) | $1,697.78 |
| 1/21/2020 | 446192 PIN PUR 01/17 19:38 SHEETZ 0023 EVERETT PA 08081001 446192 -5541 | Fuel | | ($25.23) | $2,945.28 |

| Date | Description | | | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 1/21/2020 | CenturyLink BILL PYMT 647 | UNCATEGORIZED | | | ($49.06) | $2,970.51 |
| 1/21/2020 | Check | UNCATEGORIZED | 0000000654 | | ($100.00) | $3,019.57 |
| 1/21/2020 | Check | UNCATEGORIZED | 0000000655 | | ($100.00) | $3,119.57 |
| 1/21/2020 | West Penn Power CHECK PYMT 0646 | UNCATEGORIZED | | | ($195.34) | $3,219.57 |
| 1/21/2020 | West Penn Power CHECK PYMT 0653 | UNCATEGORIZED | | | ($200.00) | $3,414.91 |
| 1/17/2020 | 10060 POS PUR 01/16 23:08 BEST WAY PIZZA EVERETT PA 79013738 010060 ~5812 | Restaurants | | | ($28.31) | $3,614.91 |
| 1/15/2020 | 6561 ATM WTD 01/14 19:06 FIRST NAT BANK EVERETTE PA PA900052 006561 ~6011 | ATM | | | ($80.00) | $3,643.22 |
| 1/14/2020 | 738798 PIN PUR 01/14 08:11 SHEETZ 0577 HUNTINGDON PA 22836101 738798 ~5541 | Fuel | | | ($4.19) | $3,723.22 |
| 1/10/2020 | 70866 POS PUR 01/08 16:01 SHEETZ 0023 00 EVERETT PA 001 070866 ~5542 | Fuel | | | ($73.00) | $3,727.41 |
| 1/10/2020 | 587528 PIN PUR 01/09 18:39 WAL-MART #5470 HUNTINGDON PA . 24547001 587528 ~5411 | Food | | | ($96.18) | $3,800.41 |
| 1/10/2020 | 91587 RECURRING 01/10 19:49 SXM*SIRIUSXM.COM 888-635-5144 NY 00000000 091~4899 | Cable, Satellite, and Ot... | | | ($111.88) | $3,896.59 |
| 1/10/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,651.48 | | $4,008.47 |
| 1/9/2020 | Check | UNCATEGORIZED | 0000000637 | | ($117.30) | $356.99 |
| 1/9/2020 | Check | UNCATEGORIZED | 0000000635 | | ($150.00) | $474.29 |
| 1/8/2020 | Shop Your Way MC CHECK PYMT 640 | UNCATEGORIZED | | | ($28.00) | $624.29 |
| 1/8/2020 | ERIE LIFE INSUR PREM P 2AT1016284 | UNCATEGORIZED | | | ($127.51) | $652.29 |
| 1/8/2020 | Check | UNCATEGORIZED | 0000000633 | | ($200.00) | $779.80 |
| 1/8/2020 | ERIE INS GROUP ERIEXPSPAY QXXXXX9846 | UNCATEGORIZED | | | ($431.50) | $979.80 |
| 1/7/2020 | CAPITAL ONE ARC CHECK PYMT 0641 | UNCATEGORIZED | | | ($25.00) | $1,411.30 |
| 1/7/2020 | CAPITAL ONE ARC CHECK PYMT 0638 | UNCATEGORIZED | | | ($34.00) | $1,436.30 |
| 1/6/2020 | DISCOVER ARC PAYMENTS 642 | UNCATEGORIZED | | | ($101.00) | $1,470.30 |

| Date | Description | | | Deposits | Withdrawals | Balance |
|------|-------------|--|--|----------|-------------|---------|
| 1/6/2020 | Check | UNCATEGORIZED | 0000000636 | | ($170.00) | $1,571.30 |
| 1/6/2020 | Check | UNCATEGORIZED | 0000000634 | | ($402.00) | $1,741.30 |
| 1/2/2020 | Check | UNCATEGORIZED | 0000000632 | | ($1,247.50) | $2,143.30 |
| 12/31/2019 | 59543 PIN PUR 12/31 17:15 EVERETT IGA EVERETT PA 68839201 059543 ~5411 | Food | | | ($37.55) | $3,390.80 |
| 12/30/2019 | 72177 POS PUR 12/28 06:18 124 HOSSS STEAK HUNTINGDON PA 01650926 072177-5812 | Restaurants | | | ($7.51) | $3,428.35 |
| 12/30/2019 | 72143 POS PUR 12/28 08:24 124 HOSSS STEAK HUNTINGDON PA 01650926 072143-5812 | Restaurants | | | ($18.83) | $3,435.86 |
| 12/30/2019 | AAA LIFE INS PREM XXXXXX8873 ALAN | UNCATEGORIZED | | | ($49.49) | $3,454.69 |
| 12/30/2019 | 72166 POS PUR 12/28 06:05 124 HOSSS STEAK HUNTINGDON PA 01650926 072166-5812 | Restaurants | | | ($59.23) | $3,504.18 |
| 12/27/2019 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,495.89 | | $3,563.41 |
| 12/23/2019 | CenturyLink BILL PYMT 629 | UNCATEGORIZED | | | ($70.00) | $67.52 |
| 12/23/2019 | Check | UNCATEGORIZED | 0000000631 | | ($150.00) | $137.52 |
| 12/23/2019 | 694026 PIN PUR 12/22 10:20 EVERETT IGA EVERETT PA 68839201 694026 ~5411 | Food | | | ($271.50) | $287.52 |
| 12/20/2019 | Credit One Bank Payment 43169023 | UNCATEGORIZED | | | ($81.95) | $559.02 |
| 12/19/2019 | Check | UNCATEGORIZED | 0000000614 | | ($38.00) | $640.97 |
| 12/19/2019 | VERIZON FINANCIA PAYMENTS 0626 | UNCATEGORIZED | | | ($593.47) | $678.97 |
| 12/19/2019 | Check | UNCATEGORIZED | 0000000628 | | ($1,247.50) | $1,272.44 |
| 12/17/2019 | Check | UNCATEGORIZED | 0000000624 | | ($150.00) | $2,519.94 |
| 12/17/2019 | Check | UNCATEGORIZED | 0000000621 | | ($1,247.50) | $2,669.94 |
| 12/16/2019 | 0089 POS PUR 12/13 18:48 BURGER KING #258 HUNTINGDON PA 00004183 00008-5814 | Restaurants | | | ($6.36) | $3,917.44 |
| 12/16/2019 | 651182 PIN PUR 12/15 14:48 STAPLES 0291 ALTOONA PA 08159015 651182 ~5943 | Misc. Specialty Retail | | | ($33.45) | $3,923.80 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------|----------|-------------|---------|
| 12/16/2019 | 41856 POS PUR 12/14 02:48 EDS STEAKHOUSE BEDFORD PA 96941856 041856 -5812 | Restaurants | | | ($103.84) | $3,957.25 |
| 12/16/2019 | 952461 PIN PUR 12/14 15:53 TRACTOR SUPPLY # EVERETT PA 99999999 952461 -5599 | UNCATEGORIZED | | | ($193.38) | $4,061.09 |
| 12/13/2019 | Check | UNCATEGORIZED | 0000000625 | | ($120.00) | $4,254.47 |
| 12/13/2019 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,335.57 | | $4,374.47 |
| 12/12/2019 | 80069 POS PUR 12/11 03:33 BEST WAY PIZZA EVERETT PA 79013738 080069 -5812 | Restaurants | | | ($22.52) | $1,038.90 |
| 12/12/2019 | 68048 POS PUR 12/10 01:01 SHEETZ 0023 00 EVERETT PA 001 068048 -5542 | Fuel | | | ($60.00) | $1,061.42 |
| 12/12/2019 | 9161 POS PUR 12/11 12:00 AsurionWireless 866-6672535 TN 00000007 00916-6300 | Financial Institutions | | | ($149.00) | $1,121.42 |
| 12/12/2019 | Check | UNCATEGORIZED | 0000000622 | | ($306.28) | $1,270.42 |
| 12/11/2019 | 916317 PIN PUR 12/10 19:40 EVERETT IGA EVERETT PA 68839201 916317 -5411 | Food | | | ($16.05) | $1,576.70 |
| 12/11/2019 | 989051 PIN PUR 12/10 19:20 EVERETT IGA EVERETT PA 68839201 989051 -5411 | Food | | | ($36.97) | $1,592.75 |
| 12/11/2019 | 74321 POS PUR 12/09 10:19 SHEETZ 0023 00 EVERETT PA 001 074321 -5542 | Fuel | | | ($37.13) | $1,629.72 |
| 12/11/2019 | Check | UNCATEGORIZED | 0000000623 | | ($200.00) | $1,666.85 |
| 12/10/2019 | ERIE LIFE INSUR PREM P 2AT1016284 | UNCATEGORIZED | | | ($127.51) | $1,866.85 |
| 12/9/2019 | 26568 POS PUR 12/06 22:34 SHEETZ 0028 00 BEDFORD PA 001 026568 -5542 | Fuel | | | ($87.05) | $1,994.36 |
| 12/9/2019 | 385593 PIN PUR 12/06 19:42 Wal-Mart Super C DUNCANSVILLE PA 43480047 934-5411 | Food | | | ($103.06) | $2,081.41 |
| 12/9/2019 | 0647 PIN PUR 12/06 19:08 SAMS CLUB #6460 ALTOONA PA 64600002 774723 -5300 | Discount Stores | | | ($199.80) | $2,184.47 |
| 12/9/2019 | ERIE INS GROUP ERIEXPSPAY QXXXXX9846 | UNCATEGORIZED | | | ($431.50) | $2,384.27 |
| 12/6/2019 | FEE FOR ATM WTD 12/05 18:14 PNC BANK HUNTINGDON PA PJ4020 953046 -6011 | ATM | | | ($2.75) | $2,815.77 |

| Date | Description | | Deposits | Withdrawals | Balance |
|------|-------------|-|----------|-------------|---------|
| 12/6/2019 | 243871 PIN PUR 12/06 13:28 TRACTOR SUPPLY # EVERETT PA 99999999 243871 -5599 | UNCATEGORIZED | | ($76.74) | $2,818.52 |
| 12/6/2019 | 953046 ATM WTD 12/05 18:14 PNC BANK HUNTINGDON PA PJ4020 953046 -6011 | ATM | | ($240.00) | $2,895.26 |
| 12/4/2019 | 87829 POS PUR 12/02 22:23 SHEETZ 0577 00 HUNTINGDON PA 001 087829 -5542 | Fuel | | ($38.57) | $3,135.26 |
| 12/3/2019 | 80050 POS PUR 12/02 11:00 BEST WAY PIZZA EVERETT PA 79013738 080050 -5812 | Restaurants | | ($24.58) | $3,173.83 |
| 12/2/2019 | 890756 PIN PUR 12/01 11:41 SHEETZ 0023 EVERETT PA 08081001 890756 -5541 | Fuel | | ($13.86) | $3,198.41 |

Older Transactions             Newer Transactions

CL Cressler Inc
PO Box 1219
Mechanicsburg, PA 17055

Direct Deposit Advice

Dynamic City

**Check Date**
January 24, 2020

**Voucher Number**
19288

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| First National Bank | C | ***3126 | 3,775.54 |
| **Total Direct Deposits** | | | 3,775.54 |

39000  1284-10  919 19288 17024          39000

Kevin Scott Foor
907 Frame Church Road
Everett, PA 15537

## Non Negotiable - This is not a check - Non Negotiable

### CL Cressler Inc

**Kevin Scott Foor**

**Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | 919 | Fed Taxable Income | 5,105.23 | Check Date | January 24, 2020 |
| Location | 1284-10 | Fed Filing Status | S-4 | Period Beginning | January 6, 2020 |
| Salary | $4,848.00 | State Filing Status | S-0 | Period Ending | January 19, 2020 |

Voucher Number 19288
Net Pay 3,775.54

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ER HEALT | | 0.00 | 445.89 | 891.78 |
| GROUP TE | | 0.00 | 3.46 | 6.92 |
| HOLIDAY- | | | | 488.16 |
| HOLIDAY- | | | | 484.80 |
| PHARMEX | 60.60 | 8.22 | 498.13 | 498.13 |
| PTO-PHAR | 60.37 | 9.50 | 573.55 | 573.55 |
| REGULAR | 60.37 | 70.80 | 4,274.45 | 8,634.29 |
| **Gross Earnings** | | **88.52** | **5,349.59** | **10,685.85** |

| Taxes | | Amount | YTD |
|---|---|---|---|
| FITW | | 802.87 | 1,602.54 |
| MED | | 74.61 | 149.02 |
| PA | | 157.85 | 315.29 |
| PA-310103 | | 82.27 | 164.33 |
| PA-HUN9 | | 2.00 | 4.00 |
| PASUI-E | | 3.21 | 6.41 |
| SS | | 319.00 | 637.18 |
| **Taxes** | | **1,441.81** | **2,878.77** |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 40.00 | 80.00 |
| GROUP TERM LIFE - FLAT AM | 3.46 | 6.92 |
| REIMBURSEMENT | -115.58 | -115.58 |
| S125 DENTAL | 11.72 | 23.44 |
| S125 HEALTH | 191.09 | 382.18 |
| S125 VISION | 1.55 | 3.10 |
| **Deductions** | **132.24** | **380.06** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| First National Bank Of Pennsylvania | C | ***3126 | 3,775.54 |
| **Total Direct Deposits** | | | 3,775.54 |

| | Available Plan Year | | |
|---|---|---|---|
| Time Off | To Use | Used | |
| PTO | 8.64 | 9.50 | |

CL Cressler Inc | PO Box 1219 Mechanicsburg, PA 17055 | (717) 766-6191 | FEIN: 25-1867644 | PA: 22-36260

CL Cressler Inc
PO Box 1219
Mechanicsburg, PA 17055

| | Check Date | Voucher Number |
|---|---|---|
| | January 10, 2020 | 19042 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| First National Bank | C | ***3126 | 3,651.48 |
| Total Direct Deposits | | | 3,651.48 |

39000   1284-10   919  J9042  16804    39000

Kevin Scott Foor
907 Frame Church Road
Everett, PA 15537

## Non Negotiable - This Is not a check - Non Negotiable

### CL Cressler Inc

Kevin Scott Foor

| | | | | Earnings Statement |
|---|---|---|---|---|
| Employee ID | 919 | Fed Taxable Income | 5,091.90 | |
| Location | 1284-10 | Fed Filing Status | S-4 | |
| Salary | $4,848.00 | State Filing Status | S-0 | |

| Check Date | January 10, 2020 | Voucher Number | 19042 |
|---|---|---|---|
| Period Beginning | December 23, 2019 | Net Pay | 3,651.48 |
| Period Ending | January 5, 2020 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ER HEALT | | 0.00 | 445.89 | 445.89 |
| GROUP TE | | 0.00 | 3.46 | 3.46 |
| HOLIDAY- | 61.02 | 8.00 | 488.16 | 488.16 |
| HOLIDAY- | 60.60 | 8.00 | 484.80 | 484.80 |
| REGULAR | 61.02 | 71.45 | 4,359.84 | 4,359.84 |
| Gross Earnings | | 87.45 | 5,336.26 | 5,336.26 |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 799.67 | 799.67 |
| MED | | | 74.41 | 74.41 |
| PA | | | 157.44 | 157.44 |
| PA-310103 | | | 82.06 | 82.06 |
| PA-HUN9 | | | 2.00 | 2.00 |
| PASUI-E | | | 3.20 | 3.20 |
| SS | | | 318.18 | 318.18 |
| Taxes | | | 1,436.96 | 1,436.96 |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 40.00 | 40.00 |
| GROUP TERM LIFE - FLAT AM | 3.46 | 3.46 |
| S125 DENTAL | 11.72 | 11.72 |
| S125 HEALTH | 191.09 | 191.09 |
| S125 VISION | 1.55 | 1.55 |
| Deductions | 247.82 | 247.82 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| First National Bank Of Pennsylvania | C | ***3126 | 3,651.48 |
| Total Direct Deposits | | | 3,651.48 |

| | Available | Plan Year |
|---|---|---|
| Time Off | To Use | Used |
| PTO | 13.52 | 0.00 |

CL Cressler Inc | PO Box 1219  Mechanicsburg, PA 17055 | (717) 766-6191 | FEIN: 25-1867644 | PA: 22-36260

CL Cressler Inc
PO Box 1219
Mechanicsburg, PA 17055

Direct Deposit Advice

**Check Date**
January 24, 2020

**Voucher Number**
19288

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| First National Bank | C | ***3126 | 3,775.54 |
| **Total Direct Deposits** | | | **3,775.54** |

39000   1284-10   919 19288 17024    39000

Kevin Scott Foor
907 Frame Church Road
Everett, PA 15537

## Non Negotiable - This is not a check - Non Negotiable

### CL Cressler Inc

**Kevin Scott Foor**

**Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | 919 | Fed Taxable Income | $5,105.23 | Check Date | January 24, 2020 |
| Location | 1284-10 | Fed Filing Status | S-4 | Period Beginning | January 6, 2020 |
| Salary | $4,848.00 | State Filing Status | S-0 | Period Ending | January 19, 2020 |

Voucher Number 19288
Net Pay 3,775.54

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ER HEALT | | 0.00 | 445.89 | 891.78 |
| GROUP TE | | 0.00 | 3.46 | 6.92 |
| HOLIDAY- | | | | 488.16 |
| HOLIDAY- | | | | 484.80 |
| PHARMEX | 60.60 | 8.22 | 498.13 | 498.13 |
| PTO-PHAR | 60.37 | 9.50 | 573.55 | 573.55 |
| REGULAR | 60.37 | 70.80 | 4,274.45 | 8,634.29 |
| **Gross Earnings** | | **88.52** | **5,349.59** | **10,685.85** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 802.87 | 1,602.54 |
| MED | | | 74.61 | 149.02 |
| PA | | | 157.85 | 315.29 |
| PA-310103 | | | 82.27 | 164.33 |
| PA-HUN9 | | | 2.00 | 4.00 |
| PASUI-E | | | 3.21 | 6.41 |
| SS | | | 319.00 | 637.18 |
| **Taxes** | | | **1,441.81** | **2,878.77** |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 40.00 | 80.00 |
| GROUP TERM LIFE - FLAT AM | 3.46 | 6.92 |
| REIMBURSEMENT | -115.58 | -115.58 |
| S125 DENTAL | 11.72 | 23.44 |
| S125 HEALTH | 191.09 | 382.18 |
| S125 VISION | 1.55 | 3.10 |
| **Deductions** | **132.24** | **380.06** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| First National Bank Of Pennsylvania | C | ***3126 | 3,775.54 |
| **Total Direct Deposits** | | | **3,775.54** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| PTO | 8.64 | 9.50 |

CL Cressler Inc | PO Box 1219 Mechanicsburg, PA 17055 | (717) 766-6191 | FEIN: 25-1867644 | PA: 22-36260

Everett Eye Care Center LLC
141 E Main St
Everett, PA 15537

*NON DEBTOR SPOUSE*

Sandy K Foor
907 Frame Church Rd
Everett, PA 15537

---

**Employee Pay Stub**          Check number: 1307          Pay Period: 01/02/2020 - 01/08/2020          Pay Date: 01/10/2020

**Employee**                                        SSN
Sandy K Foor, 907 Frame Church Rd, Everett, PA 15537          ***-**-5849

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 39:36 | 10.00 | 396.00 | 573.83 |

| Taxes | Current | YTD Amount |
|---|---|---|
| EIT | -6.34 | -9.19 |
| LST | -1.00 | -2.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -35.00 | -45.00 |
| Social Security Employee | -24.55 | -35.56 |
| Medicare Employee | -5.74 | -8.32 |
| PA - Withholding | -12.16 | -17.62 |
| PA - Unemployment Employee | -0.23 | -0.34 |
| | -85.02 | -118.05 |

| Net Pay | 310.98 | 455.78 |
|---|---|---|

Everett Eye Care Center LLC, 141 E Main St, Everett, PA 15537          Powered by **Intuit Payroll**

Everett Eye Care Center LLC
141 E Main St
Everett, PA 15537

*NON DEBTOR SPOUSE*

Sandy K Foor
907 Frame Church Rd
Everett, PA 15537

| Employee Pay Stub | | Check number: 1313 | | | Pay Period: 01/09/2020 - 01/15/2020 | | Pay Date: 01/17/2020 |
|---|---|---|---|---|---|---|---|

**Employee**
Sandy K Foor, 907 Frame Church Rd, Everett, PA 15537

**SSN**
***-**-5949

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 32:22 | 10.00 | 323.67 | 897.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| EIT | -5.18 | -14.37 |
| LST | -1.00 | -3.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -26.00 | -71.00 |
| Social Security Employee | -20.07 | -55.65 |
| Medicare Employee | -4.69 | -13.01 |
| PA - Withholding | -9.94 | -27.56 |
| PA - Unemployment Employee | -0.20 | -0.54 |
| | -67.08 | -185.13 |

| Net Pay | 256.59 | 712.37 |
|---|---|---|

Everett Eye Care Center LLC, 141 E Main St, Everett, PA 15537

Powered by **Intuit Payroll**