**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

Foor, Kevin S.

Case No. 19-70130-JAD

Reporting Period: Jan 2020

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_K S Foor_                               _2-10-2020_
Signature of Debtor                      Date

_____                  _____
Signature of Joint Debtor                Date

_____                  _____
Signature of Preparer                    Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Foor, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: Jan 2020

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash – Beginning of Month | 2747.21 | 8045.25 |
| **RECEIPTS** | | |
| Wages (Net) | 7427.02 | 51,584.24 |
| Interest and Dividend Income | 0 | 0 |
| Alimony and Child Support | 0 | 0 |
| Social Security and Pension Income | 0 | 0 |
| Sale of Assets | 0 | 0 |
| Other Income (attach schedule) | 0 | 8463.13 |
| Total Receipts | 7427.02 | 60,047.42 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 2495.00 | 16,217.50 |
| Rental Payment(s) | 0 | 0 |
| Other Secured Note Payments | 0 | 0 |
| Utilities | 1362.19 | 7011.47 |
| Insurance | 725.80 | 3917.80 |
| Auto Expense | 637.10 | 4430.12 |
| Lease Payments | 0 | 0 |
| IRA Contributions | 0 | 0 |
| Repairs and Maintenance | 0 | 375.00 |
| Medical Expenses | 350.00 | 1621.02 |
| Household Expenses | 2291.65 | 9694.01 |
| Charitable Contributions | 0 | 0 |
| Alimony and Child Support Payments | 0 | 0 |
| Taxes - Real Estate | 0 | 29.40 |
| Taxes - Personal Property | 0 | 0 |
| Taxes - Other (attach schedule) | 200.00 | 1126.03 |
| Travel and Entertainment | 0 | 184.09 |
| Gifts | 0 | 0 |
| Other (attach schedule) | 476.00 | 14,967.47 |
| Total Ordinary Disbursements | 8537.74 | 57573.86 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 0 | 0 |
| U. S. Trustee Fees | 650.00 | 1625.00 |
| Other Reorganization Expenses (attach schedule) | 0 | 0 |
| Total Reorganization Items | 650.00 | 1625.00 |
| Total Disbursements (Ordinary + Reorganization) | 9187.74 | 59,198.91 |
| Net Cash Flow (Total Receipts – Total Disbursements) | -1760.72 | 848.46 |
| Cash – End of Month (Must equal reconciled bank statement) | 986.49 | 8893.71 |

FORM MOR-1(INDV)
(9/99)

Foor, Kevin S.  
      Debtor

Case No. 19-70130-JAD  
Reporting Period: Jan 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 8463.↓ |
| **Other Taxes** | | |
| payment to IRS | 200.00 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 200.00 | 825.00 |
| **Other Ordinary Disbursements** | | |
| Credit Card | 276.00 | 0 |
| Peterson Accounting | 200.00 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 476.00 | 14,967.47 |
| **Other Reorganization Expenses** | | |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |

FORM MOR-1 (INDV) (CONT)  
(9/99)

Foor, Kevin S.  
Debtor

Case No. 19-70130-JAD  
Reporting Period: Jan 2020

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employee | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employer | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Income | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Federal Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| State and Local |  |  |  |  |  |  |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| Sales | 0 | 0 | 0 | 0 | 0 | 0 |
| Excise | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Real Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Personal Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total State and Local | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Taxes | 0 | 0 | 0 | 0 | 0 | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  |  | Number of Days Past Due |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Wages Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Building | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt/Adequate Protection Payments | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due to Insiders* | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Postpetition Debts | 0 | 0 | 0 | 0 | 0 | 0 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4  
(9/99)

Foor, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: Jan 2020

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 |
| + Amounts billed during the period | 0 |
| - Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 0 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0 |
| 31 - 60 days old | 0 |
| 61 - 90 days old | 0 |
| 91+ days old | 0 |
| Total Accounts Receivable | 0 |
| Amount considered uncollectible (Bad Debt) | 0 |
| Accounts Receivable (Net) | 0 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |

FORM MOR-5
(9/99)

# Account Activity

Business Checking ******3126

| Balances as of | Available Balance: | Ledger Balance: |
|---|---|---|
| 2/9/2020 | $3,486.63 | $3,886.88 |

## Pending Transactions

| Date | Description | Category | Check | Deposits | Withdrawals |
|---|---|---|---|---|---|
| 2/10/2020 | PROCESSING: 7382 ATM WTD FIRST NAT BANK EVERETTE PA PA900052 007382 ~6011 | UNCATEGORIZED | | | ($160.00) |
| 2/10/2020 | PROCESSING: 42497 POS PUR SHEETZ 0577 00 HUNTINGDON PA 001 042497 ~5542 | UNCATEGORIZED | | | ($31.44) |
| 2/10/2020 | PROCESSING: 4236 PIN PUR WAL-MART #1684 EVERETT PA 16840048 622592 ~5310 | UNCATEGORIZED | | | ($60.38) |
| 2/10/2020 | PROCESSING: 346869 PIN PUR TRACTOR SUPPLY # EVERETT PA 99999999 346869 ~5599 | UNCATEGORIZED | | | ($150.43) |

## Transactions

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 2/7/2020 | 453033 PIN PUR 02/07 08:12 SHEETZ 0577 HUNTINGDON PA 22836101 453033 ~5541 | Fuel | | | ($8.12) | $3,886.88 |
| 2/7/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,655.35 | | $3,895.00 |
| 2/6/2020 | 434066 POS PUR 02/04 18:19 Wal-Mart Super C HUNTINGDON PA 54700043 00354~5411 | Food | | | ($39.74) | $239.65 |
| 2/4/2020 | Check | UNCATEGORIZED | 0000000660 | | ($11.93) | $279.39 |
| 2/4/2020 | Check | UNCATEGORIZED | 0000000656 | | ($1,247.50) | $291.32 |
| 2/3/2020 | 372070 PIN PUR 02/01 14:05 SHEETZ 0023 EVERETT PA 08081001 372070 ~5541 | Fuel | | | ($8.00) | $1,538.82 |
| 2/3/2020 | 0021 POS PUR 02/01 08:30 BURGER KING #258 HUNTINGDON PA 00004187 00002~5814 | Restaurants | | | ($8.26) | $1,546.82 |
| 2/3/2020 | Check | UNCATEGORIZED | 0000000662 | | ($75.00) | $1,555.08 |
| 2/3/2020 | Check | UNCATEGORIZED | 0000000658 | | ($650.00) | $1,630.08 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 1/30/2020 | 980950 PIN PUR 01/29 16:03 RITE AID STORE - EVERETT PA 001 980950 ~5912 | Nursing/Personal Care | | | ($12.99) | $2,280.08 |
| 1/29/2020 | 6961 ATM WTD 01/28 19:03 FIRST NAT BANK EVERETTE PA PA900062 006961 ~6011 | ATM | | | ($80.00) | $2,293.07 |
| 1/29/2020 | Check | UNCATEGORIZED | 0000000662 | | ($150.00) | $2,373.07 |
| 1/29/2020 | 14434 POS PUR 01/27 16:22 DISH NETWORK-ONE 800-333-3474 CO 00010001 014~4899 | Cable, Satellite, and Ot... | | | ($167.43) | $2,523.07 |
| 1/28/2020 | 563173 PIN PUR 01/27 19:07 SHEETZ 0023 EVERETT PA 08081001 563173 ~5541 | Fuel | | | ($17.17) | $2,690.50 |
| 1/28/2020 | 92792 POS PUR 01/26 08:02 SHEETZ 0023 00 EVERETT PA 001 092792 ~5542 | Fuel | | | ($28.67) | $2,707.67 |
| 1/28/2020 | AAA LIFE INS PREM XXXXXX8873 ALAN | UNCATEGORIZED | | | ($49.49) | $2,736.34 |
| 1/28/2020 | Check | UNCATEGORIZED | 0000000651 | | ($170.00) | $2,785.83 |
| 1/28/2020 | Check | UNCATEGORIZED | 0000000657 | | ($200.00) | $2,955.83 |
| 1/27/2020 | 0516 POS PUR 01/25 09:35 SHELL OIL 575442 EVERETT PA 00000000 000516 ~5541 | Fuel | | | ($4.57) | $3,155.83 |
| 1/27/2020 | 90021 POS PUR 01/24 15:15 BEST WAY PIZZA H HOPEWELL PA 78818821 090021 ~5812 | Restaurants | | | ($8.58) | $3,160.40 |
| 1/27/2020 | 40306 POS PUR 01/26 06:20 MOD PIZZA CHAMBE CHAMBERSBURG PA 02612099 040~5812 | Restaurants | | | ($32.25) | $3,168.98 |
| 1/27/2020 | 31266 POS PUR 01/23 05:42 SHEETZ 0023 00 EVERETT PA 001 031266 ~5542 | Fuel | | | ($40.00) | $3,201.23 |
| 1/27/2020 | 843271 PIN PUR 01/26 17:43 TARGET T-2241 91 Chambersburg PA 99999999 843~5411 | Food | | | ($60.36) | $3,241.23 |
| 1/27/2020 | 98000 POS PUR 01/25 06:08 OLIVE GARDEN 00 ALTOONA PA 00000000 098000 ~5812 | Restaurants | | | ($74.41) | $3,301.59 |
| 1/27/2020 | 868398 PIN PUR 01/26 09:56 EVERETT IGA EVERETT PA 68839201 868398 ~5411 | Food | | | ($82.91) | $3,376.00 |
| 1/27/2020 | 823372 PIN PUR 01/25 15:36 HOBBYLOBBY 516 W ALTOONA PA 99999999 823372 ~5945 | Misc. Specialty Retail | | | ($97.72) | $3,458.91 |
| 1/27/2020 | 947069 PIN PUR 01/25 16:22 SPORTSMANS WAREH ROCHESTER NY 69522545 162209~5941 | Misc. Specialty Retail | | | ($97.73) | $3,556.63 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 1/27/2020 | 724415 PIN PUR 01/25 17:16 Wal-Mart Store EVERETT PA 16840047 0025555526~5411 | Food | | | ($102.86) | $3,654.36 |
| 1/27/2020 | 901181 PIN PUR 01/25 12:55 KOHLS 0970 213 S ALTOONA PA 99999999 901181 ~5311 | Retail Store | | | ($106.90) | $3,767.22 |
| 1/27/2020 | 134770 PIN PUR 01/25 13:22 DICK'S CLOTHING& ALTOONA PA 00411472 134770 ~5941 | Misc. Specialty Retail | | | ($112.76) | $3,864.12 |
| 1/27/2020 | 721879 PIN PUR 01/25 17:26 TRACTOR SUPPLY # EVERETT PA 99999999 721879 ~5599 | UNCATEGORIZED | | | ($159.41) | $3,976.88 |
| 1/24/2020 | 429935 PIN PUR 01/24 06:09 SHEETZ 0577 HUNTINGDON PA 22836101 429935 ~5541 | Fuel | | | ($8.01) | $4,136.29 |
| 1/24/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,775.54 | | $4,144.30 |
| 1/23/2020 | 625900 PIN PUR 01/23 07:18 SHEETZ 0023 EVERETT PA 08081001 625900 ~5541 | Fuel | | | ($8.54) | $368.76 |
| 1/23/2020 | Check | UNCATEGORIZED | 0000000648 | | ($32.00) | $377.30 |
| 1/23/2020 | 20609 POS PUR 01/21 17:18 SHEETZ 0023 00 EVERETT PA 001 020609 ~5542 | Fuel | | | ($76.53) | $409.30 |
| 1/23/2020 | Check | UNCATEGORIZED | 0000000645 | | ($306.28) | $485.83 |
| 1/22/2020 | 584575 PIN PUR 01/21 18:21 SHEETZ 0577 HUNTINGDON PA 22836101 584575 ~5541 | Fuel | | | ($11.19) | $792.11 |
| 1/22/2020 | Credit One Bank Payment 0650 | UNCATEGORIZED | | | ($88.00) | $803.30 |
| 1/22/2020 | Check | UNCATEGORIZED | 0000000649 | | ($200.00) | $891.30 |
| 1/22/2020 | VERIZON FINANCIA PAYMENTS 0644 | UNCATEGORIZED | | | ($606.48) | $1,091.30 |
| 1/22/2020 | Check | UNCATEGORIZED | 0000000643 | | ($1,247.50) | $1,697.78 |
| 1/21/2020 | 446192 PIN PUR 01/17 19:38 SHEETZ 0023 EVERETT PA 08081001 446192 ~5541 | Fuel | | | ($25.23) | $2,945.28 |
| 1/21/2020 | CenturyLink BILL PYMT 647 | UNCATEGORIZED | | | ($49.06) | $2,970.51 |
| 1/21/2020 | Check | UNCATEGORIZED | 0000000654 | | ($100.00) | $3,019.57 |
| 1/21/2020 | Check | UNCATEGORIZED | 0000000655 | | ($100.00) | $3,119.57 |
| 1/21/2020 | West Penn Power CHECK PYMT 0646 | UNCATEGORIZED | | | ($195.34) | $3,219.57 |
| 1/21/2020 | West Penn Power CHECK PYMT 0653 | UNCATEGORIZED | | | ($200.00) | $3,414.91 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 1/17/2020 | 10060 POS PUR 01/16 23:06 BEST WAY PIZZA EVERETT PA 79013738 010060 ~5812 | Restaurants | | | ($28.31) | $3,614.91 |
| 1/15/2020 | 6561 ATM WTD 01/14 19:06 FIRST NAT BANK EVERETTE PA PA900052 006561 ~6011 | ATM | | | ($80.00) | $3,643.22 |
| 1/14/2020 | 738798 PIN PUR 01/14 08:11 SHEETZ 0577 HUNTINGDON PA 22836101 738798 ~5541 | Fuel | | | ($4.19) | $3,723.22 |
| 1/10/2020 | 70866 POS PUR 01/08 16:01 SHEETZ 0023 00 EVERETT PA 001 070866 ~5542 | Fuel | | | ($73.00) | $3,727.41 |
| 1/10/2020 | 587528 PIN PUR 01/09 18:39 WAL-MART #5470 HUNTINGDON PA 24547001 587528 ~6411 | Food | | | ($96.18) | $3,800.41 |
| 1/10/2020 | 91587 RECURRING 01/10 19:49 SXM*SIRIUSXM.COM 888-635-5144 NY 00000000 091~4899 | Cable, Satellite, and Ot... | | | ($111.88) | $3,896.59 |
| 1/10/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,651.48 | | $4,008.47 |
| 1/9/2020 | Check | UNCATEGORIZED | 0000000637 | | ($117.30) | $356.99 |
| 1/9/2020 | Check | UNCATEGORIZED | 0000000635 | | ($150.00) | $474.29 |
| 1/8/2020 | Shop Your Way MC CHECK PYMT 640 | UNCATEGORIZED | | | ($28.00) | $624.29 |
| 1/8/2020 | ERIE LIFE INSUR PREM P 2AT1016284 | UNCATEGORIZED | | | ($127.51) | $652.29 |
| 1/8/2020 | Check | UNCATEGORIZED | 0000000633 | | ($200.00) | $779.80 |
| 1/8/2020 | ERIE INS GROUP ERIEXPSPAY QXXXXX9846 | UNCATEGORIZED | | | ($431.50) | $979.80 |
| 1/7/2020 | CAPITAL ONE ARC CHECK PYMT 0641 | UNCATEGORIZED | | | ($25.00) | $1,411.30 |
| 1/7/2020 | CAPITAL ONE ARC CHECK PYMT 0638 | UNCATEGORIZED | | | ($34.00) | $1,436.30 |
| 1/6/2020 | DISCOVER ARC PAYMENTS 642 | UNCATEGORIZED | | | ($101.00) | $1,470.30 |
| 1/6/2020 | Check | UNCATEGORIZED | 0000000636 | | ($170.00) | $1,571.30 |
| 1/6/2020 | Check | UNCATEGORIZED | 0000000634 | | ($402.00) | $1,741.30 |
| 1/2/2020 | Check | UNCATEGORIZED | 0000000632 | | ($1,247.50) | $2,143.30 |
| 12/31/2019 | 59543 PIN PUR 12/31 17:15 EVERETT IGA EVERETT PA 68839201 059543 ~5411 | Food | | | ($37.55) | $3,390.80 |
| 12/30/2019 | 72177 POS PUR 12/28 06:16 124 HOSSS STEAK HUNTINGDON PA 01650926 072177~5812 | Restaurants | | | ($7.51) | $3,428.35 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 12/30/2019 | 72143 POS PUR 12/28 08:24 124 HOSSS STEAK HUNTINGDON PA 01650926 072143~5812 | Restaurants | | | ($18.83) | $3,435.86 |
| 12/30/2019 | AAA LIFE INS PREM XXXXXX8873 ALAN | UNCATEGORIZED | | | ($49.49) | $3,454.69 |
| 12/30/2019 | 72166 POS PUR 12/28 06:05 124 HOSSS STEAK HUNTINGDON PA 01650926 072166~5812 | Restaurants | | | ($59.23) | $3,504.18 |
| 12/27/2019 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,495.89 | | $3,563.41 |
| 12/23/2019 | CenturyLink BILL PYMT 629 | UNCATEGORIZED | | | ($70.00) | $67.52 |
| 12/23/2019 | Check | UNCATEGORIZED | 0000000631 | | ($150.00) | $137.52 |
| 12/23/2019 | 694026 PIN PUR 12/22 10:20 EVERETT IGA EVERETT PA 68839201 694026 ~5411 | Food | | | ($271.50) | $287.52 |
| 12/20/2019 | Credit One Bank Payment 43169023 | UNCATEGORIZED | | | ($81.95) | $559.02 |
| 12/19/2019 | Check | UNCATEGORIZED | 0000000614 | | ($38.00) | $640.97 |
| 12/19/2019 | VERIZON FINANCIA PAYMENTS 0626 | UNCATEGORIZED | | | ($583.47) | $678.97 |
| 12/19/2019 | Check | UNCATEGORIZED | 0000000628 | | ($1,247.50) | $1,272.44 |
| 12/17/2019 | Check | UNCATEGORIZED | 0000000624 | | ($150.00) | $2,519.94 |
| 12/17/2019 | Check | UNCATEGORIZED | 0000000621 | | ($1,247.50) | $2,669.94 |
| 12/16/2019 | 0089 POS PUR 12/13 18:48 BURGER KING #258 HUNTINGDON PA 00004183 00006~5814 | Restaurants | | | ($6.36) | $3,917.44 |
| 12/16/2019 | 651182 PIN PUR 12/15 14:48 STAPLES 0291 ALTOONA PA 08159015 651182 ~5943 | Misc. Specialty Retail | | | ($33.45) | $3,923.80 |
| 12/16/2019 | 41856 POS PUR 12/14 02:48 EDS STEAKHOUSE BEDFORD PA 96941856 041856 ~5812 | Restaurants | | | ($103.84) | $3,957.25 |
| 12/16/2019 | 952461 PIN PUR 12/14 15:53 TRACTOR SUPPLY # EVERETT PA 99999999 952461 ~5589 | UNCATEGORIZED | | | ($193.38) | $4,061.09 |
| 12/13/2019 | Check | UNCATEGORIZED | 0000000625 | | ($120.00) | $4,254.47 |
| 12/13/2019 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,335.57 | | $4,374.47 |
| 12/12/2019 | 80069 POS PUR 12/11 03:33 BEST WAY PIZZA EVERETT PA 79013738 080069 ~5812 | Restaurants | | | ($22.52) | $1,038.90 |
| 12/12/2019 | | Fuel | | | ($60.00) | $1,061.42 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
|  | 68048 POS PUR 12/10 01:01 SHEETZ 0023 00 EVERETT PA 001 068048 ~5542 |  |  |  |  |  |
| 12/12/2019 | 9161 POS PUR 12/11 12:00 AsurionWireless 866-6672535 TN 00000007 00916~6300 | Financial Institutions |  |  | ($149.00) | $1,121.42 |
| 12/12/2019 | Check | UNCATEGORIZED | 0000000622 |  | ($306.28) | $1,270.42 |
| 12/11/2019 | 916317 PIN PUR 12/10 19:40 EVERETT IGA EVERETT PA 68839201 916317 ~5411 | Food |  |  | ($16.05) | $1,576.70 |
| 12/11/2019 | 989051 PIN PUR 12/10 19:20 EVERETT IGA EVERETT PA 68839201 989051 ~5411 | Food |  |  | ($36.97) | $1,592.75 |
| 12/11/2019 | 74321 POS PUR 12/09 10:19 SHEETZ 0023 00 EVERETT PA 001 074321 ~5542 | Fuel |  |  | ($37.13) | $1,629.72 |
| 12/11/2019 | Check | UNCATEGORIZED | 0000000623 |  | ($200.00) | $1,666.85 |

Older Transactions

Newer Transactions