IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Kevin S. Foor, | : | Bankruptcy No. 19-70130 |
| Debtor | : | |
| Kevin S. Foor, | : | Chapter 11 |
| Movant | : | |
| | : | Related to Document No. 1 |
| v. | : | |
| Respondent (if none, then "No Respondent") | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, James R. Huff, II, Esquire, counsel for the debtor in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

By:   /s/James R. Huff, II
Signature

James R. Huff, II
Typed Name

1701 Fifth Avenue, Altoona, Pa. 16602
Address

(814) 946-4316
Phone No.

Pa. I.D. No. 33270
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

**American Express**
**P.O. Box 1270**
**Newark, NJ    07101**

**Burgmeier's Shredding**
**1356 Old Sixth Avenue Road**
**Altoona, PA    16603**

**Pitney Bowes Global Financial Services**
**P.O. Box 371887**
**Pittsburgh, PA   15250**