IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          : Bankruptcy Case No. 19-70130-JAD
Kevin S. Foor,                                  : Chapter 11
dba BDT of Saxton dba Saxton Station            :
Pharmacy                                        :
                                                :
                                                :
                    Debtors                     : Doc. No._____
                                                : Related to Doc Nos. 85 and 87

## CERTIFICATE OF SERVICE

I, James R. Huff, II, Esquire, Attorney for Debtor, hereby certify that I served a true and correct copy of **ORDER OF COURT DATED FEBRUARY 14, 2020 (Doc. No. 87), AND THE AMENDMENT** by United States Mail, first-class service, postage prepaid, on the 21st day of February, 2020, upon all parties including the U.S. Trustee at their addresses as listed on the Clerk's Mailing Matrix, a copy of which is attached hereto.

*/s/James R. Huff, II*
By:_____
James R. Huff, II, Esquire, I.D. #33270
Forr, Stokan, Huff, Kormanski & Naugle
1701 Fifth Avenue
Altoona, PA   16602
(814) 946-4316   Fax: (814) 946-9426
Attorney for Debtor

Label Matrix for local noticing
0315-7
Case 19-70130-JAD
WESTERN DISTRICT OF PENNSYLVANIA
Johnstown
Thu Feb 20 17:55:26 EST 2020

First Commonwealth Bank
c/o McGrath McCall, P.C.
Four Gateway Center, Suite 1040
444 Liberty Avenue
Pittsburgh, PA 15222-1225

First National Bank of Pennsylvania
4140 East State Street
Hermitage, PA 16148-3401

Marine One Acceptance Corporation
Gross McGinley LLP
Thomas A. Capehart, Esquire
33 S. Seventh Street
Allentown, PA 18101-2418

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

7
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

A&K Distributors
Box 250055
Aguadilla, PR 00604-0055

Altoona Mirror
301 Cayuga Avenue
Altoona, Pennsylvania 16602-4323

American Express
P.O. Box 1270
Newark, NJ 07101-1270

Anda
3000 Alt Blvd.
Grand Island, New York 14072-1246

Appleby & Markle
250 West Main Street
Everett, Pennsylvania 15537-1137

Argus Capital Funding
104 East 25th Street
10th Floor
New York, NY 10010-8201

Argus Capital Funding, LLC
C/O Thomson Ollunga, LLP
747 Third Ave., 2nd Fl.
New York, NY 10017-2878

Ariel Bouskila, Esquire
5 Hanover Square
Ste. 2102
New York, New York 10004-2635

Auburn Groceries
2360 Bellingham Drive
Troy, MI 48083-2038

Bellco Groceries
5500 New Horizons Blvd.
North Amityville, NY 11701-1156

Bonita Pharmaceuticals
6380 Commerce Drive
Westland, MI 48185-9120

Broad Top Bulletin
P.O. Box 671
Bedford, Pennsylvania 15522-0671

Broad Top Medical Center
P.O. Box 127
Broad Top, Pennsylvania 16621-0127

Bryn Mawr Equipment Finance, Inc.
C/O Barbara L. Farley, Esq.
PO Box 53659
Philadelphia, PA 19105-3659

Brynmawr Funding/Pioneer Rx
620 W. Germantown Road
Suite 310
Plymouth Meeting, Pennsylvania 19462-2227

Burgmeier Shredding
1356 Old Sixth Avenue Road
Altoona, PA 16601-8885

CVS Health
One CVS Drive
Woonsocket, Rhode Island 02895-6146

CWI Gifts
4600 S. Hamilton Road
Groveport, OH 43125-9636

Change Healthcare
P.O. Box 572490
Murray, Utah 84157-2490

Cohen's Inventory Returns
4320 Saline Street
Pittsburgh, Pennsylvania 15217-2912

Comcast
P.O. Box 70219
Philadelphia, Pennsylvania 19176-0219

Craig's Cleaning & Repair
3323 Sandy Run Road
Hopewell, Pennsylvania 16650-8757

Daily News
P.O. Box 384
Huntingdon, Pennsylvania 16652-0384

Dale Oxygen
146 Horner Street
Johnstown, Pennsylvania 15902-1996

Ehrlich
160 Jari Drive
Suite 140
Johnstown, Pennsylvania 15904-6947

Erie Insurance
100 Erie Insurance Place
Erie, Pennsylvania 16530-9060

FFE Enterprises
44000 Winchester Road
Temecula, California 92590-2578

(p)FIRST COMMONWEALTH BANK
PO BOX 400
INDIANA PA 15701-0400

First National Bank
3015 Glimcher Blvd.
Hermitage, Pennsylvania 16148-3343

First National Bank of Pennsylvania
4140 E. State Street
Hermitage, PA 16148-3401

First National Bank of Pennsylvania
c/o David W. Raphael, Esquire
Grenen & Birsic, PC
One Gateway Center, 9th Floor
Pittsburgh, PA 15222

Flagstar Bank
P.O. Box 660263
Dallas, Texas 75266-0263

H&H Wholesale
Lockbox #775371
350 E. Devon Avenue
Itasca, Illinois 60143-1249

Internal Revenue Service
1000 Liberty Ave Room 711B
Pittsburgh, PA 15222-4107

KBM Collections
20 E. Division Street
2nd Floor
Dover, Delaware 19901-7366

Kalamata Capital Group
80 Broad Street
12th Floor
New York, New York 10004-2584

LG Funding LLC
1218 Union St
Brooklyn, NY 11225-1512

LG Funding, LLC
1218 Union Street
Brooklyn, New York 11225-1512

Live Oak Bank
1741 Tiburon Drive
Wilmington, North Carolina 28403-6244

Live Oak Banking Company
c/o Schiller Knapp Lefkowitz Hertzel LLP
1741 Tiburon Drive
Wilmington, NC 28403-6244

Marine One
5000 Quorum Drive
Suite 200
Dallas, Texas 75254-7405

Master's Pharmaceutical
P.O. Box 840713
Dallas, Texas 75284-0713

Matrix Financial
c/o Flagstar Bank, FSB
5151 Corporate Drive
Troy, MI 48098-2639

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

On Deck
901 N. Stuart Street
Suite 700
Arlington, Virginia 22203-4129

On Deck Capital, Inc.
101 West Colfax Ave., 10th Floor
Denver, CO 80202-5167

Park Avenue Recovery
104 E. 25th Street
10th Floor
New York, New York 10010-8201

Park's Garbage
P.O. Box 218
Mount Union, Pennsylvania 17066-0218

Penelec
P.O. Box 3687
Akron, Ohio 44309-3687

Peterson Accounting
1798 Plank Road
Suite 301
Duncansville, Pennsylvania 16635-8389

Pinnacle Computer Technologies, Inc.
102 East Pitt Street
Bedford, Pennsylvania 15522-1317

Pioneer RX
P.O. Box 53407
Shreveport, Louisiana 71135-3407

Pitney Bowes Global Financial
P.O. Box 371887
Pittsburgh, PA 15250-7887

Praxis Med
13600 Shoreline Drive
Suite 200
Earth City, MO 63045-1203

Raz Imports
1020 Eden Road
Arlington, Texas 76001-7889

River City
P.O. Box 840713
Dallas, Texas 75284-0713

Roaring Spring Water
P.O. Box 97
Roaring Spring, PA 16673-0097

Roaring Spring Water
P.O. Box 97
740 Spang Street
Roaring Spring, PA 16673-1924

Saxton Borough
707 9th Street
Saxton, PA 16678-1109

Stoudnour Petroleum
P.O. Box 40
Saxton, PA 16678-0040

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Top RX, LLC
P.O. Box 1844, Dept. T-5
Memphis, Tennessee 38101-1844

Top Rx
C/O Sharon M. Bibbs
2950 Brother Blvd.
Bartlett, TN 38133-3968

Tri-State Distribution
P.O. Box 600
Spartan, Tennessee 38583-0600

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Unifirst
335 Industrial Park Blvd.
Ebensburg, PA 15931-4117

Value Drug Company
195 Theater Drive
Duncansville, Pennsylvania 16635-7144

West Penn Power
5001 NASA Blvd
Fairmont WV 26554-8248

Wex Bank
P.O. Box 6293
Carol Stream, IL 60197-6293

James R. Huff II
Sullivan Forr Stokan & Huff
1701 Fifth Avenue
Altoona, PA 16602-2319

Kevin S. Foor
907 Frame Church Road
Everett, PA 15537-7970

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First Commonwealth Bank
P.O. Box 400
Indiana, Pennsylvania 15701

U.S. Bank
P.O. Box 790408
St. Louis, Missouri 63179

(d)U.S. Bank National Association
Bankruptcy Department
PO Box 108
St. Louis MO 63166-0108

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)FLAGSTAR BANK FSB as servicer for Matrix F
Fleet Oak Bank

(d)First Commonwealth Bank
c/o McGrath McCall, P.C.
Four Gateway Center, Suite 1040
444 Liberty Avenue
Pittsburgh, PA 15222-1225

(d)First National Bank of Pennsylvania
4140 East State Street
Hermitage, PA 16148-3401

End of Label Matrix
Mailable recipients    78
Bypassed recipients    4
Total                  82