UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Foor, Kevin S.

Case No. 19-70130-JAD

Reporting Period: Feb 2020

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_K S Foor_                _3-9-2020_
Signature of Debtor                Date

_____      _____
Signature of Joint Debtor                Date

_____      _____
Signature of Preparer                Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Foor, Kevin S.  Case No. 19-70130-JAD

Debtor  Reporting Period: Feb 2020

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 986.49 | 9031.74 |
| **RECEIPTS** | | |
| Wages (Net) | 7113.97 | 58698.21 |
| Interest and Dividend Income | 0 | 0 |
| Alimony and Child Support | 0 | 0 |
| Social Security and Pension Income | 0 | 0 |
| Sale of Assets | 0 | 0 |
| Other Income (attach schedule) | 710.87 | 9174.06 |
| **Total Receipts** | 7824.84 | 67872.26 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 2495.00 | 18712.50 |
| Rental Payment(s) | 0 | 0 |
| Other Secured Note Payments | 0 | 0 |
| Utilities | 1,119.90 | 8131.37 |
| Insurance | 581.42 | 4499.22 |
| Auto Expense | 928.88 | 5359.00 |
| Lease Payments | 0 | 0 |
| IRA Contributions | 0 | 0 |
| Repairs and Maintenance | 0 | 375.00 |
| Medical Expenses | 220.00 | 1841.07 |
| Household Expenses | 2,180.74 | 9874.75 |
| Charitable Contributions | 0 | 0 |
| Alimony and Child Support Payments | 0 | 0 |
| Taxes - Real Estate | 0 | 29.40 |
| Taxes - Personal Property | 0 | 0 |
| Taxes - Other (attach schedule) | 229.40 | 1355.43 |
| Travel and Entertainment | 0 | 184.09 |
| Gifts | 0 | 0 |
| Other (attach schedule) | 319.63 | 15,297.10 |
| **Total Ordinary Disbursements** | 8069.97 | 65643.83 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 0 | 0 |
| U. S. Trustee Fees | 0 | 1625.00 |
| Other Reorganization Expenses (attach schedule) | 0 | 0 |
| **Total Reorganization Items** | | 1625.00 |
| **Total Disbursements (Ordinary + Reorganization)** | 8069.97 | 67268.88 |
| Net Cash Flow (Total Receipts - Total Disbursements) | (-) 245.13 | 603.33 |
| Cash - End of Month (Must equal reconciled bank statement) | 741.36 | 9635.07 |

FORM MOR-1(INDV)
(9/99)

Foor, Kevin S.    Case No. 19-70130-JAD

Debtor    Reporting Period: Feb 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| James Drug Store | 410.87 | 0 |
| Cash deposit | 300.00 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 710.87 | 9174.00 |
| **Other Taxes** | | |
| Payment to IRS | 200.00 | 0 |
| local tax coll. | 29.40 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 229.40 | 1054.40 |
| **Other Ordinary Disbursements** | | |
| Credit Card: | 58.57 | 0 |
| Overdraft fees: | 156.06 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
|  |  | 0 |
|  | 314.63 | 15,282.10 |
| **Other Reorganization Expenses** | | |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |

FORM MOR-1 (INDV) (CONT)
(9/99)

Foor, Kevin S.  
Debtor

Case No. 19-70130-JAD  
Reporting Period: Feb 2020

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employee | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employer | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Income | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Federal Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| State and Local | 0 | 0 | 0 | 0 | 0 | 0 |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| Sales | 0 | 0 | 0 | 0 | 0 | 0 |
| Excise | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Real Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Personal Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total State and Local | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Taxes | 0 | 0 | 0 | 0 | 0 | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Wages Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Building | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt/Adequate Protection Payments | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due to Insiders* | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Postpetition Debts | 0 | 0 | 0 | 0 | 0 | 0 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4  
(9/99)

Foor, Kevin S.  
Debtor

Case No. 19-70130-JAD  
Reporting Period: Feb 2020

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 |
| + Amounts billed during the period | 0 |
| − Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 0 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0 |
| 31 - 60 days old | 0 |
| 61 - 90 days old | 0 |
| 91+ days old | 0 |
| Total Accounts Receivable | 0 |
| Amount considered uncollectible (Bad Debt) | 0 |
| Accounts Receivable (Net) | 0 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. |  | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. |  | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X |  |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X |  |

FORM MOR-5  
(9/99)

# Account Activity

Business Checking ******3126

| Balances as of | Available Balance: | Ledger Balance: |
|---|---|---|
| 3/8/2020 | $3,185.73 | $3,721.46 |

## Pending Transactions

| Date | Description | Category | Check | Deposits | Withdrawals |
|---|---|---|---|---|---|
| 3/9/2020 | PROCESSING: 501275 PIN PUR TRACTOR SUPPLY # HUNTINGDON PA 99999999 50127~5599 | UNCATEGORIZED | | | ($72.59) |
| 3/9/2020 | PROCESSING: 8270 ATM WTD FIRST NAT BANK EVERETTE PA PA900052 008270 ~6011 | UNCATEGORIZED | | | ($200.00) |
| 3/9/2020 | PROCESSING: 184000 PIN PUR WEIS MARKETS 140 EVERETT PA 34662101 184000 ~5411 | UNCATEGORIZED | | | ($192.95) |
| 3/9/2020 | PROCESSING: 29862 POS PUR EXXONMOBIL 48 EVERETT PA 001 029862 ~5542 | UNCATEGORIZED | | | ($25.19) |
| 3/9/2020 | PROCESSING: 71588 POS PUR SHEETZ 0023 00 EVERETT PA 001 071588 ~5542 | UNCATEGORIZED | | | ($45.00) |

## Transactions

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 3/6/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,343.05 | | $3,721.46 |
| 3/5/2020 | 567475 PIN PUR 03/04 19:41 RITE AID STORE - EVERETT PA 001 567475 -5912 | Nursing/Personal Care | | | ($25.32) | $378.41 |
| 3/4/2020 | Check | UNCATEGORIZED | 0000000680 | | ($100.00) | $403.73 |
| 3/4/2020 | Check | UNCATEGORIZED | 0000000681 | | ($100.00) | $503.73 |
| 3/3/2020 | CAPITAL ONE ARC CHECK PYMT 0677 | UNCATEGORIZED | | | ($25.00) | $603.73 |
| 3/3/2020 | Credit One Bank Payment 0678 | UNCATEGORIZED | | | ($30.57) | $628.73 |
| 3/3/2020 | 102644 PIN PUR 03/03 17:43 THE MEDICINE SHO HUNTINGDON PA 0000BRPN 00638-5912 | Nursing/Personal Care | | | ($40.00) | $659.30 |
| 3/2/2020 | 0013 POS PUR 02/29 07:02 BEST WAY PIZZA H HOPEWELL PA 78818821 000013 ~5812 | Restaurants | | | ($5.14) | $699.30 |
| 3/2/2020 | | Food | | | ($14.68) | $704.44 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
|  | 780754 PIN PUR 02/29 14:12 EVERETT IGA EVERETT PA 68839201 780754 ~5411 |  |  |  |  |  |
| 3/2/2020 | 74989 POS PUR 02/29 21:23 SHEETZ 0577 00 HUNTINGDON PA 001 074989 ~5542 | Fuel |  |  | ($32.52) | $719.12 |
| 3/2/2020 | 137100 PIN PUR 02/29 17:20 TRACTOR SUPPLY # EVERETT PA 99999999 137100 ~5599 | UNCATEGORIZED |  |  | ($37.62) | $751.64 |
| 3/2/2020 | 4173 POS PUR 02/28 14:54 SHEETZ 0023 00 EVERETT PA 001 004173 ~5542 | Fuel |  |  | ($53.50) | $789.26 |
| 3/2/2020 | 817659 PIN PUR 02/29 18:12 WEIS MARKETS 140 EVERETT PA 34682101 817659 ~5411 | Food |  |  | ($117.29) | $842.76 |
| 3/2/2020 | Check | UNCATEGORIZED | 0000000675 |  | ($150.00) | $960.05 |
| 3/2/2020 | Check | UNCATEGORIZED | 0000000676 |  | ($401.09) | $1,110.05 |
| 3/2/2020 | Check | UNCATEGORIZED | 0000000674 |  | ($1,247.50) | $1,511.14 |
| 2/28/2020 | NEGATIVE COLLECTED BALANCE FEE | UNCATEGORIZED |  |  | ($0.06) | $2,756.64 |
| 2/28/2020 | 751531 PIN PUR 02/27 18:29 Wal-Mart Super C HUNTINGDON PA 54700007 00581~5411 | Food |  |  | ($75.15) | $2,758.70 |
| 2/28/2020 | 37749 POS PUR 02/26 18:42 DISH NETWORK-ONE 800-333-3474 CO 00010001 037~4899 | Cable, Satellite, and Ot... |  |  | ($184.38) | $2,833.85 |
| 2/27/2020 | AAA LIFE INS PREM XXXXXX8873 ALAN | UNCATEGORIZED |  |  | ($49.49) | $3,018.23 |
| 2/24/2020 | 92719 POS PUR 02/21 15:53 SHEETZ 0577 00 HUNTINGDON PA 001 092719 ~5542 | Fuel |  |  | ($34.22) | $3,067.72 |
| 2/24/2020 | 84393 POS PUR 02/22 01:07 SHEETZ 0023 00 EVERETT PA 001 084393 ~5542 | Fuel |  |  | ($50.00) | $3,101.94 |
| 2/24/2020 | CenturyLink1319 BILL PYMT 668 | UNCATEGORIZED |  |  | ($54.53) | $3,151.94 |
| 2/24/2020 | 128910 PIN PUR 02/21 18:16 TRACTOR SUPPLY # HUNTINGDON PA 99999999 12891~5599 | UNCATEGORIZED |  |  | ($99.05) | $3,206.47 |
| 2/24/2020 | 636483 PIN PUR 02/23 10:19 EVERETT IGA EVERETT PA 68839201 636483 ~5411 | Food |  |  | ($103.14) | $3,305.52 |
| 2/21/2020 | 103786 PIN PUR 02/21 08:15 SHEETZ 0577 HUNTINGDON PA 22636101 103786 ~5541 | Fuel |  |  | ($5.71) | $3,408.66 |
| 2/21/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED |  | $3,458.62 |  | $3,414.37 |
| 2/20/2020 | Auto Overdraft Charge | UNCATEGORIZED |  |  | ($8.00) | ($44.25) |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 2/20/2020 | OVERDRAFT FEE | UNCATEGORIZED | | | ($148.00) | ($36.25) |
| 2/20/2020 | Deposit | UNCATEGORIZED | | $300.00 | | $111.75 |
| 2/19/2020 | Check | UNCATEGORIZED | 0000000672 | | ($20.00) | ($188.25) |
| 2/19/2020 | Check | UNCATEGORIZED | 0000000673 | | ($29.40) | ($168.25) |
| 2/19/2020 | Check | UNCATEGORIZED | 0000000669 | | ($120.00) | ($138.85) |
| 2/19/2020 | West Penn Power CHECK PYMT 0670 | UNCATEGORIZED | | | ($200.00) | ($18.85) |
| 2/19/2020 | Check | UNCATEGORIZED | 0000000664 | | ($1,247.50) | $181.15 |
| 2/18/2020 | Check | UNCATEGORIZED | 0000000667 | | ($75.00) | $1,428.65 |
| 2/18/2020 | DISCOVER ARC PAYMENTS 671 | UNCATEGORIZED | | | ($103.00) | $1,503.65 |
| 2/18/2020 | 818551 PIN PUR 02/16 12:40 EVERETT IGA EVERETT PA 68839201 818551 ~5411 | Food | | | ($128.35) | $1,606.65 |
| 2/18/2020 | 30012 POS PUR 02/15 10:57 COVE VETERINARY MARTINSBURG PA 73200564 03001~0742 | UNCATEGORIZED | | | ($152.00) | $1,735.00 |
| 2/18/2020 | Check | UNCATEGORIZED | 0000000665 | | ($200.00) | $1,887.00 |
| 2/18/2020 | Check | UNCATEGORIZED | 0000000666 | | ($240.00) | $2,087.00 |
| 2/18/2020 | 18413 POS PUR 02/15 15:32 VZWRLSS*IVR VB 800-9220204 GA 36712213 018413~4814 | Telecommunications | | | ($605.99) | $2,327.00 |
| 2/18/2020 | Deposit | UNCATEGORIZED | | $410.87 | | $2,932.99 |
| 2/14/2020 | 60166 PIN PUR 02/13 16:15 WM SUPERCENTER # HUNTINGDON PA 54700048 16389~5411 | Food | | | ($28.31) | $2,522.12 |
| 2/14/2020 | 218169 PIN PUR 02/13 19:27 WEIS MARKETS 140 EVERETT PA 34682101 218169 ~5411 | Food | | | ($31.80) | $2,550.43 |
| 2/13/2020 | 75917 POS PUR 02/13 18:47 SQ *EVERETT FLOW Everett PA 00000000 075917 ~5992 | Florists & Greeting Cards | | | ($56.18) | $2,582.23 |
| 2/12/2020 | 650447 PIN PUR 02/12 09:13 TRACTOR SUPPLY # EVERETT PA 99999999 650447 ~5599 | UNCATEGORIZED | | | ($41.29) | $2,638.41 |
| 2/12/2020 | Check | UNCATEGORIZED | 0000000659 | | ($50.00) | $2,679.70 |
| 2/12/2020 | 1480 ATM WTD 02/12 08:49 FIRST NAT BANK BEDFORD PA PA900010 001480 ~6011 | ATM | | | ($100.00) | $2,729.70 |
| 2/12/2020 | Check | UNCATEGORIZED | | | ($125.00) | $2,829.70 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| | | | 0000000663 | | | |
| 2/10/2020 | 42497 POS PUR 02/07 02:00 SHEETZ 0577 00 HUNTINGDON PA 001 042497 ~5542 | Fuel | | | ($31.44) | $2,954.70 |
| 2/10/2020 | 4236 PIN PUR 02/09 10:30 WAL-MART #1684 EVERETT PA 16840046 622592 ~5310 | Discount Stores | | | ($60.38) | $2,986.14 |
| 2/10/2020 | ERIE LIFE INSUR PREM P 2AT1016284 | UNCATEGORIZED | | | ($127.51) | $3,046.52 |
| 2/10/2020 | 346869 PIN PUR 02/09 10:38 TRACTOR SUPPLY # EVERETT PA 99999999 346869 ~5599 | UNCATEGORIZED | | | ($150.43) | $3,174.03 |
| 2/10/2020 | 7382 ATM WTD 02/08 14:01 FIRST NAT BANK EVERETTE PA PA900052 007382 ~6011 | ATM | | | ($160.00) | $3,324.46 |
| 2/10/2020 | ERIE INS GROUP ERIEXPSPAY QXXXXX9846 | UNCATEGORIZED | | | ($404.42) | $3,484.46 |
| 2/7/2020 | 453033 PIN PUR 02/07 08:12 SHEETZ 0577 HUNTINGDON PA 22836101 453033 ~5541 | Fuel | | | ($6.12) | $3,888.88 |
| 2/7/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,655.35 | | $3,895.00 |
| 2/5/2020 | 434066 POS PUR 02/04 16:19 Wal-Mart Super C HUNTINGDON PA 54700043 00354~5411 | Food | | | ($39.74) | $239.65 |
| 2/4/2020 | Check | UNCATEGORIZED | 0000000660 | | ($11.93) | $279.39 |
| 2/4/2020 | Check | UNCATEGORIZED | 0000000656 | | ($1,247.50) | $291.32 |
| 2/3/2020 | 372070 PIN PUR 02/01 14:05 SHEETZ 0023 EVERETT PA 08081001 372070 ~5541 | Fuel | | | ($8.00) | $1,538.82 |
| 2/3/2020 | 0021 POS PUR 02/01 08:30 BURGER KING #258 HUNTINGDON PA 00004187 00002~5814 | Restaurants | | | ($8.26) | $1,546.82 |
| 2/3/2020 | Check | UNCATEGORIZED | 0000000662 | | ($75.00) | $1,555.08 |
| 2/3/2020 | Check | UNCATEGORIZED | 0000000658 | | ($650.00) | $1,630.08 |
| 1/30/2020 | 980950 PIN PUR 01/29 18:03 RITE AID STORE - EVERETT PA 001 980950 ~5912 | Nursing/Personal Care | | | ($12.99) | $2,280.08 |
| 1/29/2020 | 6961 ATM WTD 01/28 19:03 FIRST NAT BANK EVERETTE PA PA900052 006961 ~6011 | ATM | | | ($80.00) | $2,293.07 |
| 1/29/2020 | Check | UNCATEGORIZED | 0000000652 | | ($150.00) | $2,373.07 |
| 1/29/2020 | 14434 POS PUR 01/27 16:22 DISH NETWORK-ONE 800-333-3474 CO 00010001 014~4899 | Cable, Satellite, and Ot... | | | ($167.43) | $2,523.07 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 1/28/2020 | 563173 PIN PUR 01/27 19:07 SHEETZ 0023 EVERETT PA 08081001 563173 ~5541 | Fuel | | | ($17.17) | $2,690.50 |
| 1/28/2020 | 92792 POS PUR 01/26 08:02 SHEETZ 0023 00 EVERETT PA 001 092792 ~5542 | Fuel | | | ($28.67) | $2,707.67 |
| 1/28/2020 | AAA LIFE INS PREM XXXXXX8873 ALAN | UNCATEGORIZED | | | ($49.49) | $2,736.34 |
| 1/28/2020 | Check | UNCATEGORIZED | 0000000651 | | ($170.00) | $2,785.83 |
| 1/28/2020 | Check | UNCATEGORIZED | 0000000657 | | ($200.00) | $2,955.83 |
| 1/27/2020 | 0516 POS PUR 01/25 09:35 SHELL OIL 575442 EVERETT PA 00000000 000516 ~5541 | Fuel | | | ($4.57) | $3,155.83 |
| 1/27/2020 | 90021 POS PUR 01/24 15:15 BEST WAY PIZZA H HOPEWELL PA 78818821 090021 ~5812 | Restaurants | | | ($8.58) | $3,160.40 |
| 1/27/2020 | 40306 POS PUR 01/26 06:20 MOD PIZZA CHAMBE CHAMBERSBURG PA 02612099 040~5812 | Restaurants | | | ($32.25) | $3,168.98 |
| 1/27/2020 | 31266 POS PUR 01/23 05:42 SHEETZ 0023 00 EVERETT PA 001 031266 ~5542 | Fuel | | | ($40.00) | $3,201.23 |
| 1/27/2020 | 843271 PIN PUR 01/26 17:43 TARGET T-2241 91 Chambersburg PA 99999999 843~5411 | Food | | | ($60.36) | $3,241.23 |
| 1/27/2020 | 98000 POS PUR 01/25 06:08 OLIVE GARDEN 00 ALTOONA PA 00000000 098000 ~5812 | Restaurants | | | ($74.41) | $3,301.59 |
| 1/27/2020 | 868398 PIN PUR 01/26 09:58 EVERETT IGA EVERETT PA 68839201 868398 ~5411 | Food | | | ($82.91) | $3,376.00 |
| 1/27/2020 | 823372 PIN PUR 01/25 15:36 HOBBYLOBBY 516 W ALTOONA PA 99999999 823372 ~5945 | Misc. Specialty Retail | | | ($97.72) | $3,458.91 |
| 1/27/2020 | 947069 PIN PUR 01/25 16:22 SPORTSMANS WAREH ROCHESTER NY 69522545 162209~5941 | Misc. Specialty Retail | | | ($97.73) | $3,556.63 |
| 1/27/2020 | 724415 PIN PUR 01/25 17:16 Wal-Mart Store EVERETT PA 16840047 0025555526~5411 | Food | | | ($102.86) | $3,654.36 |
| 1/27/2020 | 901181 PIN PUR 01/25 12:55 KOHLS 0970 213 S ALTOONA PA 99999999 901181 ~5311 | Retail Store | | | ($106.90) | $3,757.22 |
| 1/27/2020 | 134770 PIN PUR 01/25 13:22 DICK'S CLOTHING& ALTOONA PA 00411472 134770 ~5941 | Misc. Specialty Retail | | | ($112.76) | $3,864.12 |
| 1/27/2020 | 721879 PIN PUR 01/25 17:26 TRACTOR SUPPLY # EVERETT PA 99999999 721879 ~5599 | UNCATEGORIZED | | | ($159.41) | $3,976.88 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 1/24/2020 | 429935 PIN PUR 01/24 08:09 SHEETZ 0577 HUNTINGDON PA 22836101 429935 ~5541 | Fuel | | | ($8.01) | $4,136.29 |
| 1/24/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,775.54 | | $4,144.30 |
| 1/23/2020 | 625900 PIN PUR 01/23 07:18 SHEETZ 0023 EVERETT PA 08081001 625900 ~5541 | Fuel | | | ($8.54) | $368.76 |
| 1/23/2020 | Check | UNCATEGORIZED | 0000000648 | | ($32.00) | $377.30 |
| 1/23/2020 | 20609 POS PUR 01/21 17:18 SHEETZ 0023 00 EVERETT PA 001 020609 ~5542 | Fuel | | | ($76.53) | $409.30 |
| 1/23/2020 | Check | UNCATEGORIZED | 0000000645 | | ($306.28) | $485.83 |
| 1/22/2020 | 584575 PIN PUR 01/21 18:21 SHEETZ 0577 HUNTINGDON PA 22836101 584575 ~5541 | Fuel | | | ($11.19) | $792.11 |
| 1/22/2020 | Credit One Bank Payment 0650 | UNCATEGORIZED | | | ($88.00) | $803.30 |
| 1/22/2020 | Check | UNCATEGORIZED | 0000000649 | | ($200.00) | $891.30 |
| 1/22/2020 | VERIZON FINANCIA PAYMENTS 0644 | UNCATEGORIZED | | | ($606.48) | $1,091.30 |
| 1/22/2020 | Check | UNCATEGORIZED | 0000000643 | | ($1,247.50) | $1,697.78 |
| 1/21/2020 | 446192 PIN PUR 01/17 19:38 SHEETZ 0023 EVERETT PA 08081001 446192 ~5541 | Fuel | | | ($25.23) | $2,945.28 |
| 1/21/2020 | CenturyLink BILL PYMT 647 | UNCATEGORIZED | | | ($49.06) | $2,970.51 |
| 1/21/2020 | Check | UNCATEGORIZED | 0000000654 | | ($100.00) | $3,019.57 |
| 1/21/2020 | Check | UNCATEGORIZED | 0000000655 | | ($100.00) | $3,119.57 |
| 1/21/2020 | West Penn Power CHECK PYMT 0646 | UNCATEGORIZED | | | ($195.34) | $3,219.57 |
| 1/21/2020 | West Penn Power CHECK PYMT 0653 | UNCATEGORIZED | | | ($200.00) | $3,414.91 |
| 1/17/2020 | 10060 POS PUR 01/16 23:08 BEST WAY PIZZA EVERETT PA 79013738 010060 ~5812 | Restaurants | | | ($28.31) | $3,614.91 |
| 1/15/2020 | 6561 ATM WTD 01/14 19:06 FIRST NAT BANK EVERETTE PA PA900052 006561 ~6011 | ATM | | | ($80.00) | $3,643.22 |
| 1/14/2020 | 738798 PIN PUR 01/14 08:11 SHEETZ 0577 HUNTINGDON PA 22836101 738798 ~5541 | Fuel | | | ($4.19) | $3,723.22 |
| 1/10/2020 | 70866 POS PUR 01/08 16:01 SHEETZ 0023 00 EVERETT PA 001 070866 ~5542 | Fuel | | | ($73.00) | $3,727.41 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 1/10/2020 | 587528 PIN PUR 01/09 18:39 WAL-MART #5470 HUNTINGDON PA 24547001 587528 ~5411 | Food | | | ($96.18) | $3,800.41 |
| 1/10/2020 | 91587 RECURRING 01/10 19:49 SXM*SIRIUSXM.COM 888-635-5144 NY 00000000 091~4899 | Cable, Satellite, and Ot... | | | ($111.88) | $3,896.59 |
| 1/10/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,651.48 | | $4,008.47 |
| 1/9/2020 | Check | UNCATEGORIZED | 0000000637 | | ($117.30) | $356.99 |
| 1/9/2020 | Check | UNCATEGORIZED | 0000000635 | | ($150.00) | $474.29 |
| 1/8/2020 | Shop Your Way MC CHECK PYMT 640 | UNCATEGORIZED | | | ($28.00) | $624.29 |
| 1/8/2020 | ERIE LIFE INSUR PREM P 2AT1016284 | UNCATEGORIZED | | | ($127.51) | $652.29 |
| 1/8/2020 | Check | UNCATEGORIZED | 0000000633 | | ($200.00) | $779.80 |
| 1/8/2020 | ERIE INS GROUP ERIEXPSPAY QXXXXX9846 | UNCATEGORIZED | | | ($431.50) | $979.80 |

Older Transactions

Newer Transactions