UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Foor, Kevin S.

Case No. 19-70130-JAD

Reporting Period: March 2020

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_K. S. Foor_                                              4-6-2020
Signature of Debtor                                       Date


_____                               _____
Signature of Joint Debtor                                 Date


_____                               _____
Signature of Preparer                                     Date


_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Foor, Kevin S.
Debtor

Case No. 19-70130-JAD
Reporting Period: March 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 741.36 | 977.31 |
| **RECEIPTS** | | |
| Wages (Net) | 6686.10 | 65384.31 |
| Interest and Dividend Income | 0 | 0 |
| Alimony and Child Support | 0 | 0 |
| Social Security and Pension Income | 0 | 0 |
| Sale of Assets | 0 | 0 |
| Other Income (attach schedule) | 1857.98 | 11031.98 |
| **Total Receipts** | 8544.08 | 76416.34 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 2495.00 | 21207.50 |
| Rental Payment(s) | 0 | 0 |
| Other Secured Note Payments | 0 | 0 |
| Utilities | 1599.11 | 9730.48 |
| Insurance | 621.42 | 5120.64 |
| Auto Expense | 781.74 | 6140.74 |
| Lease Payments | 0 | 0 |
| IRA Contributions | 0 | 0 |
| Repairs and Maintenance | 0 | 375.00 |
| Medical Expenses | 135.32 | 1976.34 |
| Household Expenses | 1911.67 | 11786.42 |
| Charitable Contributions | 0 | 0 |
| Alimony and Child Support Payments | 0 | 0 |
| Taxes - Real Estate | 0 | 29.40 |
| Taxes - Personal Property | 0 | 0 |
| Taxes - Other (attach schedule) | 350.00 | 1705.43 |
| Travel and Entertainment | 0 | 184.09 |
| Gifts | 0 | 0 |
| Other (attach schedule) | 863.81 | 16150.91 |
| Total Ordinary Disbursements | 8755.07 | 74398.90 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 0 | 0 |
| U.S. Trustee Fees | 0 | 1625.00 |
| Other Reorganization Expenses (attach schedule) | 0 | 0 |
| Total Reorganization Items | | 1625.00 |
| **Total Disbursements (Ordinary + Reorganization)** | 8755.07 | 76023.95 |
| Net Cash Flow (Total Receipts - Total Disbursements) | -210.99 | 392.34 |
| Cash - End of Month (Must equal reconciled bank statement) | 530.37 | 10765.44 |

FORM MOR-1(INDV)
(9/99)

Foor, Kevin S.  
        Debtor

Case No. 19-70130-JAD  
Reporting Period: March 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Janes Drug | 1857.98 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 1857.98 | 9884.87 |
| **Other Taxes** | | |
| payment to IRS | 200.00 | 0 |
| Sales Tax | 150.00 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 350.00 | 1404.40 |
| **Other Ordinary Disbursements** | | |
| Credit Card | 723.49 | 0 |
| Overdraft | 140.32 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 863.81 | 16,145.91 |
| **Other Reorganization Expenses** | | |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |
|  | 0 | 0 |

FORM MOR-1 (INDV) (CON'T)  
(9/99)

Foor, Kevin S.  
       Debtor

Case No. 19-70130-JAD  
Reporting Period: March 2020

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero. Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employee | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employer | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Income | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Federal Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| **State and Local** | 0 | 0 | 0 | 0 | 0 | 0 |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| Sales | 0 | 0 | 0 | 0 | 0 | 0 |
| Excise | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Real Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Personal Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total State and Local | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Taxes** | 0 | 0 | 0 | 0 | 0 | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Wages Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Building | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt/Adequate Protection Payments | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due to Insiders* | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Postpetition Debts | 0 | 0 | 0 | 0 | 0 | 0 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4  
(9/99)

Foor, Kevin S.
Debtor

Case No. 19-70130-JAD
Reporting Period: _March 2020_

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 |
| + Amounts billed during the period | 0 |
| - Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 0 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0 |
| 31 - 60 days old | 0 |
| 61 - 90 days old | 0 |
| 91+ days old | 0 |
| Total Accounts Receivable | 0 |
| Amount considered uncollectible (Bad Debt) | 0 |
| Accounts Receivable (Net) | 0 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. |  | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. |  | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X |  |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X |  |

FORM MOR-5
(9/99)

# Account Activity

Business Checking ****3126

| Balances as of | Available Balance: | Ledger Balance: |
|---|---|---|
| 4/5/2020 | $3,548.78 | $3,548.78 |

## Transactions

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 4/3/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,343.05 | | $3,548.78 |
| 3/31/2020 | NEGATIVE COLLECTED BALANCE FEE | UNCATEGORIZED | | | ($0.18) | $205.73 |
| 3/31/2020 | Check | UNCATEGORIZED | 0000000596 | | ($70.00) | $205.91 |
| 3/31/2020 | VERIZON FINANCIA PAYMENTS 0592 | UNCATEGORIZED | | | ($764.43) | $275.91 |
| 3/30/2020 | Credit One Bank Payment 0598 | UNCATEGORIZED | | | ($30.00) | $1,040.34 |
| 3/30/2020 | CenturyLink1319 BILL PYMT 597 | UNCATEGORIZED | | | ($54.53) | $1,070.34 |
| 3/30/2020 | COMENITYCARD PAY CHECK PYMT 599 | UNCATEGORIZED | | | ($86.27) | $1,124.87 |
| 3/30/2020 | COMENITYCARD PAY CHECK PYMT 600 | UNCATEGORIZED | | | ($116.44) | $1,211.14 |
| 3/30/2020 | West Penn Power CHECK PYMT 0593 | UNCATEGORIZED | | | ($300.00) | $1,327.58 |
| 3/30/2020 | Check | UNCATEGORIZED | 0000000594 | | ($360.00) | $1,627.58 |
| 3/30/2020 | Check | UNCATEGORIZED | 0000000591 | | ($1,247.50) | $1,987.58 |
| 3/27/2020 | AAA LIFE INS PREM XXXXXX8873 ALAN | UNCATEGORIZED | | | ($49.49) | $3,235.08 |
| 3/26/2020 | 67934 POS PUR 03/24 17:02 DISH NETWORK-ONE 800-333-3474 CO 00010001 067-4899 | Cable, Satellite, and Ot... | | | ($180.15) | $3,284.57 |
| 3/26/2020 | Check | UNCATEGORIZED | 0000000595 | | ($401.09) | $3,464.72 |
| 3/25/2020 | 5638 POS PUR 03/24 23:37 MARINE ONE ACCEP 214-965-5000 TX 00000000 005-6051 | Non-bank, Money Orders | | | ($306.28) | $3,865.81 |
| 3/23/2020 | HARLAND CLARKE RETRY PYMT 1N0V76171321500 | UNCATEGORIZED | | | ($26.15) | $4,172.09 |
| 3/23/2020 | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | | ($75.00) | $4,198.24 |
| 3/23/2020 | 158479 PIN PUR 03/22 13:31 EVERETT IGA EVERETT PA 68839201 158479 ~5411 | Food | | | ($103.93) | $4,273.24 |
| 3/23/2020 | | Discount Stores | | | ($119.19) | $4,377.17 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 3/12/2020 | 414333 PIN PUR 03/11 19:02 C&S FAMILY MARKE Martinsburg PA 65936001 4143~5411 | Food | | | ($10.08) | $2,300.72 |
| 3/10/2020 | ERIE LIFE INSUR PREM P 2AT1016284 | UNCATEGORIZED | | | ($127.51) | $2,310.80 |
| 3/10/2020 | Check | UNCATEGORIZED | 0000000682 | | ($228.00) | $2,438.31 |
| 3/9/2020 | 29862 POS PUR 03/07 21:04 EXXONMOBIL 48 EVERETT PA 001 029862 ~5542 | Fuel | | | ($25.19) | $2,666.31 |
| 3/9/2020 | 71588 POS PUR 03/07 02:53 SHEETZ 0023 00 EVERETT PA 001 071588 ~5542 | Fuel | | | ($45.00) | $2,691.50 |
| 3/9/2020 | 501275 PIN PUR 03/06 18:11 TRACTOR SUPPLY # HUNTINGDON PA 99999999 50127~5599 | UNCATEGORIZED | | | ($72.59) | $2,736.50 |
| 3/9/2020 | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | | ($75.00) | $2,809.09 |
| 3/9/2020 | 184000 PIN PUR 03/08 12:22 WEIS MARKETS 140 EVERETT PA 34682101 184000 ~5411 | Food | | | ($192.95) | $2,884.09 |
| 3/9/2020 | 8270 ATM WTD 03/06 19:25 FIRST NAT BANK EVERETTE PA PA900052 008270 ~6011 | ATM | | | ($200.00) | $3,077.04 |
| 3/9/2020 | ERIE INS GROUP ERIEXPSPAY QXXXXX9846 | UNCATEGORIZED | | | ($444.42) | $3,277.04 |
| 3/6/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,343.05 | | $3,721.46 |
| 3/5/2020 | 567475 PIN PUR 03/04 19:41 RITE AID STORE - EVERETT PA 001 567475 ~5912 | Nursing/Personal Care | | | ($25.32) | $378.41 |
| 3/4/2020 | Check | UNCATEGORIZED | 0000000680 | | ($100.00) | $403.73 |
| 3/4/2020 | Check | UNCATEGORIZED | 0000000681 | | ($100.00) | $503.73 |
| 3/3/2020 | CAPITAL ONE ARC CHECK PYMT 0677 | UNCATEGORIZED | | | ($25.00) | $603.73 |
| 3/3/2020 | Credit One Bank Payment 0678 | UNCATEGORIZED | | | ($30.57) | $628.73 |
| 3/3/2020 | 102644 PIN PUR 03/03 17:43 THE MEDICINE SHO HUNTINGDON PA 0000BRPN 00638~5912 | Nursing/Personal Care | | | ($40.00) | $659.30 |
| 3/2/2020 | 0013 POS PUR 02/29 07:02 BEST WAY PIZZA H HOPEWELL PA 78818821 000013 ~5812 | Restaurants | | | ($5.14) | $699.30 |
| 3/2/2020 | 780754 PIN PUR 02/29 14:12 EVERETT IGA EVERETT PA 68839201 780754 ~5411 | Food | | | ($14.68) | $704.44 |
| 3/2/2020 | 74989 POS PUR 02/29 21:23 SHEETZ 0577 00 HUNTINGDON PA 001 074989 ~5542 | Fuel | | | ($32.52) | $719.12 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 3/2/2020 | 137100 PIN PUR 02/29 17:20 TRACTOR SUPPLY # EVERETT PA 99999999 137100 ~5599 | UNCATEGORIZED | | | ($37.62) | $751.64 |
| 3/2/2020 | 4173 POS PUR 02/28 14:54 SHEETZ 0023 00 EVERETT PA 001 004173 ~5542 | Fuel | | | ($53.50) | $789.26 |
| 3/2/2020 | 817659 PIN PUR 02/29 18:12 WEIS MARKETS 140 EVERETT PA 34682101 817659 ~5411 | Food | | | ($117.29) | $842.76 |
| 3/2/2020 | Check | UNCATEGORIZED | 0000000675 | | ($150.00) | $960.05 |
| 3/2/2020 | Check | UNCATEGORIZED | 0000000676 | | ($401.09) | $1,110.05 |
| 3/2/2020 | Check | UNCATEGORIZED | 0000000674 | | ($1,247.50) | $1,511.14 |
| 2/28/2020 | NEGATIVE COLLECTED BALANCE FEE | UNCATEGORIZED | | | ($0.06) | $2,758.64 |
| 2/28/2020 | 751531 PIN PUR 02/27 18:29 Wal-Mart Super C HUNTINGDON PA 54700007 00581~5411 | Food | | | ($75.15) | $2,758.70 |
| 2/28/2020 | 37749 POS PUR 02/26 18:42 DISH NETWORK-ONE 800-333-3474 CO 00010001 037~4899 | Cable, Satellite, and Ot... | | | ($184.38) | $2,833.85 |
| 2/27/2020 | AAA LIFE INS PREM XXXXXX8873 ALAN | UNCATEGORIZED | | | ($49.49) | $3,018.23 |
| 2/24/2020 | 92719 POS PUR 02/21 15:53 SHEETZ 0577 00 HUNTINGDON PA 001 092719 ~5542 | Fuel | | | ($34.22) | $3,067.72 |
| 2/24/2020 | 84393 POS PUR 02/22 01:07 SHEETZ 0023 00 EVERETT PA 001 084393 ~5542 | Fuel | | | ($50.00) | $3,101.94 |
| 2/24/2020 | CenturyLink1319 BILL PYMT 668 | UNCATEGORIZED | | | ($54.53) | $3,151.94 |
| 2/24/2020 | 128910 PIN PUR 02/21 18:16 TRACTOR SUPPLY # HUNTINGDON PA 99999999 12691~5599 | UNCATEGORIZED | | | ($99.05) | $3,206.47 |
| 2/24/2020 | 636483 PIN PUR 02/23 10:19 EVERETT IGA EVERETT PA 68839201 636483 ~5411 | Food | | | ($103.14) | $3,305.52 |
| 2/21/2020 | 103786 PIN PUR 02/21 08:15 SHEETZ 0577 HUNTINGDON PA 22836101 103786 ~5541 | Fuel | | | ($5.71) | $3,408.66 |
| 2/21/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,458.62 | | $3,414.37 |
| 2/20/2020 | Auto Overdraft Charge | UNCATEGORIZED | | | ($8.00) | ($44.25) |
| 2/20/2020 | OVERDRAFT FEE | UNCATEGORIZED | | | ($148.00) | ($36.25) |
| 2/20/2020 | Deposit | UNCATEGORIZED | | $300.00 | | $111.75 |
| 2/19/2020 | Check | UNCATEGORIZED | 0000000672 | | ($20.00) | ($188.25) |