UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Foor, Kevin S.

Case No. 19-70130-JAD

Reporting Period: _May 2020_

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_K 8 F_  
Signature of Debtor

_6-5-2020_  
Date

_____  
Signature of Joint Debtor

_____  
Date

_____  
Signature of Preparer

_____  
Date

_____  
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Foor, Kevin S.  
Debtor

Case No. 19-70130-JAD  
Reporting Period: May 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | -143.26 | 1364.42 |
| **RECEIPTS** | | |
| Wages (Net) | 10,824.40 | 82894.81 |
| Interest and Dividend Income | 0 | 0 |
| Alimony and Child Support | 0 | 0 |
| Social Security and Pension Income | 0 | 0 |
| Sale of Assets | 0 | 0 |
| Other Income (attach schedule) | | |
| **Total Receipts** | 10,824.40 | 93926.84 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 1250.00 | 23705.00 |
| Rental Payment(s) | 0 | 0 |
| Other Secured Note Payments | 0 | 0 |
| Utilities | 1745.50 | 12758.06 |
| Insurance | 621.42 | 6480.78 |
| Auto Expense | 709.00 | 7068.87 |
| Lease Payments | 0 | 0 |
| IRA Contributions | 0 | 0 |
| Repairs and Maintenance | 0 | 375.00 |
| Medical Expenses | 370.00 | 2486.34 |
| Household Expenses | 1689.49 | 14236.01 |
| Charitable Contributions | 0 | 0 |
| Alimony and Child Support Payments | 0 | 0 |
| Taxes - Real Estate | 0 | 29.40 |
| Taxes - Personal Property | 0 | 0 |
| Taxes - Other (attach schedule) | 350.00 | 2405.43 |
| Travel and Entertainment | 0 | 184.09 |
| Gifts | 0 | 0 |
| Other (attach schedule) | 457.00 | 17980.11 |
| **Total Ordinary Disbursements** | 6592.41 | 87701.04 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 0 | 0 |
| U.S. Trustee Fees | 0 | 2275.00 |
| Other Reorganization Expenses (attach schedule) | 0 | 0 |
| **Total Reorganization Items** | 0 | 2275.00 |
| **Total Disbursements (Ordinary + Reorganization)** | 6592.41 | 89976.09 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 4231.99 | 3950.70 |
| **Cash - End of Month** (Must equal reconciled bank statement) | 4088.73 | 14110.91 |

FORM MOR-1 (INDV)  
(9/99)

Foor, Kevin S.  
      Debtor

Case No. 19-70130-JAD  
Reporting Period: May 2020

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 |
| + Amounts billed during the period | 0 |
| - Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 0 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0 |
| 31 - 60 days old | 0 |
| 61 - 90 days old | 0 |
| 91+ days old | 0 |
| Total Accounts Receivable | 0 |
| Amount considered uncollectible (Bad Debt) | 0 |
| Accounts Receivable (Net) | 0 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |

FORM MOR-5  
(9/99)

## Account Activity
Business Checking ******3126

| Balances as of | Available Balance: | Ledger Balance: |
|---|---|---|
| 6/4/2020 | $3,689.09 | $3,689.09 |

### Transactions

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 6/3/2020 | Check | UNCATEGORIZED | 0000000103 | | ($47.00) | $3,689.09 |
| 6/2/2020 | Check | UNCATEGORIZED | 0000000638 | | ($38.00) | $3,736.09 |
| 6/2/2020 | Check | UNCATEGORIZED | 0000000636 | | ($100.00) | $3,774.09 |
| 6/2/2020 | Check | UNCATEGORIZED | 0000000637 | | ($100.00) | $3,874.09 |
| 6/1/2020 | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | | ($75.00) | $3,974.09 |
| 6/1/2020 | Check | UNCATEGORIZED | 0000000633 | | ($100.00) | $4,049.09 |
| 5/29/2020 | Check | UNCATEGORIZED | 0000000632 | | ($150.00) | $4,149.09 |
| 5/29/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,343.05 | | $4,299.09 |
| 5/28/2020 | CAPITAL ONE ARC CHECK PYMT 0635 | UNCATEGORIZED | | | ($25.00) | $956.04 |
| 5/28/2020 | AAA LIFE INS PREM XXXXXX8573 ALAN | UNCATEGORIZED | | | ($49.49) | $981.04 |
| 5/27/2020 | Check | UNCATEGORIZED | 0000000631 | | ($20.00) | $1,030.53 |
| 5/27/2020 | Credit One Bank Payment 0634 | UNCATEGORIZED | | | ($60.00) | $1,050.53 |
| 5/27/2020 | CenturyLink1319 BILL PYMT 629 | UNCATEGORIZED | | | ($69.53) | $1,110.53 |
| 5/27/2020 | DISCOVER ARC PAYMENTS 630 | UNCATEGORIZED | | | ($200.00) | $1,180.06 |
| 5/27/2020 | Check | UNCATEGORIZED | 0000000627 | | ($210.00) | $1,380.06 |
| 5/27/2020 | Check | UNCATEGORIZED | 0000000626 | | ($379.00) | $1,590.06 |
| 5/27/2020 | West Penn Power CHECK PYMT 0628 | UNCATEGORIZED | | | ($791.66) | $1,969.06 |
| 5/20/2020 | ACHIVR VISB BILL PYMNT 2981345 | UNCATEGORIZED | | | ($809.31) | $2,760.72 |
| 5/19/2020 | Check | UNCATEGORIZED | 0000000624 | | ($75.00) | $3,570.03 |
| 5/18/2020 | | UNCATEGORIZED | | | ($75.00) | $3,645.03 |
| 4/20/2020 | SUBWAY 00 EVERETT PA 001 027291 ~5814 | Restaurants | | | ($5.29) | $2,975.02 |
| 4/20/2020 | 5418 POS PUR 04/17 03:00 SHELL OIL 575442 EVERETT PA 00000000 005418 ~5541 | Fuel | | | ($5.56) | $2,980.31 |
| 4/20/2020 | 49269 POS PUR 04/18 16:02 EXXONMOBIL 48 EVERETT PA 001 049269 ~5542 | Fuel | | | ($12.57) | $2,986.87 |
| 4/20/2020 | 849988 PIN PUR 04/19 15:38 DOLLAR GENERAL # BREEZEWOOD PA 99999999 84998~5310 | Discount Stores | | | ($14.50) | $2,999.44 |
| 4/20/2020 | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | | ($75.00) | $3,013.94 |
| 4/20/2020 | 4070 PIN PUR 04/18 14:55 EVERETT IGA EVERETT PA 68839201 004070 ~5411 | Food | | | ($199.04) | $3,088.94 |
| 4/17/2020 | 127718 PIN PUR 04/17 15:15 TRACTOR SUPPLY # EVERETT PA 99999999 127718 ~5599 | UNCATEGORIZED | | | ($134.54) | $3,287.98 |
| 4/17/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,343.05 | | $3,422.52 |
| 4/16/2020 | 60775 POS PUR 04/15 22:56 ORIGINAL ITALIAN 814-6525135 PA 76231127 0607~5812 | Restaurants | | | ($23.03) | $79.47 |
| 4/15/2020 | Check | UNCATEGORIZED | 0000000611 | | ($100.00) | $102.50 |
| 4/14/2020 | | Nursing/Personal Care | | | ($40.00) | $202.50 |

Foor, Kevin S.
Debtor

Case No. 19-70130-JAD
Reporting Period: May 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 9884.87 |
| **Other Taxes** | | |
| Comm of PA Sales Tax | 150.00 | 0 |
| payment to IRS | 200.00 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 350.00 | 2104.40 |
| **Other Ordinary Disbursements** | | |
| Credit Cards | 457.00 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 457.00 | 17975.11 |
| **Other Reorganization Expenses** | | |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |

FORM MOR-1 (INDV) (CONT)
(9/99)

Foor, Kevin S.                                                                            Case No. 19-70130-JAD
      Debtor                                                         Reporting Period: _____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero. Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes. Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | 0 | 0 | 0 | 0 | 0 | 0 |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employee | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employer | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Income | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Federal Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| **State and Local** | 0 | 0 | 0 | 0 | 0 | 0 |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| Sales | 0 | 0 | 0 | 0 | 0 | 0 |
| Excise | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Real Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Personal Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total State and Local | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Taxes** | 0 | 0 | 0 | 0 | 0 | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Wages Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Building | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt/Adequate Protection Payments | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due to Insiders* | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Postpetition Debts | 0 | 0 | 0 | 0 | 0 | 0 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | | | | | |
| 5/18/2020 | Check | UNCATEGORIZED | 0000000622 | | ($1,250.00) | $3,720.03 |
| 5/15/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,343.05 | | $4,970.03 |
| 5/13/2020 | Check | UNCATEGORIZED | 0000000621 | | ($200.00) | $1,626.98 |
| 5/12/2020 | Credit One Bank Payment 0623 | UNCATEGORIZED | | | ($30.00) | $1,826.98 |
| 5/12/2020 | Check | UNCATEGORIZED | 0000000619 | | ($307.00) | $1,856.98 |
| 5/11/2020 | DISCOVER ARC PAYMENTS 625 | UNCATEGORIZED | | | ($95.00) | $2,163.98 |
| 5/11/2020 | Check | UNCATEGORIZED | 0000000620 | | ($402.00) | $2,258.98 |
| 5/8/2020 | ERIE LIFE INSUR PREM P 2AT1016284 | UNCATEGORIZED | | | ($127.51) | $2,660.98 |
| 5/8/2020 | 0146 ATM WTD 05/08 07:29 FIRST NAT BANK EVERETTE PA PA900052 000146 ~6011 | ATM | | | ($200.00) | $2,788.49 |
| 5/8/2020 | ERIE INS GROUP ERIEXPSPAY QXXXXX9846 | UNCATEGORIZED | | | ($444.42) | $2,988.49 |
| 5/8/2020 | Check | UNCATEGORIZED | 0000000618 | | ($650.00) | $3,432.91 |
| 5/5/2020 | 51850 POS PUR 05/04 15:35 ORIGINAL ITALIAN 814-6525135 PA 76231127 0518~5812 | Restaurants | | | ($35.01) | $4,082.91 |
| 5/5/2020 | 190346 POS PUR 05/05 11:23 SHEETZ 0023 EVERETT PA 08081001 190346 ~5542 | Fuel | | | ($40.51) | $4,117.92 |
| 5/5/2020 | Check | UNCATEGORIZED | 0000000102 | | ($47.00) | $4,158.43 |
| 5/4/2020 | 0051 POS PUR 05/02 15:33 BURGER KING #258 HUNTINGDON PA 00004187 00005~5814 | Restaurants | | | ($6.36) | $4,205.43 |
| 5/4/2020 | 303082 POS PUR 05/01 18:11 SHEETZ 0577 HUNTINGDON PA 22836101 303082 ~5542 | Fuel | | | ($24.95) | $4,211.79 |
| 5/4/2020 | 30059 POS PUR 05/01 06:14 KOUNTRY KETTLE R HOPEWELL PA 78748190 030059 ~5814 | Restaurants | | | ($48.41) | $4,236.74 |
| 5/4/2020 | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | | ($75.00) | $4,285.15 |
| 5/1/2020 | 49158 POS PUR 04/30 08:22 LOWERS PHARMACY EVERETT PA 01369959 049158 ~5912 | Nursing/Personal Care | | | ($7.25) | $4,360.15 |
| 5/1/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $4,138.30 | | $4,367.40 |
| 4/30/2020 | | UNCATEGORIZED | | | ($600.00) | $229.10 |