UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Foor, Kevin S.

Case No. 19-70130-JAD

Reporting Period: June 2020

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_K S Foor_        _7-12-2020_
Signature of Debtor     Date

_____    _____
Signature of Joint Debtor    Date

_____    _____
Signature of Preparer    Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Foor, Kevin S.                                                        Case No. 19-70130-JAD

　　　　Debtor                                          Reporting Period: June 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month, or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 4088.73 | 5453.15 |
| **RECEIPTS** | | |
| Wages (Net) | 6813.34 | 89708.15 |
| Interest and Dividend Income | 0 | 0 |
| Alimony and Child Support | 0 | 0 |
| Social Security and Pension Income | 0 | 0 |
| Sale of Assets | 0 | 0 |
| Other Income (attach schedule) | 142.41 | 0 |
| **Total Receipts** | 6955.75 | 100,882.59 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 2495.00 | 26200.00 |
| Rental Payment(s) | 0 | 0 |
| Other Secured Note Payments | 0 | 0 |
| Utilities | 983.86 | 13741.92 |
| Insurance | 621.42 | 710.22 |
| Auto Expense | 811.11 | 7879.98 |
| Lease Payments | 0 | 0 |
| IRA Contributions | 0 | 0 |
| Repairs and Maintenance | 0 | 375.00 |
| Medical Expenses | 175.00 | 2661.34 |
| Household Expenses | 2691.13 | 16927.14 |
| Charitable Contributions | 0 | 0 |
| Alimony and Child Support Payments | 0 | 0 |
| Taxes - Real Estate | 0 | 29.40 |
| Taxes - Personal Property | 0 | 0 |
| Taxes - Other (attach schedule) | 425.00 | 2830.43 |
| Travel and Entertainment | 0 | 184.09 |
| Gifts | 0 | 0 |
| Other (attach schedule) | 284.43 | 18364.54 |
| Total Ordinary Disbursements | 8486.95 | 96187.99 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 0 | 0 |
| U.S. Trustee Fees | 0 | 2275.00 |
| Other Reorganization Expenses (attach schedule) | 0 | 0 |
| Total Reorganization Items | 0 | 2275.00 |
| **Total Disbursements (Ordinary + Reorganization)** | 8486.95 | 98463.04 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | -1531.20 | 2419.50 |
| **Cash - End of Month** (Must equal reconciled bank statement) | 2557.53 | 16668.44 |

FORM MOR-1(INDV)
(9/99)

Foor, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: June 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Cash Deposit | 142.41 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 142.41 | 10,027.28 |
| **Other Taxes** | | |
| Comm of PA | 225.00 | 0 |
| payment to IRS | 200.00 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 425.00 | 2529.40 |
| **Other Ordinary Disbursements** | | |
| Credit Card | 284.43 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 284.43 | 18,259.54 |
| **Other Reorganization Expenses** | | |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |
| | 0 | 0 |

FORM MOR-1 (INDV) (CONT)
(9/99)

Foor, Kevin S.　　　　　　　　　　　　　　　　　　　　　　Case No. 19-70130-JAD

Debtor　　　　　　　　　　　Reporting Period: June 2020

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employee | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employer | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Income | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Federal Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| State and Local | 0 |  |  | 0 | 0 | 0 |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| Sales | 0 | 0 | 0 | 0 | 0 | 0 |
| Excise | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Real Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Personal Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| Total State and Local | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Taxes | 0 | 0 | 0 | 0 | 0 | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Wages Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Building | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt/Adequate Protection Payments | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due to Insiders* | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Postpetition Debts | 0 | 0 | 0 | 0 | 0 | 0 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).　　　　　　　　　FORM MOR-4
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(9/99)

Foor, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: JUNE 2020

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 |
| + Amounts billed during the period | 0 |
| - Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 0 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0 |
| 31 - 60 days old | 0 |
| 61 - 90 days old | 0 |
| 91+ days old | 0 |
| Total Accounts Receivable | 0 |
| Amount considered uncollectible (Bad Debt) | 0 |
| Accounts Receivable (Net) | 0 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |

FORM MOR-5
(9/99)

# Account Activity

Business Checking ******3126

| Balances as of | Available Balance: | Ledger Balance: |
|---|---|---|
| 7/12/2020 | $3,487.48 | $3,550.46 |

## Pending Transactions

| Date | Description | Category | Check | Deposits | Withdrawals |
|---|---|---|---|---|---|
| 7/13/2020 | PROCESSING: 10209 PIN PUR WAL-MART #1684 EVERETT PA 16840046 054364 ~5310 | UNCATEGORIZED | | | ($62.98) |

## Transactions

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 7/10/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,343.05 | | $3,550.46 |
| 7/8/2020 | ERIE LIFE INSUR PREM P 2AT1016284 | UNCATEGORIZED | | | ($127.51) | $207.41 |
| 7/8/2020 | ERIE INS GROUP ERIEXPSPAY QXXXXX9846 | UNCATEGORIZED | | | ($444.42) | $334.92 |
| 7/7/2020 | 725269 POS PUR 07/07 07:28 SHEETZ 0023 EVERETT PA 08081001 725269 ~5542 | Fuel | | | ($35.01) | $779.34 |
| 7/7/2020 | CARDMEMBER SERV ELECT PYMT **********7755 | UNCATEGORIZED | | | ($107.00) | $814.35 |
| 7/7/2020 | West Penn Power CHECK PYMT 0658 | UNCATEGORIZED | | | ($220.81) | $921.35 |
| 7/7/2020 | VERIZON FINANCIA PAYMENTS 0657 | UNCATEGORIZED | | | ($700.00) | $1,142.16 |
| 7/6/2020 | 817425 POS PUR 07/04 15:53 SHEETZ 0023 EVERETT PA 08081001 817425 ~5542 | Fuel | | | ($32.00) | $1,842.16 |
| 7/6/2020 | 87878 POS PUR 07/03 23:47 APPLEBEES ALTO92 ALTOONA PA 19 087878 ~5812 | Restaurants | | | ($60.48) | $1,874.16 |
| 7/6/2020 | Deposit | UNCATEGORIZED | | $60.00 | | $1,934.64 |
| 7/3/2020 | 35152 POS PUR 07/02 14:25 ORIGINAL ITALIAN 814-6525135 PA 76231127 0351~5812 | Restaurants | | | ($32.18) | $1,874.64 |
| 7/3/2020 | 459029 PIN PUR 07/03 14:28 UNIFORM PLACE 20 ALTOONA PA 99999999 459029 ~5137 | Misc. Service Providers | | | ($36.98) | $1,906.82 |
| 7/3/2020 | Check | UNCATEGORIZED | 0000000104 | | ($47.00) | $1,943.80 |
| 7/3/2020 | | Retail Store | | | ($85.89) | $1,990.80 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| | 242436 PIN PUR 07/03 12:06 AM EAGLE OUTFT ALTOONA PA 08215630 242436 ~5691 | | | | | |
| 7/3/2020 | 60992 PIN PUR 07/03 12:32 BATH & BODY WORK ALTOONA PA 43847201 060992 ~5999 | Misc. Specialty Retail | | | ($88.51) | $2,076.69 |
| 7/3/2020 | 853325 PIN PUR 07/03 13:40 KOHLS 0970 213 S ALTOONA PA 99999999 853325 ~5311 | Retail Store | | | ($94.04) | $2,165.20 |
| 7/3/2020 | 61243 POS PUR 07/01 18:21 DISH NETWORK-ONE 800-333-3474 CO 00010001 061~4899 | Cable, Satellite, and Ot... | | | ($180.15) | $2,259.24 |
| 7/2/2020 | 254869 POS PUR 07/02 08:42 SHEETZ 0023 EVERETT PA 08081001 254869 ~5542 | Fuel | | | ($40.50) | $2,439.39 |
| 6/30/2020 | 600806 PIN PUR 06/29 18:19 TRACTOR SUPPLY # HUNTINGDON PA 99999999 60080~5599 | UNCATEGORIZED | | | ($19.60) | $2,479.89 |
| 6/29/2020 | 931940 PIN PUR 06/27 17:58 KOHLS 0987 17145 HAGERSTOWN MD 99999999 93194~5311 | Retail Store | | | ($7.13) | $2,499.49 |
| 6/29/2020 | 40069 POS PUR 06/26 14:57 MILE LEVEL FARM BEDFORD PA 75281072 040069 ~5411 | Food | | | ($24.86) | $2,506.62 |
| 6/29/2020 | 383860 POS PUR 06/29 07:14 SHEETZ 0023 EVERETT PA 08081001 383860 ~5542 | Fuel | | | ($34.03) | $2,531.48 |
| 6/29/2020 | AAA LIFE INS PREM XXXXXX8873 ALAN | UNCATEGORIZED | | | ($49.49) | $2,565.51 |
| 6/29/2020 | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | | ($75.00) | $2,615.00 |
| 6/29/2020 | 667038 PIN PUR 06/27 17:26 ANN TAYLOR FACTO HAGERSTOWN MD 03137306 66703~5631 | Misc. Specialty Retail | | | ($174.78) | $2,690.00 |
| 6/29/2020 | 75770 POS PUR 06/27 22:17 DISH NETWORK-ONE 800-333-3474 CO 00010001 075~4899 | Cable, Satellite, and Ot... | | | ($194.99) | $2,864.78 |
| 6/26/2020 | 64716 POS PUR 06/25 18:27 ORIGINAL ITALIAN 814-8525135 PA 76231127 0647~5812 | Restaurants | | | ($24.50) | $3,059.77 |
| 6/26/2020 | 511777 PIN PUR 06/26 16:16 EVERETT IGA EVERETT PA 68839201 511777 ~5411 | Food | | | ($230.40) | $3,084.27 |
| 6/26/2020 | 569804 PIN PUR 06/26 15:23 WAL-MART #1684 EVERETT PA 24168401 569804 ~5411 | Food | | | ($249.31) | $3,314.67 |
| 6/26/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,343.05 | | $3,563.98 |
| 6/25/2020 | 145633 PIN PUR 06/26 08:24 EVERETT IGA EVERETT PA 68839201 145633 ~5411 | Food | | | ($6.89) | $220.93 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 6/25/2020 | 306576 POS PUR 06/25 07:44 SHEETZ 0023 EVERETT PA 08081001 306576 ~5542 | Fuel | | | ($40.06) | $227.82 |
| 6/24/2020 | 1709 ATM WTD 06/23 19:03 FIRST NAT BANK EVERETTE PA PA900062 001709 ~6011 | ATM | | | ($80.00) | $267.88 |
| 6/23/2020 | Check | UNCATEGORIZED | 0000000644 | | ($1,247.50) | $347.88 |
| 6/22/2020 | 14446 POS PUR 06/20 04:08 ORIGINAL ITALIAN 814-6525135 PA 76231127 0144~5812 | Restaurants | | | ($20.87) | $1,595.38 |
| 6/22/2020 | COMENITYCARD PAY CHECK PYMT 653 | UNCATEGORIZED | | | ($25.00) | $1,616.25 |
| 6/22/2020 | 735258 PIN PUR 06/20 14:13 RITE AID STORE - EVERETT PA 001 735258 ~5912 | Nursing/Personal Care | | | ($29.70) | $1,641.25 |
| 6/22/2020 | COMENITY CARD CHECK PYMT 655 | UNCATEGORIZED | | | ($57.00) | $1,670.95 |
| 6/22/2020 | CenturyLink1319 BILL PYMT 647 | UNCATEGORIZED | | | ($69.53) | $1,727.95 |
| 6/22/2020 | Check | UNCATEGORIZED | 0000000652 | | ($75.00) | $1,797.48 |
| 6/22/2020 | 538348 PIN PUR 06/20 13:10 TRACTOR SUPPLY # HUNTINGDON PA 99999999 53834~5599 | UNCATEGORIZED | | | ($80.95) | $1,872.48 |
| 6/22/2020 | COMENITYCARD PAY CHECK PYMT 654 | UNCATEGORIZED | | | ($81.30) | $1,953.43 |
| 6/22/2020 | Deposit | UNCATEGORIZED | | $142.41 | | $2,034.73 |
| 6/19/2020 | 770660 POS PUR 06/19 07:19 SHEETZ 0023 EVERETT PA 08081001 770660 ~5542 | Fuel | | | ($29.65) | $1,892.32 |
| 6/19/2020 | CAPITAL ONE ARC CHECK PYMT 0651 | UNCATEGORIZED | | | ($67.00) | $1,921.97 |
| 6/19/2020 | Check | UNCATEGORIZED | 0000000650 | | ($100.00) | $1,988.97 |
| 6/19/2020 | Check | UNCATEGORIZED | 0000000649 | | ($306.28) | $2,088.97 |
| 6/18/2020 | Check | UNCATEGORIZED | 0000000640 | | ($150.00) | $2,395.25 |
| 6/17/2020 | 816546 PIN PUR 06/16 19:08 EVERETT IGA EVERETT PA 68839201 816546 ~5411 | Food | | | ($34.31) | $2,545.25 |
| 6/17/2020 | Check | UNCATEGORIZED | 0000000648 | | ($401.09) | $2,579.56 |
| 6/16/2020 | Check | UNCATEGORIZED | 0000000656 | | ($366.00) | $2,980.65 |
| 6/16/2020 | Check | UNCATEGORIZED | 0000000639 | | ($1,247.50) | $3,346.65 |
| 6/15/2020 | | | | | ($75.00) | $4,594.15 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | | | |
| 6/15/2020 | Check | UNCATEGORIZED | 0000000646 | | ($200.00) | $4,669.15 |
| 6/15/2020 | 1143 POS PUR 06/13 15:49 RIDGE POOLS BEDFORD PA 00010001 001143 ~5996 | Misc. Specialty Retail | | | ($248.96) | $4,869.15 |
| 6/12/2020 | Check | UNCATEGORIZED | 0000000642 | | ($100.00) | $5,118.11 |
| 6/12/2020 | VERIZON FINANCIA PAYMENTS 0641 | UNCATEGORIZED | | | ($719.34) | $5,218.11 |
| 6/12/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,470.29 | | $5,937.45 |
| 6/9/2020 | ERIE LIFE INSUR PREM P 2AT1016284 | UNCATEGORIZED | | | ($127.51) | $2,467.16 |
| 6/8/2020 | ERIE INS GROUP ERIEXPSPAY QXXXXX9846 | UNCATEGORIZED | | | ($444.42) | $2,594.67 |
| 6/8/2020 | Check | UNCATEGORIZED | 0000000643 | | ($660.00) | $3,039.09 |
| 6/3/2020 | Check | UNCATEGORIZED | 0000000103 | | ($47.00) | $3,689.09 |
| 6/2/2020 | Check | UNCATEGORIZED | 0000000638 | | ($38.00) | $3,736.09 |
| 6/2/2020 | Check | UNCATEGORIZED | 0000000636 | | ($100.00) | $3,774.09 |
| 6/2/2020 | Check | UNCATEGORIZED | 0000000637 | | ($100.00) | $3,874.09 |
| 6/1/2020 | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | | ($75.00) | $3,974.09 |
| 6/1/2020 | Check | UNCATEGORIZED | 0000000633 | | ($100.00) | $4,049.09 |
| 5/29/2020 | Check | UNCATEGORIZED | 0000000632 | | ($150.00) | $4,149.09 |
| 5/29/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,343.05 | | $4,299.09 |
| 5/28/2020 | CAPITAL ONE ARC CHECK PYMT 0635 | UNCATEGORIZED | | | ($25.00) | $956.04 |
| 5/28/2020 | AAA LIFE INS PREM XXXXXX8873 ALAN | UNCATEGORIZED | | | ($49.49) | $981.04 |
| 5/27/2020 | Check | UNCATEGORIZED | 0000000631 | | ($20.00) | $1,030.53 |
| 5/27/2020 | Credit One Bank Payment 0634 | UNCATEGORIZED | | | ($60.00) | $1,050.53 |
| 5/27/2020 | CenturyLink1319 BILL PYMT 629 | UNCATEGORIZED | | | ($69.53) | $1,110.53 |
| 5/27/2020 | DISCOVER ARC PAYMENTS 630 | UNCATEGORIZED | | | ($200.00) | $1,180.06 |
| 5/27/2020 | Check | UNCATEGORIZED | 0000000627 | | ($210.00) | $1,380.06 |
| 5/27/2020 | Check | UNCATEGORIZED | | | ($379.00) | $1,590.06 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| | | | 0000000626 | | | |
| 5/27/2020 | West Penn Power CHECK PYMT 0628 | UNCATEGORIZED | | | ($791.66) | $1,969.06 |
| 5/20/2020 | ACHIVR VISB BILL PYMNT 2981345 | UNCATEGORIZED | | | ($809.31) | $2,760.72 |
| 5/19/2020 | Check | UNCATEGORIZED | 0000000624 | | ($75.00) | $3,570.03 |
| 5/18/2020 | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | | ($75.00) | $3,645.03 |
| 5/18/2020 | Check | UNCATEGORIZED | 0000000622 | | ($1,250.00) | $3,720.03 |
| 5/15/2020 | 39000 CL CRESSLE DIR DEP 919. | UNCATEGORIZED | | $3,343.05 | | $4,970.03 |
| 5/13/2020 | Check | UNCATEGORIZED | 0000000621 | | ($200.00) | $1,626.98 |

Older Transactions        Newer Transactions