Fill in this information to identify the case:

Debtor Name: Kevin S. Foor

United States Bankruptcy Court for the: Western District of PA (State)

Case number: No. 19-70130 JAD

No. 19-70130 JAD

## Official Form 426

## Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of 7-31-2020 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| | | |
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name  Kevin S. Foor    Case number _____

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

X _____
Signature of Authorized Individual

_____
Printed name of Authorized Individual

Date ____/____/_____
     MM / DD / YYYY

**For Individual Debtors:**

X *[signed]*
Signature of Debtor 1

Kevin S. Foor
Printed name of Debtor 1

Date 7/31/2020
     MM / DD / YYYY

X _____
Signature of Debtor 2

_____
Printed name of Debtor 2

Date ____/____/_____
     MM / DD / YYYY

Debtor Name  Kevin S. Foor    Case number _____

**Exhibit A: Financial Statements for [Name of Controlled Non-Debtor Entity]**

Debtor Name **Kevin S. Foor**   Case number _____

---

**Exhibit A-1: Balance Sheet for [Name of Controlled Non-Debtor Entity] as of [date]**

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

Attached is my D.I.P. account bank statement

Debtor Name  Kevin S. Foor

Case number _____

**Exhibit A-2: Statement of Income (Loss) for [Name of Controlled Non-Debtor Entity] for period ending [date]**

(Provide a statement of income (loss) for the following periods:

(i) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.)

I have no income from Saxton Station Pharmacy
I am employed by Medicine Shoppe Pharmacy
I have attached last 3 pay stubs

Debtor Name __Kevin S. Fear__    Case number _____

### Exhibit A-3: Statement of Cash Flows for [Name of Controlled Non-Debtor Entity] for period ending [date]

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

Debtor Name  Kevin S. Foor                               Case number _____

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (Deficit) for [Name of Controlled Non-Debtor Entity] for period ending [date]**

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

Debtor Name __Kevin S. Foor__  Case number ____

**Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

Debtor Name  Kevin S. Foor                        Case number _____

**Exhibit C: Description of Intercompany Claims**

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

Debtor Name __Kevin S. Foor__    Case number _____

### Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

My 2019 taxes are attached

Debtor Name  Kevin S. Foor                              Case number _____

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

# Account Activity

Business Checking *****3126

| Balances as of | Available Balance: | Ledger Balance: |
|---|---|---|
| 7/20/2020 | $2,039.25 | $2,687.53 |

## Pending Transactions

| Date | Description | Category | Check | Deposits | Withdrawals |
|---|---|---|---|---|---|
| 7/20/2020 | PROCESSING: CHECK 666 | UNCATEGORIZED | | | ($92.00) |
| 7/20/2020 | PROCESSING: CHECK 662 | UNCATEGORIZED | | | ($506.28) |
| 7/20/2020 | PROCESSING: CHECK 668 | UNCATEGORIZED | | | ($50.00) |

## Transactions

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 7/17/2020 | Check | UNCATEGORIZED | 0000000667 | | ($193.49) | $2,687.53 |
| 7/16/2020 | Check | UNCATEGORIZED | 0000000661 | | ($401.09) | $2,881.02 |
| 7/14/2020 | Check | UNCATEGORIZED | 0000000659 | | ($50.00) | $3,282.11 |
| 7/14/2020 | 38838 POS PUR 07/13 13:22 BROTHERS PIZZA & 814-3649817 PA 75928786 0388~5812 | Restaurants | | | ($70.01) | $3,332.11 |
| 7/13/2020 | 838336 PIN PUR 07/12 14:39 SHELL SERVICE ST EVERETT PA 87168801 838336 ~5541 | Fuel | | | ($10.36) | $3,402.12 |
| 7/13/2020 | 10209 PIN PUR 07/11 16:58 WAL-MART #1684 EVERETT PA 16840046 054364 ~5310 | Discount Stores | | | ($62.98) | $3,412.48 |
| 7/13/2020 | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | | ($75.00) | $3,475.46 |
| 7/10/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,343.05 | | $3,550.46 |
| 7/8/2020 | ERIE LIFE INSUR PREM P 2AT1016284 | UNCATEGORIZED | | | ($127.51) | $207.41 |
| 7/8/2020 | ERIE INS GROUP ERIEXPSPAY QXXXXX9846 | UNCATEGORIZED | | | ($444.42) | $334.92 |
| 7/7/2020 | 725289 POS PUR 07/07 07:28 SHEETZ 0023 EVERETT PA 08081001 725289 ~5542 | Fuel | | | ($35.01) | $779.34 |
| 7/7/2020 | CARDMEMBER SERV ELECT PYMT **********7755 | UNCATEGORIZED | | | ($107.00) | $814.35 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 7/7/2020 | West Penn Power CHECK PYMT 0658 | UNCATEGORIZED | | | ($220.81) | $921.35 |
| 7/7/2020 | VERIZON FINANCIA PAYMENTS 0657 | UNCATEGORIZED | | | ($700.00) | $1,142.16 |
| 7/6/2020 | 817425 POS PUR 07/04 15:53 SHEETZ 0023 EVERETT PA 08081001 817425 ~5542 | Fuel | | | ($32.00) | $1,842.16 |
| 7/6/2020 | 87878 POS PUR 07/03 23:47 APPLEBEES ALTO92 ALTOONA PA 19 087878 ~5812 | Restaurants | | | ($60.48) | $1,874.16 |
| 7/6/2020 | Deposit | UNCATEGORIZED | | $60.00 | | $1,934.64 |
| 7/3/2020 | 35152 POS PUR 07/02 14:25 ORIGINAL ITALIAN 814-6525135 PA 76231127 0351~5812 | Restaurants | | | ($32.18) | $1,874.64 |
| 7/3/2020 | 459029 PIN PUR 07/03 14:28 UNIFORM PLACE 20 ALTOONA PA 99999999 459029 ~5137 | Misc. Service Providers | | | ($36.98) | $1,906.82 |
| 7/3/2020 | Check | UNCATEGORIZED | 0000000104 | | ($47.00) | $1,943.80 |
| 7/3/2020 | 242436 PIN PUR 07/03 12:06 AM EAGLE OUTFT ALTOONA PA 08215630 242436 ~5691 | Retail Store | | | ($85.69) | $1,990.80 |
| 7/3/2020 | 60992 PIN PUR 07/03 12:32 BATH & BODY WORK ALTOONA PA 43847201 060992 ~5999 | Misc. Specialty Retail | | | ($86.51) | $2,076.69 |
| 7/3/2020 | 853325 PIN PUR 07/03 13:40 KOHLS 0970 213 S ALTOONA PA 99999999 853325 ~5311 | Retail Store | | | ($94.04) | $2,165.20 |
| 7/3/2020 | 61243 POS PUR 07/01 18:21 DISH NETWORK-ONE 800-333-3474 CO 00010001 061~4899 | Cable, Satellite, and Ot... | | | ($180.15) | $2,259.24 |
| 7/2/2020 | 254869 POS PUR 07/02 08:42 SHEETZ 0023 EVERETT PA 08081001 254869 ~5542 | Fuel | | | ($40.50) | $2,439.39 |
| 6/30/2020 | 600806 PIN PUR 06/29 18:19 TRACTOR SUPPLY # HUNTINGDON PA 99999999 60080~5599 | UNCATEGORIZED | | | ($19.60) | $2,479.89 |
| 6/29/2020 | 931940 PIN PUR 06/27 17:58 KOHLS 0987 17145 HAGERSTOWN MD 99999999 93194~5311 | Retail Store | | | ($7.13) | $2,499.49 |
| 6/29/2020 | 40069 POS PUR 06/26 14:57 MILE LEVEL FARM BEDFORD PA 75281072 040069 ~5411 | Food | | | ($24.86) | $2,506.62 |
| 6/29/2020 | 383860 POS PUR 06/29 07:14 SHEETZ 0023 EVERETT PA 08081001 383860 ~5542 | Fuel | | | ($34.03) | $2,531.48 |
| 6/29/2020 | AAA LIFE INS PREM XXXXXX8873 ALAN | UNCATEGORIZED | | | ($49.49) | $2,565.51 |
| 6/29/2020 | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | | ($75.00) | $2,615.00 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 6/29/2020 | 667038 PIN PUR 06/27 17:26 ANN TAYLOR FACTO HAGERSTOWN MD 03137306 66703~5631 | Misc. Specialty Retail | | | ($174.78) | $2,690.00 |
| 6/29/2020 | 75770 POS PUR 06/27 22:17 DISH NETWORK-ONE 800-333-3474 CO 00010001 075~4899 | Cable, Satellite, and Ot… | | | ($194.99) | $2,864.78 |
| 6/26/2020 | 64716 POS PUR 06/25 18:27 ORIGINAL ITALIAN 814-6525135 PA 76231127 0647~5812 | Restaurants | | | ($24.50) | $3,059.77 |
| 6/26/2020 | 511777 PIN PUR 06/26 16:16 EVERETT IGA EVERETT PA 68839201 511777 ~5411 | Food | | | ($230.40) | $3,084.27 |
| 6/26/2020 | 569804 PIN PUR 06/26 15:23 WAL-MART #1684 EVERETT PA 24168401 569804 ~5411 | Food | | | ($249.31) | $3,314.67 |
| 6/26/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,343.05 | | $3,563.98 |
| 6/25/2020 | 145633 PIN PUR 06/25 08:24 EVERETT IGA EVERETT PA 68839201 145633 ~5411 | Food | | | ($6.89) | $220.93 |
| 6/25/2020 | 306576 POS PUR 06/25 07:44 SHEETZ 0023 EVERETT PA 08081001 306576 ~5542 | Fuel | | | ($40.06) | $227.82 |
| 6/24/2020 | 1709 ATM WTD 06/23 19:03 FIRST NAT BANK EVERETTE PA PA900052 001709 ~6011 | ATM | | | ($80.00) | $267.88 |
| 6/23/2020 | Check | UNCATEGORIZED | 0000000644 | | ($1,247.50) | $347.88 |
| 6/22/2020 | 14446 POS PUR 06/20 04:08 ORIGINAL ITALIAN 814-6525135 PA 76231127 0144~5812 | Restaurants | | | ($20.87) | $1,595.38 |
| 6/22/2020 | COMENITYCARD PAY CHECK PYMT 653 | UNCATEGORIZED | | | ($25.00) | $1,616.25 |
| 6/22/2020 | 735258 PIN PUR 06/20 14:13 RITE AID STORE - EVERETT PA 001 735258 ~5912 | Nursing/Personal Care | | | ($29.70) | $1,641.25 |
| 6/22/2020 | COMENITY CARD CHECK PYMT 655 | UNCATEGORIZED | | | ($57.00) | $1,670.95 |
| 6/22/2020 | CenturyLink1319 BILL PYMT 647 | UNCATEGORIZED | | | ($69.53) | $1,727.95 |
| 6/22/2020 | Check | UNCATEGORIZED | 0000000652 | | ($75.00) | $1,797.48 |
| 6/22/2020 | 538346 PIN PUR 06/20 13:10 TRACTOR SUPPLY # HUNTINGDON PA 99999999 53634~5599 | UNCATEGORIZED | | | ($80.95) | $1,872.48 |
| 6/22/2020 | COMENITYCARD PAY CHECK PYMT 654 | UNCATEGORIZED | | | ($81.30) | $1,953.43 |
| 6/22/2020 | Deposit | UNCATEGORIZED | | $142.41 | | $2,034.73 |
| 6/19/2020 | 770660 POS PUR 06/19 07:19 SHEETZ 0023 EVERETT PA 08081001 770660 ~5542 | Fuel | | | ($29.65) | $1,892.32 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 6/19/2020 | CAPITAL ONE ARC CHECK PYMT 0651 | UNCATEGORIZED | | | ($67.00) | $1,921.97 |
| 6/19/2020 | Check | UNCATEGORIZED | 0000000650 | | ($100.00) | $1,988.97 |
| 6/19/2020 | Check | UNCATEGORIZED | 0000000649 | | ($306.28) | $2,088.97 |
| 6/18/2020 | Check | UNCATEGORIZED | 0000000640 | | ($150.00) | $2,395.25 |
| 6/17/2020 | 816546 PIN PUR 06/16 19:08 EVERETT IGA EVERETT PA 68839201 816546 ~5411 | Food | | | ($34.31) | $2,545.25 |
| 6/17/2020 | Check | UNCATEGORIZED | 0000000648 | | ($401.09) | $2,579.56 |
| 6/16/2020 | Check | UNCATEGORIZED | 0000000656 | | ($366.00) | $2,980.65 |
| 6/16/2020 | Check | UNCATEGORIZED | 0000000639 | | ($1,247.50) | $3,346.65 |
| 6/15/2020 | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | | ($75.00) | $4,594.15 |
| 6/15/2020 | Check | UNCATEGORIZED | 0000000646 | | ($200.00) | $4,669.15 |
| 6/15/2020 | 1143 POS PUR 06/13 15:49 RIDGE POOLS BEDFORD PA 00010001 001143 ~5996 | Misc. Specialty Retail | | | ($248.96) | $4,869.15 |
| 6/12/2020 | Check | UNCATEGORIZED | 0000000642 | | ($100.00) | $5,118.11 |
| 6/12/2020 | VERIZON FINANCIA PAYMENTS 0641 | UNCATEGORIZED | | | ($719.34) | $5,218.11 |
| 6/12/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,470.29 | | $5,937.45 |
| 6/9/2020 | ERIE LIFE INSUR PREM P 2AT1016284 | UNCATEGORIZED | | | ($127.51) | $2,467.16 |
| 6/8/2020 | ERIE INS GROUP ERIEXPSPAY QXXXXX9646 | UNCATEGORIZED | | | ($444.42) | $2,594.67 |
| 6/8/2020 | Check | UNCATEGORIZED | 0000000643 | | ($650.00) | $3,039.09 |
| 6/3/2020 | Check | UNCATEGORIZED | 0000000103 | | ($47.00) | $3,689.09 |
| 6/2/2020 | Check | UNCATEGORIZED | 0000000638 | | ($38.00) | $3,736.09 |
| 6/2/2020 | Check | UNCATEGORIZED | 0000000636 | | ($100.00) | $3,774.09 |
| 6/2/2020 | Check | UNCATEGORIZED | 0000000637 | | ($100.00) | $3,874.09 |
| 6/1/2020 | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | | ($75.00) | $3,974.09 |
| 6/1/2020 | Check | UNCATEGORIZED | 0000000633 | | ($100.00) | $4,049.09 |

**CL Cressler Inc**
PO Box 1219
Mechanicsburg, PA 17055

paylocity

Direct Deposit Advice

Check Date: July 10, 2020
Voucher Number: 22297

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| First National Bank | C | ***3126 | 3,343.05 |
| Total Direct Deposits | | | 3,343.05 |

39000  1284-10  919  22297  19720      39000

Kevin Scott Foor
907 Frame Church Road
Everett, PA 15537

## Non Negotiable - This is not a check - Non Negotiable

### CL Cressler Inc

**Kevin Scott Foor**                                   Earnings Statement

| Employee ID | 919 | Fed Taxable Income | 4,607.10 | Check Date | July 10, 2020 | Voucher Number | 22297 |
| Location | 1284-10 | Fed Filing Status | S-4 | Period Beginning | June 22, 2020 | Net Pay | 3,343.05 |
| Salary | $4,848.00 | State Filing Status | S-0 | Period Ending | July 5, 2020 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| BONUS | | | | 1,450.00 |
| ER HEALT | | 0.00 | 445.89 | 6,242.46 |
| GROUP TE | | 0.00 | 3.46 | 48.44 |
| HOLIDAY- | 58.85 | 8.00 | 470.79 | 1,444.66 |
| HOLIDAY- | | | | 484.80 |
| PHARMEX | | | | 988.99 |
| PTO-PHAR | | | | 2,053.47 |
| REGULAR | 58.85 | 74.38 | 4,377.21 | 64,373.87 |
| **Gross Earnings** | | 82.38 | 4,851.46 | 70,844.23 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 683.32 | 10,268.18 |
| MED | 67.38 | 985.73 |
| PA | 142.56 | 2,085.59 |
| PA-310103 | 74.30 | 1,086.98 |
| PA-HUN9 | 2.00 | 28.00 |
| PASUI-E | 2.91 | 42.49 |
| SS | 288.12 | 4,214.96 |
| **Taxes** | 1,260.59 | 18,711.93 |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 40.00 | 560.00 |
| GROUP TERM LIFE - FLAT AM | 3.46 | 48.44 |
| REIMBURSEMENT | | -231.16 |
| S125 DENTAL | 11.72 | 164.08 |
| S125 HEALTH | 191.09 | 2,675.26 |
| S125 VISION | 1.55 | 21.70 |
| **Deductions** | 247.82 | 3,238.32 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| First National Bank Of Pennsylvania | C | ***3126 | 3,343.05 |
| **Total Direct Deposits** | | | 3,343.05 |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| PTO | 41.87 | 34.50 |

CL Cressler Inc | PO Box 1219  Mechanicsburg, PA 17055 | (717) 766-6191 | FEIN: 25-1867644 | PA: 22-36260

**CL Cressler Inc**
PO Box 1219
Mechanicsburg, PA 17055

paylocity

Direct Deposit Advice

Check Date: June 12, 2020
Voucher Number: 21793

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| First National Bank | C | ***3126 | 3,470.29 |
| **Total Direct Deposits** | | | **3,470.29** |

39000  1284-10  919  21793  L9270         39000

Kevin Scott Foor
907 Frame Church Road
Everett, PA  15537

Non Negotiable - This is not a check - Non Negotiable

## CL Cressler Inc

**Kevin Scott Foor**                                                                    **Earnings Statement**

| | | | |
|---|---|---|---|
| Employee ID | 919 | Fed Taxable Income | 4,807.10 |
| Location | 1284-10 | Fed Filing Status | S-4 |
| Salary | $4,848.00 | State Filing Status | S-0 |

| Check Date | June 12, 2020 | Voucher Number | 21793 |
|---|---|---|---|
| Period Beginning | May 25, 2020 | Net Pay | 3,470.29 |
| Period Ending | June 7, 2020 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| BONUS | | 0.00 | 200.00 | 1,450.00 |
| ER HEALT | | 0.00 | 445.89 | 5,350.68 |
| GROUP TE | | 0.00 | 3.46 | 41.52 |
| HOLIDAY- | 60.71 | 8.00 | 485.71 | 973.87 |
| HOLIDAY- | | | | 484.80 |
| PHARMEX | | | | 968.99 |
| PTO-PHAR | | | | 2,053.47 |
| REGULAR | 60.71 | 71.85 | 4,362.29 | 55,148.66 |
| **Gross Earnings** | | **79.85** | **5,051.46** | **61,141.31** |

| Taxes | | Amount | YTD |
|---|---|---|---|
| FITW | | 731.32 | 8,901.54 |
| MED | | 70.28 | 850.97 |
| PA | | 148.70 | 1,800.47 |
| PA-310103 | | 77.50 | 938.38 |
| PA-HUN9 | | 2.00 | 24.00 |
| PASUI-E | | 3.03 | 36.67 |
| SS | | 300.52 | 3,638.72 |
| **Taxes** | | **1,333.35** | **16,190.75** |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 40.00 | 480.00 |
| GROUP TERM LIFE - FLAT AM | 3.46 | 41.52 |
| REIMBURSEMENT | | -231.16 |
| S125 DENTAL | 11.72 | 140.64 |
| S125 HEALTH | 191.09 | 2,293.08 |
| S125 VISION | 1.55 | 18.60 |
| **Deductions** | **247.82** | **2,742.68** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| First National Bank Of Pennsylvania | C | ***3126 | 3,470.29 |
| **Total Direct Deposits** | | | **3,470.29** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| PTO | 32.01 | 34.50 |

CL Cressler Inc | PO Box 1219 Mechanicsburg, PA 17055 | (717) 766-6191 | FEIN: 25-1867644 | PA: 22-36260

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 5/29/2020 | Check | UNCATEGORIZED | 0000000632 | | ($150.00) | $4,149.09 |
| 5/29/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,343.05 | | $4,299.09 |
| 5/28/2020 | CAPITAL ONE ARC CHECK PYMT 0635 | UNCATEGORIZED | | | ($25.00) | $956.04 |
| 5/28/2020 | AAA LIFE INS PREM XXXXXX8873 ALAN | UNCATEGORIZED | | | ($49.49) | $981.04 |
| 5/27/2020 | Check | UNCATEGORIZED | 0000000631 | | ($20.00) | $1,030.53 |
| 5/27/2020 | Credit One Bank Payment 0634 | UNCATEGORIZED | | | ($60.00) | $1,050.53 |
| 5/27/2020 | CenturyLink1319 BILL PYMT 629 | UNCATEGORIZED | | | ($69.53) | $1,110.53 |
| 5/27/2020 | DISCOVER ARC PAYMENTS 630 | UNCATEGORIZED | | | ($200.00) | $1,180.06 |
| 5/27/2020 | Check | UNCATEGORIZED | 0000000627 | | ($210.00) | $1,380.06 |
| 5/27/2020 | Check | UNCATEGORIZED | 0000000626 | | ($379.00) | $1,590.06 |
| 5/27/2020 | West Penn Power CHECK PYMT 0628 | UNCATEGORIZED | | | ($791.66) | $1,969.06 |

Older Transactions                                                                                   Newer Transactions

| Form **8879** | IRS e-file Signature Authorization | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ ERO must obtain and retain completed Form 8879.<br>▶ Go to www.irs.gov/Form8879 for the latest information. | **2019** |

Submission Identification Number (SID) ▶

| Taxpayer's name | Social security number |
|---|---|
| KEVIN  FOOR | ***-**-5320 |
| Spouse's name | Spouse's social security number |
| SANDY  FOOR | ***-**-5949 |

### Part I  Tax Return Information — Tax Year Ending December 31, 2019 (Whole dollars only)

| | | |
|---|---|---:|
| 1 | Adjusted gross income (Form 1040 or 1040-SR, line 8b; Form 1040-NR, line 35) ............ **1** | 167,079 |
| 2 | Total tax (Form 1040 or 1040-SR, line 16; Form 1040-NR, line 61) ............................... **2** | 21,253 |
| 3 | Federal income tax withheld from Forms W-2 and 1099 (Form 1040 or 1040-SR line 17; Form 1040-NR, line 62a) ............................... **3** | 20,930 |
| 4 | Refund (Form 1040 or 1040-SR, line 21a; Form 1040-NR, line 73a; Form 1040-SS, Part I, line 13a) ............ **4** | 4,223 |
| 5 | Amount you owe (Form 1040 or 1040-SR, line 23; Form 1040-NR, line 75) ........................ **5** | |

### Part II  Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2019, and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) reason for any delay in processing the return or refund, and (c) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke (cancel) a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537. Payment cancellation requests must be received no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize PETERSON ACCOUNTING GROUP, P.C. to enter or generate my PIN  56737  as my
ERO firm name
signature on my tax year 2019 electronically filed income tax return.
Enter five digits, but don't enter all zeros

[ ] I will enter my PIN as my signature on my tax year 2019 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ _____  Date ▶ 07/10/20

**Spouse's PIN: check one box only**

[X] I authorize PETERSON ACCOUNTING GROUP, P.C. to enter or generate my PIN  56737  as my
ERO firm name
signature on my tax year 2019 electronically filed income tax return.
Enter five digits, but don't enter all zeros

[ ] I will enter my PIN as my signature on my tax year 2019 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶ _____  Date ▶ 07/10/20

### Practitioner PIN Method Returns Only—continue below

### Part III  Certification and Authentication — Practitioner PIN Method Only

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN.   ***********
Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2019 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and Pub. 1345, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature ▶ MICHAEL J. PETERSON, CPA   Date ▶ 07/10/20

### ERO Must Retain This Form — See Instructions
### Don't Submit This Form to the IRS Unless Requested To Do So

For Paperwork Reduction Act Notice, see your tax return instructions.   Form **8879** (2019)

DAA