# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

Foor, Kevin S.

Case No. 19-70130-JAD

Reporting Period: Aug, 2020

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | x | |
| Copies of bank statements | | x | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_K S Foor_    _9-11-2020_
Signature of Debtor    Date

_____    _____
Signature of Joint Debtor    Date

_____    _____
Signature of Preparer    Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Foor, Kevin S.  
Debtor

Case No. 19-70130-JAD  
Reporting Period: Aug. 2020

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 643.94 | 8654.62 |
| **RECEIPTS** | | |
| Wages (Net) | 7585.22 | 103,979.47 |
| Interest and Dividend Income | 0 | 0 |
| Alimony and Child Support | 0 | 0 |
| Social Security and Pension Income | 0 | 0 |
| Sale of Assets | 0 | 0 |
| Other Income (attach schedule) | 42.12 | 0 |
| **Total Receipts** | 7627.34 | 115,256.03 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 2495.00 | 31,190.00 |
| Rental Payment(s) | 0 | 0 |
| Other Secured Note Payments | 0 | 0 |
| Utilities | 1732.72 | 17,537.60 |
| Insurance | 621.42 | 2070.36 |
| Auto Expense | 944.46 | 9768.91 |
| Lease Payments | 0 | 0 |
| IRA Contributions | 0 | 0 |
| Repairs and Maintenance | 0 | 375.00 |
| Medical Expenses | 170.00 | 3149.83 |
| Household Expenses | 970.62 | 18627.77 |
| Charitable Contributions | 0 | 0 |
| Alimony and Child Support Payments | 0 | 0 |
| Taxes - Real Estate | 0 | 29.40 |
| Taxes - Personal Property | 0 | 0 |
| Taxes - Other (attach schedule) | 389.20 | 3569.63 |
| Travel and Entertainment | 0 | 184.09 |
| Gifts | 0 | 0 |
| Other (attach schedule) | 384.00 | 19018.58 |
| **Total Ordinary Disbursements** | 7709.42 | 111,905.10 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 0 | 0 |
| U. S. Trustee Fees | 0 | 2925.00 |
| Other Reorganization Expenses (attach schedule) | 0 | 0 |
| **Total Reorganization Items** | 0 | 2925.00 |
| **Total Disbursements (Ordinary + Reorganization)** | 7707.42 | 114830.15 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | -80.08 | 425.83 |
| **Cash - End of Month** (Must equal reconciled bank statement) | 563.86 | 17876.24 |

FORM MOR-1(INDV)  
(9/99)

Foor, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: Aug. 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Check adjustment | 2.10 | |
| Cash deposit | 40.02 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 42.12 | |
| **Other Taxes** | | |
| Comm of PA | 150.00 | |
| payment to IRS | 200.00 | |
| local tax | 39.20 | |
| | 0 | |
| | 389.20 | |
| **Other Ordinary Disbursements** | | |
| Credit Card | 384.00 | |
| | 0 | |
| | 0 | |
| | 384.00 | |
| **Other Reorganization Expenses** | | |
| | 0 | |
| | 0 | |
| | 0 | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Foor, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: Aug. 2020

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employee | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employer | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Income | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Federal Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| State and Local |  |  |  |  |  |  |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| Sales | 0 | 0 | 0 | 0 | 0 | 0 |
| Excise | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Real Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Personal Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total State and Local | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Taxes | 0 | 0 | 0 | 0 | 0 | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
|  |  | Number of Days Past Due |  |  |  |  |
| Accounts Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Wages Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Building | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt/Adequate Protection Payments | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due to Insiders* | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Postpetition Debts | 0 | 0 | 0 | 0 | 0 | 0 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Foor, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: **Aug. 2020**

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 |
| + Amounts billed during the period | 0 |
| - Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 0 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0 |
| 31 - 60 days old | 0 |
| 61 - 90 days old | 0 |
| 91+ days old | 0 |
| Total Accounts Receivable | 0 |
| Amount considered uncollectible (Bad Debt) | 0 |
| Accounts Receivable (Net) | 0 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |

FORM MOR-5
(9/99)

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 9/4/2020 | 4073 ATM WTD 09/03 19:11 FIRST NAT BANK EVERETTE PA PA900052 004073 ~6011 | ATM | | | ($50.00) | $4,782.36 |
| 9/4/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,343.05 | | $4,832.36 |
| 9/3/2020 | Check | UNCATEGORIZED | 0000000106 | | ($47.00) | $1,489.31 |
| 9/2/2020 | Check | UNCATEGORIZED | 0000000685 | | ($20.00) | $1,536.31 |
| 9/2/2020 | 80538 RECURRING 08/31 17:35 AUTOPAY/DISH NTW 800-333-3474 CO 00010001 080~4899 | Cable, Satellite, and Ot… | | | ($163.20) | $1,556.31 |
| 9/1/2020 | 148288 POS PUR 09/01 09:43 SHEETZ 0577 HUNTINGDON PA 22836101 148288 ~5542 | Fuel | | | ($32.10) | $1,719.51 |
| 9/1/2020 | Check | UNCATEGORIZED | 0000000688 | | ($75.00) | $1,751.61 |
| 9/1/2020 | VERIZON FINANCIA PAYMENTS 0682 | UNCATEGORIZED | | | ($841.64) | $1,826.61 |
| 8/31/2020 | CAPITAL ONE ARC CHECK PYMT 0687 | UNCATEGORIZED | | | ($25.00) | $2,668.25 |
| 8/31/2020 | CenturyLink1319 BILL PYMT 684 | UNCATEGORIZED | | | ($69.53) | $2,693.25 |
| 8/31/2020 | 24054 POS PUR 08/29 14:44 2CO.COM*209-472- 888-2471614 GA 00000000 0240~5734 | Misc. Specialty Retail | | | ($154.76) | $2,762.78 |
| 8/28/2020 | 561882 POS PUR 08/28 07:15 SHEETZ 0023 EVERETT PA 08081001 561882 ~5542 | Fuel | | | ($36.61) | $2,917.54 |
| 8/28/2020 | 653667 PIN PUR 08/27 19:03 ZIMMERMAN'S ACE EVERETT PA 08965895 653667 ~5251 | Misc. Service Providers | | | ($45.09) | $2,954.15 |
| 8/28/2020 | West Penn Power CHECK PYMT 0686 | UNCATEGORIZED | | | ($497.76) | $2,999.24 |
| 8/27/2020 | AAA LIFE INS PREM XXXXXX8873 ALAN | UNCATEGORIZED | | | ($49.49) | $3,497.00 |
| 8/24/2020 | 73669 POS PUR 08/21 11:57 DOMINO'S 4409 814-644-7444 PA 00000000 073669~5814 | Restaurants | | | ($18.61) | $3,546.49 |
| 8/24/2020 | 14364 POS PUR 08/22 18:01 SAMS CLUB #6460 ALTOONA PA 64600088 615906 ~5542 | Fuel | | | ($25.39) | $3,565.10 |
| 8/24/2020 | 8046 POS PUR 08/22 10:08 OLIVE GARDEN 00 ALTOONA PA 00000000 008046 ~5812 | Restaurants | | | ($51.85) | $3,590.49 |
| 8/24/2020 | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | | ($75.00) | $3,642.34 |
| 8/21/2020 | Check | UNCATEGORIZED | 0000000675 | | ($150.00) | $3,717.34 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 8/21/2020 | Check | UNCATEGORIZED | 0000000678 | | ($1,247.50) | $3,867.34 |
| 8/21/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,343.05 | | $5,114.84 |
| 8/20/2020 | 45225 POS PUR 08/19 08:42 CHECKERED FLAG F BEDFORD PA 55745225 045225 ~7538 | Auto Maintenance, Rep... | | | ($37.09) | $1,771.79 |
| 8/19/2020 | 727981 POS PUR 08/18 18:17 SHEETZ 0577 HUNTINGDON PA 22836101 727981 ~5542 | Fuel | | | ($33.53) | $1,808.88 |
| 8/19/2020 | Check | UNCATEGORIZED | 0000000673 | | ($75.00) | $1,842.41 |
| 8/18/2020 | Check | UNCATEGORIZED | 0000000680 | | ($39.20) | $1,917.41 |
| 8/18/2020 | 3566 ATM WTD 08/18 07:22 FIRST NAT BANK EVERETTE PA PA900052 003566 ~6011 | ATM | | | ($180.00) | $1,956.61 |
| 8/17/2020 | Credit One Bank Payment 0671 | UNCATEGORIZED | | | ($90.00) | $2,136.61 |
| 8/17/2020 | Check | UNCATEGORIZED | 0000000670 | | ($100.00) | $2,226.61 |
| 8/17/2020 | Check | UNCATEGORIZED | 0000000674 | | ($200.00) | $2,326.61 |
| 8/17/2020 | Check | UNCATEGORIZED | 0000000677 | | ($506.28) | $2,526.61 |
| 8/14/2020 | Check | UNCATEGORIZED | 0000000676 | | ($81.08) | $3,032.89 |
| 8/14/2020 | DISCOVER ARC PAYMENTS 672 | UNCATEGORIZED | | | ($222.00) | $3,113.97 |
| 8/13/2020 | 257989 POS PUR 08/12 19:02 SHEETZ 0023 EVERETT PA 08081001 257989 ~5542 | Fuel | | | ($33.03) | $3,335.97 |
| 8/13/2020 | Check | UNCATEGORIZED | 0000000679 | | ($401.09) | $3,369.00 |
| 8/12/2020 | Deposit | UNCATEGORIZED | | $40.02 | | $3,770.09 |
| 8/10/2020 | 90019 POS PUR 08/07 02:00 BEST WAY PIZZA H HUNTINGDON PA 75049964 09001~5812 | Restaurants | | | ($19.19) | $3,730.07 |
| 8/10/2020 | 50002 POS PUR 08/07 23:18 MILE LEVEL PIZZA BEDFORD PA V6023569 050002 ~5812 | Restaurants | | | ($52.15) | $3,749.26 |
| 8/10/2020 | 125008 POS PUR 08/08 16:23 SHEETZ 0023 EVERETT PA 08081001 125008 ~5542 | Fuel | | | ($70.03) | $3,801.41 |
| 8/10/2020 | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | | ($75.00) | $3,871.44 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 8/10/2020 | ERIE LIFE INSUR PREM P 2AT1016284 | UNCATEGORIZED | | | ($127.51) | $3,946.44 |
| 8/10/2020 | ERIE INS GROUP ERIEXPSPAY QXXXXX9846 | UNCATEGORIZED | | | ($444.42) | $4,073.95 |
| 8/7/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $4,242.17 | | $4,518.37 |
| 8/6/2020 | Check | UNCATEGORIZED | 0000000001 | | ($1,247.50) | $276.20 |
| 8/5/2020 | 18391 POS PUR 08/05 07:22 SQ *OIP HUNTINGD Huntingdon PA 00000000 01839~5812 | Restaurants | | | ($15.90) | $1,523.70 |
| 8/5/2020 | HARLAND CLARKE CHK ORDERS 1PSX71491321500 | UNCATEGORIZED | | | ($53.40) | $1,539.60 |
| 8/4/2020 | Check | UNCATEGORIZED | 0000000105 | | ($47.00) | $1,593.00 |
| 8/3/2020 | 433982 PIN PUR 08/02 11:07 SHELL SERVICE ST EVERETT PA 87168801 433982 ~5541 | Fuel | | | ($2.11) | $1,640.00 |
| 8/3/2020 | Check | UNCATEGORIZED | 0000000001 | | ($75.00) | $1,642.11 |
| 8/3/2020 | 12652 RECURRING 07/31 08:41 AUTOPAY/DISH NTW 800-333-3474 CO 00010001 012~4899 | Cable, Satellite, and Ot… | | | ($173.79) | $1,717.11 |
| 8/3/2020 | Check | UNCATEGORIZED | 0000000001 | | ($173.93) | $1,890.90 |
| 7/31/2020 | Check | UNCATEGORIZED | 0000000001 | | ($75.00) | $2,064.83 |
| 7/30/2020 | Check | UNCATEGORIZED | 0000000664 | | ($35.00) | $2,139.83 |
| 7/30/2020 | 603994 PIN PUR 07/29 18:17 TRACTOR SUPPLY # HUNTINGDON PA 99999999 60399~5599 | UNCATEGORIZED | | | ($42.19) | $2,174.83 |
| 7/30/2020 | QUARTERLY FEE PAYMENT 0000 | UNCATEGORIZED | | | ($650.00) | $2,217.02 |
| 7/29/2020 | 63814 POS PUR 07/28 10:46 VZWRLSS*IVR VB 800-9220204 GA 36712213 063814~4814 | Telecommunications | | | ($658.54) | $2,867.02 |
| 7/28/2020 | 157772 PIN PUR 07/27 19:10 SHEETZ 0023 EVERETT PA 08081001 157772 ~5541 | Fuel | | | ($4.31) | $3,525.56 |
| 7/28/2020 | AAA LIFE INS PREM XXXXXX8873 ALAN | UNCATEGORIZED | | | ($49.49) | $3,529.87 |
| 7/28/2020 | CenturyLink SPEEDPAY 314274159 | UNCATEGORIZED | | | ($54.53) | $3,579.36 |
| 7/27/2020 | 33671 POS PUR 07/26 12:26 MIKE'S PLACE CLEARVILLE PA 1 033671 ~5812 | Restaurants | | | ($28.61) | $3,633.89 |