# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

Foor, Kevin S.

Case No. 19-70130-JAD

Reporting Period: Oct 2020

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_K. S. Foor_ 
Signature of Debtor

_11-6-20_
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Preparer

_____
Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Foor, Kevin S.                                                                    Case No. 19-70130-JAD

            Debtor                                              Reporting Period: Oct 2020

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 |
| + Amounts billed during the period | 0 |
| - Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 0 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0 |
| 31 - 60 days old | 0 |
| 61 - 90 days old | 0 |
| 91+ days old | 0 |
| Total Accounts Receivable | 0 |
| Amount considered uncollectible (Bad Debt) | 0 |
| Accounts Receivable (Net) | 0 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. |  | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. |  | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X |  |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X |  |

FORM MOR-5
(9/99)

Foor, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: Oct 2020

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero. Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes. Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employee | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employer | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Income | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Federal Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| State and Local | | | | | | |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| Sales | 0 | 0 | 0 | 0 | 0 | 0 |
| Excise | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Real Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Personal Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total State and Local | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Taxes | 0 | 0 | 0 | 0 | 0 | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Wages Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Building | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt/Adequate Protection Payments | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due to Insiders* | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Postpetition Debts | 0 | 0 | 0 | 0 | 0 | 0 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Foor, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: Oct 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 1002.15 | 10,220.63 |
| **RECEIPTS** | | |
| Wages (Net) | 10,294.21 | 120,959.78 |
| Interest and Dividend Income | 0 | 0 |
| Alimony and Child Support | 0 | 0 |
| Social Security and Pension Income | 0 | 0 |
| Sale of Assets | 0 | 0 |
| Other Income (attach schedule) | 0 | 0 |
| Total Receipts | 10,294.21 | 132,236.34 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 2495.00 | 34,932.50 |
| Rental Payment(s) | 0 | 0 |
| Other Secured Note Payments | 0 | 0 |
| Utilities | 163.20 | 1897.53 |
| Insurance | 621.42 | 3313.20 |
| Auto Expense | 552.43 | 11,228.71 |
| Lease Payments | 0 | 0 |
| IRA Contributions | 0 | 0 |
| Repairs and Maintenance | 0 | 375.00 |
| Medical Expenses | 95.77 | 3475.60 |
| Household Expenses | 2286.40 | 21,681.96 |
| Charitable Contributions | 0 | 0 |
| Alimony and Child Support Payments | 0 | 0 |
| Taxes - Real Estate | 0 | 29.40 |
| Taxes - Personal Property | 0 | 0 |
| Taxes - Other (attach schedule) | 350.00 | 4269.63 |
| Travel and Entertainment | 0 | 184.09 |
| Gifts | 0 | 0 |
| Other (attach schedule) | 697.69 | 20,063.27 |
| Total Ordinary Disbursements | 7261.91 | 125,414.89 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 0 | 0 |
| U. S. Trustee Fees | 650.00 | 3575.00 |
| Other Reorganization Expenses (attach schedule) | 0 | 0 |
| Total Reorganization Items | 650.00 | 3575.00 |
| Total Disbursements (Ordinary + Reorganization) | 7911.91 | 128,989.89 |
| Net Cash Flow (Total Receipts - Total Disbursements) | 2382.30 | 3246.42 |
| Cash - End of Month (Must equal reconciled bank statement) | 3384.45 | 22,262.84 |

FORM MOR-1(INDV)
(9/99)

# Account Activity

Business Checking ******3126

| Balances as of 11/1/2020 | Available Balance: $5,119.50 | Ledger Balance: $5,563.36 |

## Pending Transactions

| Date | Description | Category | Check | Deposits | Withdrawals |
|---|---|---|---|---|---|
| 11/3/2020 | PROCESSING: 732229 RECURRING AUTOPAY/DISH NTW ENGLEWOOD CO 09359629 732229~4899 | UNCATEGORIZED | | | ($163.20) |
| 11/2/2020 | PROCESSING: 0433 POS PUR WAL-MART #5470 HUNTINGDON PA 24547001 000433 ~5411 | UNCATEGORIZED | | | ($40.66) |
| 11/2/2020 | PROCESSING: 82476 POS PUR PA BPOA PROF LIC 717-787-8503 PA 00000000 082~9399 | UNCATEGORIZED | | | ($220.00) |
| 11/2/2020 | PROCESSING: 67741 POS PUR EXXONMOBIL 48 EVERETT PA 001 067741 ~5542 | UNCATEGORIZED | | | ($20.00) |

## Transactions

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 10/30/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,608.15 | | $5,563.36 |
| 10/29/2020 | 91675 POS PUR 10/28 08:20 ORIGINAL ITALIAN 814-6525135 PA 76231127 0916~5812 | Restaurants | | | ($24.24) | $1,955.21 |
| 10/29/2020 | Check | UNCATEGORIZED | 0000000706 | | ($238.24) | $1,979.45 |
| 10/28/2020 | 147597 PIN PUR 10/27 19:07 SHEETZ 0023 EVERETT PA 08081001 147597 ~5541 | Fuel | | | ($5.56) | $2,217.69 |
| 10/27/2020 | 519718 POS PUR 10/26 19:08 SHEETZ 0023 EVERETT PA 08081001 519718 ~5542 | Fuel | | | ($33.30) | $2,223.25 |
| 10/27/2020 | AAA LIFE INS PREM XXXXXX8873 ALAN | UNCATEGORIZED | | | ($49.49) | $2,256.55 |
| 10/26/2020 | 791570 PIN PUR 10/24 18:19 SHEETZ 0163 HAGERSTOWN MD 08091301 791570 ~5541 | Fuel | | | ($5.62) | $2,306.04 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 10/19/2020 | 942265 PIN PUR 10/17 12:06 EVERETT IGA EVERETT PA 68839201 942265 ~5411 | Food | | | ($163.80) | $3,278.54 |
| 10/16/2020 | 319623 PIN PUR 10/16 10:34 GOODWILL 5236 BEDFORD PA 97236252 319623 ~5931 | Misc. Specialty Retail | | | ($26.44) | $3,442.34 |
| 10/16/2020 | 701047 PIN PUR 10/15 19:09 EVERETT IGA EVERETT PA 68839201 701047 ~5411 | Food | | | ($33.42) | $3,468.78 |
| 10/16/2020 | 3498 PIN PUR 10/16 14:09 HOBBYLOBBY ALTOONA PA 86048904 042558 ~5945 | Misc. Specialty Retail | | | ($35.53) | $3,502.20 |
| 10/16/2020 | 747126 PIN PUR 10/16 13:25 KOHLS 0970 213 S ALTOONA PA 99999999 747126 ~5311 | Retail Store | | | ($45.05) | $3,537.73 |
| 10/16/2020 | 424682 PIN PUR 10/16 13:28 UNIFORM PLACE 20 ALTOONA PA 99999999 424682 ~5137 | Misc. Service Providers | | | ($80.97) | $3,582.78 |
| 10/16/2020 | 858338 PIN PUR 10/16 14:35 BATH & BODY WORK ALTOONA PA 43847201 858338 ~5999 | Misc. Specialty Retail | | | ($150.47) | $3,663.75 |
| 10/16/2020 | 331545 PIN PUR 10/16 10:14 O'REILLY AUTO PA SNAKE SPRING PA 25491301 331~5533 | Auto Dealers, Parts and... | | | ($153.69) | $3,814.22 |
| 10/16/2020 | 341406 PIN PUR 10/16 11:55 SAMSCLUB #6460 ALTOONA PA 24646001 341406 ~5411 | Food | | | ($244.64) | $3,967.91 |
| 10/16/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,343.01 | | $4,212.55 |
| 10/15/2020 | Check | UNCATEGORIZED | 0000000714 | | ($74.20) | $869.54 |
| 10/14/2020 | 299490 POS PUR 10/14 07:21 SHEETZ 0023 EVERETT PA 08081001 299490 ~5542 | Fuel | | | ($40.00) | $943.74 |
| 10/13/2020 | 103810 PIN PUR 10/10 11:20 THE MEDICINE SHO HUNTINGDON PA 99999999 10381~5912 | Nursing/Personal Care | | | ($22.31) | $983.74 |
| 10/13/2020 | 30758 POS PUR 10/12 19:18 ORIGINAL ITALIAN 814-6525135 PA 76231127 0307~5812 | Restaurants | | | ($33.24) | $1,006.05 |
| 10/13/2020 | 0327 POS PUR 10/11 18:30 SHELL OIL 575442 EVERETT PA 00000000 000327 ~5542 | Fuel | | | ($35.00) | $1,039.29 |
| 10/13/2020 | 123469 POS PUR 10/12 19:24 SHEETZ 0023 EVERETT PA 08081001 123469 ~5542 | Fuel | | | ($35.10) | $1,074.29 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 10/2/2020 | 58244 POS PUR 10/02 07:56 SHEETZ ECOMMER00 814-9475310 PA 928 058244 ~5541 | Fuel | | | ($8.09) | $4,557.36 |
| 10/2/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,343.05 | | $4,565.45 |
| 10/1/2020 | Check | UNCATEGORIZED | 0000000702 | | ($75.00) | $1,222.40 |
| 9/30/2020 | Check | UNCATEGORIZED | 0000000701 | | ($75.00) | $1,297.40 |
| 9/30/2020 | Check | UNCATEGORIZED | 0000000696 | | ($306.28) | $1,372.40 |
| 9/30/2020 | VERIZON FINANCIA PAYMENTS 0692 | UNCATEGORIZED | | | ($637.85) | $1,678.68 |
| 9/29/2020 | Check | UNCATEGORIZED | 0000000695 | | ($80.00) | $2,316.53 |
| 9/29/2020 | Check | UNCATEGORIZED | 0000000703 | | ($100.00) | $2,396.53 |
| 9/29/2020 | CenturyLink1319 BILL PYMT 694 | UNCATEGORIZED | | | ($139.06) | $2,496.53 |
| 9/29/2020 | West Penn Power CHECK PYMT 0693 | UNCATEGORIZED | | | ($336.62) | $2,635.59 |
| 9/28/2020 | 4732 POS PUR 09/27 19:57 IPD EVERETT EVERETT PA 1 004732 ~5533 | Auto Dealers, Parts and… | | | ($7.20) | $2,972.21 |
| 9/28/2020 | 356389 POS PUR 09/25 18:57 SHEETZ 0023 EVERETT PA 08081001 356389 ~5542 | Fuel | | | ($33.10) | $2,979.41 |
| 9/28/2020 | AAA LIFE INS PREM XXXXXX8873 ALAN | UNCATEGORIZED | | | ($49.49) | $3,012.51 |
| 9/28/2020 | DISCOVER ARC PAYMENTS 698 | UNCATEGORIZED | | | ($200.00) | $3,062.00 |
| 9/28/2020 | Check | UNCATEGORIZED | 0000000697 | | ($401.09) | $3,262.00 |
| 9/25/2020 | 693793 PIN PUR 09/25 07:19 SHEETZ 0023 EVERETT PA 08081001 693793 ~5541 | Fuel | | | ($12.44) | $3,663.09 |
| 9/25/2020 | Check | UNCATEGORIZED | 0000000691 | | ($500.00) | $3,675.53 |
| 9/22/2020 | 662896 PIN PUR 09/21 18:18 TRACTOR SUPPLY # HUNTINGDON PA 99999999 66289~5599 | UNCATEGORIZED | | | ($86.03) | $4,175.53 |
| 9/21/2020 | 0110 POS PUR 09/19 01:31 ZIMMERMAN'S ACE EVERETT PA 00005895 000110 ~5251 | Misc. Service Providers | | | ($10.06) | $4,261.56 |
| 9/21/2020 | 0097 POS PUR 09/19 00:42 ZIMMERMAN'S ACE EVERETT PA 00005895 000097 ~5251 | Misc. Service Providers | | | ($13.33) | $4,271.62 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 9/8/2020 | 0035 POS PUR 09/04 14:49 BURGER KING #258 HUNTINGDON PA 00004187 00003~5814 | Restaurants | | | ($7.41) | $4,572.44 |
| 9/8/2020 | 876925 POS PUR 09/05 08:43 SHEETZ 0023 EVERETT PA 08081001 876925 ~5542 | Fuel | | | ($23.21) | $4,579.85 |
| 9/8/2020 | 36511 PIN PUR 09/05 18:25 EVERETT IGA EVERETT PA 68839201 036511 ~5411 | Food | | | ($33.98) | $4,603.06 |
| 9/8/2020 | 53222 POS PUR 09/05 06:31 MILLER'S SMORGAS 866-7351600 PA 75442744 0532~5812 | Restaurants | | | ($70.32) | $4,637.04 |
| 9/8/2020 | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | | ($75.00) | $4,707.36 |
| 9/4/2020 | 4073 ATM WTD 09/03 19:11 FIRST NAT BANK EVERETTE PA PA900052 004073 ~6011 | ATM | | | ($50.00) | $4,782.36 |
| 9/4/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,343.05 | | $4,832.36 |
| 9/3/2020 | Check | UNCATEGORIZED | 0000000106 | | ($47.00) | $1,489.31 |
| 9/2/2020 | Check | UNCATEGORIZED | 0000000685 | | ($20.00) | $1,536.31 |
| 9/2/2020 | 80538 RECURRING 08/31 17:35 AUTOPAY/DISH NTW 800-333-3474 CO 00010001 080~4899 | Cable, Satellite, and Ot… | | | ($163.20) | $1,556.31 |

Older Transactions

Newer Transactions