# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

Foor, Kevin S.

Case No. 19-70130-JAD

Reporting Period: _Nov. 2020_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____     _12-11-20_____
Signature of Debtor                                       Date

_____     _____
Signature of Joint Debtor                              Date

_____     _____
Signature of Preparer                                    Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Foor, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: NOV. 2020

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero. Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes. Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employee | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employer | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Income | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Federal Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| **State and Local** | | | | | | |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| Sales | 0 | 0 | 0 | 0 | 0 | 0 |
| Excise | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Real Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Personal Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total State and Local | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Taxes** | 0 | 0 | 0 | 0 | 0 | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Wages Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Building | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt/Adequate Protection Payments | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due to Insiders* | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Postpetition Debts | 0 | 0 | 0 | 0 | 0 | 0 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Foor, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: Nov. 2020

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 |
| + Amounts billed during the period | 0 |
| - Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 0 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0 |
| 31 - 60 days old | 0 |
| 61 - 90 days old | 0 |
| 91+ days old | 0 |
| Total Accounts Receivable | 0 |
| Amount considered uncollectible (Bad Debt) | 0 |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |

FORM MOR-5
(9/99)

Foor, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: NOV 2020

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 3384.45 | 13,605.68 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | 6688.10 | 127,647.88 |
| Alimony and Child Support | 0 | 0 |
| Social Security and Pension Income | 0 | 0 |
| Sale of Assets | 0 | 0 |
| Other Income (attach schedule) | 0 | 0 |
| **Total Receipts** | 0 | 0 |
|  | 6688.10 | 138,924.44 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | 2495.00 | 37,427.50 |
| Other Secured Note Payments | 0 | 0 |
| Utilities | 0 | 0 |
| Insurance | 1450.90 | 80,428.43 |
| Auto Expense | 678.24 | 3991.44 |
| Lease Payments | 883.37 | 12,612.68 |
| IRA Contributions | 0 | 0 |
| Repairs and Maintenance | 0 | 0 |
| Medical Expenses | 0 | 375.00 |
| Household Expenses | 76.83 | 3552.43 |
| Charitable Contributions | 1604.81 | 23,286.77 |
| Alimony and Child Support Payments | 0 | 0 |
| Taxes - Real Estate | 0 | 0 |
| Taxes - Personal Property | 0 | 29.40 |
| Taxes - Other (attach schedule) | 0 | 0 |
| Travel and Entertainment | 350.00 | 4619.63 |
| Gifts | 0 | 184.09 |
| Other (attach schedule) | 0 | 0 |
| **Total Ordinary Disbursements** | 295.00 | 20,358.27 |
| **REORGANIZATION ITEMS:** | 7834.15 | 133,248.97 |
| Professional Fees | | |
| U.S. Trustee Fees | 0 | 0 |
| Other Reorganization Expenses (attach schedule) | 0 | 3575.00 |
| **Total Reorganization Items** | 0 | 0 |
|  | 0 | 3575.00 |
| **Total Disbursements (Ordinary + Reorganization)** | 7834.15 | 136,824.02 |
| Net Cash Flow (Total Receipts - Total Disbursements) | -1146.05 | 2,100.37 |
| Cash - End of Month (Must equal reconciled bank statement) | 2238.40 | 24,501.24 |

FORM MOR-1 (INDV)
(9/99)

Foor, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: Nov. 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| **Other Taxes** | | |
| Conn. of PA | 150.00 | |
| payment to IRS | 200.00 | |
| | 0 | |
| | 0 | |
| | 350.00 | |
| **Other Ordinary Disbursements** | | |
| Credit Card | 295.00 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 295.00 | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 12/2/2020 | 235548 POS PUR 12/01 18:15 SHEETZ 0577 HUNTINGDON PA 22836101 235548 ~5542 | Fuel | | | ($34.35) | $3,171.80 |
| 12/2/2020 | Check | UNCATEGORIZED | 0000000736 | | ($100.00) | $3,206.15 |
| 11/30/2020 | 328528 PIN PUR 11/27 19:05 SHEETZ 0023 EVERETT PA 08081001 328528 ~5541 | Fuel | | | ($5.99) | $3,306.15 |
| 11/30/2020 | 0093 POS PUR 11/27 09:31 BURGER KING #258 HUNTINGDON PA 00001767 00009~5814 | Restaurants | | | ($7.30) | $3,312.14 |
| 11/30/2020 | 517271 POS PUR 11/29 11:32 SHEETZ 0023 EVERETT PA 08081001 517271 ~5542 | Fuel | | | ($40.00) | $3,319.44 |
| 11/30/2020 | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | | ($75.00) | $3,359.44 |
| 11/27/2020 | AAA LIFE INS PREM XXXXXX8873 ALAN | UNCATEGORIZED | | | ($49.49) | $3,434.44 |
| 11/27/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,344.06 | | $3,483.93 |
| 11/24/2020 | WEIS MARKETS INC PURCHASE 738 EVERPA | UNCATEGORIZED | | | ($229.99) | $139.87 |
| 11/24/2020 | Check | UNCATEGORIZED | 0000000730 | | ($1,247.50) | $369.86 |
| 11/23/2020 | 50034 POS PUR 11/20 08:05 ARBY'S 1589 LAVALE MD 00849329 050034 ~5814 | Restaurants | | | ($13.98) | $1,617.36 |
| 11/23/2020 | Check | UNCATEGORIZED | 0000000737 | | ($74.20) | $1,631.34 |
| 11/20/2020 | 14278 POS PUR 11/19 11:55 PA DRIVER & VEHI 717-412-5300 PA 00000000 014~9399 | Other Government Serv... | | | ($76.00) | $1,705.54 |
| 11/20/2020 | 750316 PIN PUR 11/20 14:27 TRACTOR SUPPLY # EVERETT PA 99999999 750316 ~5599 | UNCATEGORIZED | | | ($119.20) | $1,781.54 |
| 11/19/2020 | Check | UNCATEGORIZED | 0000000728 | | ($43.35) | $1,900.74 |
| 11/18/2020 | CAPITAL ONE ARC CHECK PYMT 0734 | UNCATEGORIZED | | | ($25.00) | $1,944.09 |
| 11/18/2020 | Credit One Bank Payment 0733 | UNCATEGORIZED | | | ($30.00) | $1,969.09 |
| 11/18/2020 | Check | UNCATEGORIZED | 0000000731 | | ($200.00) | $1,999.09 |
| 11/17/2020 | 530449 POS PUR 11/16 19:01 SHEETZ 0023 EVERETT PA 08081001 530449 ~5542 | Fuel | | | ($34.21) | $2,199.09 |
| 11/17/2020 | TRACTOR SUPPLY C PURCHASE 727 EVERPA | UNCATEGORIZED | | | ($48.59) | $2,233.30 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 11/17/2020 | West Penn Power CHECK PYMT 0732 | UNCATEGORIZED | | | ($197.52) | $2,281.89 |
| 11/16/2020 | 2324 POS PUR 11/13 11:27 THE MEDICINE SHO HUNTINGDON PA 78802324 00232~5912 | Nursing/Personal Care | | | ($1.83) | $2,479.41 |
| 11/16/2020 | 0100 POS PUR 11/13 15:17 BURGER KING #258 HUNTINGDON PA 00001767 00010~5814 | Restaurants | | | ($5.30) | $2,481.24 |
| 11/16/2020 | 571246 PIN PUR 11/14 12:04 WEIS MARKETS 140 EVERETT PA 34682101 571246 ~5411 | Food | | | ($20.79) | $2,486.54 |
| 11/16/2020 | 720017 POS PUR 11/14 12:14 EVERETT FOODLINE EVERETT PA 12671401 720017 ~5542 | Fuel | | | ($37.85) | $2,507.33 |
| 11/16/2020 | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | | ($75.00) | $2,545.18 |
| 11/16/2020 | 221414 PIN PUR 11/14 12:38 EVERETT IGA EVERETT PA 68839201 221414 ~5411 | Food | | | ($89.57) | $2,620.18 |
| 11/16/2020 | 890676 PIN PUR 11/15 12:15 EVERETT IGA EVERETT PA 68839201 890676 ~5411 | Food | | | ($94.26) | $2,709.75 |
| 11/16/2020 | 8889 ATM WTD 11/14 11:48 FIRST NAT BANK BEDFORD PA PA900127 008889 ~6011 | ATM | | | ($100.00) | $2,804.01 |
| 11/16/2020 | 75774 POS PUR 11/14 06:40 OLD DIRT ROAD PR EVERETT PA 00000000 075774 ~1799 | Contracted Services | | | ($104.15) | $2,904.01 |
| 11/16/2020 | WAL-MART STORES PURCHASE 726 EVERPA | UNCATEGORIZED | | | ($125.61) | $3,008.16 |
| 11/16/2020 | Check | UNCATEGORIZED | 0000000729 | | ($300.00) | $3,133.77 |
| 11/13/2020 | 0005 POS PUR 11/12 04:19 ZIMMERMAN'S ACE EVERETT PA 00005895 000005 ~5251 | Misc. Service Providers | | | ($1.06) | $3,433.77 |
| 11/13/2020 | 33745 POS PUR 11/13 15:11 SHEETZ ECOMMER00 814-9475310 PA 928 033745 ~5541 | Fuel | | | ($7.32) | $3,434.83 |
| 11/13/2020 | DISCOVER ARC PAYMENTS 725 | UNCATEGORIZED | | | ($193.00) | $3,442.15 |
| 11/13/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,344.04 | | $3,635.15 |
| 11/10/2020 | 774537 POS PUR 11/10 08:12 WAL-MART #5470 HUNTINGDON PA 24547001 774537 ~5411 | Food | | | ($2.09) | $291.11 |
| 11/10/2020 | ERIE LIFE INSUR PREM P 2AT1016284 | UNCATEGORIZED | | | ($184.33) | $293.20 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 11/9/2020 | CenturyLink1319 BILL PYMT 723 | UNCATEGORIZED | | | ($54.53) | $477.53 |
| 11/9/2020 | Check | UNCATEGORIZED | 0000000724 | | ($75.00) | $532.06 |
| 11/9/2020 | ERIE INS GROUP ERIEXPSPAY QXXXXX9846 | UNCATEGORIZED | | | ($444.42) | $607.06 |
| 11/9/2020 | VERIZON FINANCIA PAYMENTS 0719 | UNCATEGORIZED | | | ($604.25) | $1,051.48 |
| 11/6/2020 | 1209 ATM WTD 11/05 19:12 FIRST NAT BANK EVERETTE PA FN110805 001209 ~6011 | ATM | | | ($100.00) | $1,655.73 |
| 11/6/2020 | Check | UNCATEGORIZED | 0000000721 | | ($306.28) | $1,755.73 |
| 11/6/2020 | West Penn Power CHECK PYMT 0722 | UNCATEGORIZED | | | ($356.40) | $2,062.01 |
| 11/4/2020 | Check | UNCATEGORIZED | 0000000720 | | ($401.09) | $2,418.41 |
| 11/4/2020 | Check | UNCATEGORIZED | 0000000717 | | ($650.00) | $2,819.50 |
| 11/3/2020 | Check | UNCATEGORIZED | 0000000108 | | ($47.00) | $3,469.50 |
| 11/3/2020 | Check | UNCATEGORIZED | 0000000718 | | ($80.50) | $3,516.50 |
| 11/3/2020 | Check | UNCATEGORIZED | 0000000068 | | ($200.00) | $3,597.00 |
| 11/2/2020 | 67741 POS PUR 10/31 12:37 EXXONMOBIL 48 EVERETT PA 001 067741 ~5542 | Fuel | | | ($20.00) | $3,797.00 |
| 11/2/2020 | 0433 POS PUR 10/30 18:25 WAL-MART #5470 HUNTINGDON PA 24547001 000433 ~5411 | Food | | | ($40.66) | $3,817.00 |
| 11/2/2020 | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | | ($75.00) | $3,857.66 |
| 11/2/2020 | 15056 RECURRING 10/31 14:41 AUTOPAY/DISH NTW 800-333-3474 CO 00010001 015~4899 | Cable, Satellite, and Ot... | | | ($163.20) | $3,932.66 |
| 11/2/2020 | 82476 POS PUR 10/30 17:57 PA BPOA PROF LIC 717-787-8503 PA 00000000 082~9399 | Other Government Serv... | | | ($220.00) | $4,095.86 |
| 11/2/2020 | Check | UNCATEGORIZED | 0000000716 | | ($1,247.50) | $4,315.86 |
| 10/30/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,608.15 | | $5,563.36 |