**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

Foor, Kevin S.

Case No. 19-70130-JAD

Reporting Period: Dec. 2020

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_K S Foor_ / Signature of Debtor

_1-13-2021_ / Date

_____ / Signature of Joint Debtor

_____ / Date

_____ / Signature of Preparer

_____ / Date

_____ / Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Foor, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: Dec. 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
|  | 0 | |
|  | 0 | |
|  | 0 | |
|  | 0 | |
|  | 0 | |
| **Other Taxes** | | |
| Commos. PA | 150.00 | |
| payment to IRS | 200.00 | |
|  | 0 | |
|  | 0 | |
|  | 350.00 | |
| **Other Ordinary Disbursements** | | |
| Credit Card | 198.00 | |
|  | | |
|  | | |
|  | | |
|  | | |
| **Other Reorganization Expenses** | | |
|  | | |
|  | | |
|  | | |
|  | | |
|  | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Foor, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: Dec. 2020

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 2238.40 | 15844.08 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | 6688.10 | 134,335.98 |
| Alimony and Child Support | 0 | 0 |
| Social Security and Pension Income | 0 | 0 |
| Sale of Assets | 0 | 0 |
| Other Income (attach schedule) | 0 | 0 |
| Total Receipts | 6688.10 | 145,612.54 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | 0 | 32,427.50 |
| Other Secured Note Payments | 0 | 0 |
| Utilities | 0 | 0 |
| Insurance | 1340.25 | 21,768.68 |
| Auto Expense | 919.39 | 4910.83 |
| Lease Payments | 1414.74 | 14,026.82 |
| IRA Contributions | 0 | 0 |
| Repairs and Maintenance | 0 | 0 |
| Medical Expenses | 0 | 375.00 |
| Household Expenses | 360.00 | 3912.43 |
| Charitable Contributions | 2776.76 | 26,063.53 |
| Alimony and Child Support Payments | 0 | 0 |
| Taxes - Real Estate | 0 | 0 |
| Taxes - Personal Property | 0 | 29.40 |
| Taxes - Other (attach schedule) | 0 | 0 |
| Travel and Entertainment | 350.00 | 4969.63 |
| Gifts | 0 | 184.09 |
| Other (attach schedule) | 178.00 | 20,358.27 |
| Total Ordinary Disbursements | 7339.14 | 140,588.11 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 0 | 0 |
| U. S. Trustee Fees | 0 | 0 |
| Other Reorganization Expenses (attach schedule) | 0 | 3575.00 |
| Total Reorganization Items | 0 | 3575.00 |
| Total Disbursements (Ordinary + Reorganization) | 7339.14 | 144,163.16 |
| Net Cash Flow (Total Receipts - Total Disbursements) | -651.04 | 1449.33 |
| Cash - End of Month (Must equal reconciled bank statement) | 1587.36 | 26,088.60 |

FORM MOR-1(INDV)
(9/99)

Foor, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: Dec 2020

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 |
| + Amounts billed during the period | 0 |
| - Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 0 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0 |
| 31 - 60 days old | 0 |
| 61 - 90 days old | 0 |
| 91+ days old | 0 |
| Total Accounts Receivable | 0 |
| Amount considered uncollectible (Bad Debt) | 0 |
| Accounts Receivable (Net) | 0 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |

FORM MOR-5
(9/99)

Foor, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: Dec. 2020

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero. Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes. Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employee | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employer | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Income | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Federal Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| State and Local | | | | | | |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| Sales | 0 | 0 | 0 | 0 | 0 | 0 |
| Excise | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Real Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Personal Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total State and Local | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Taxes | 0 | 0 | 0 | 0 | 0 | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Wages Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Building | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt/Adequate Protection Payments | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due to Insiders* | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Postpetition Debts | 0 | 0 | 0 | 0 | 0 | 0 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

| Date | Description | Category | Check | Deposit | Amount | Balance |
|---|---|---|---|---|---|---|
| 1/5/2021 | Check | UNCATEGORIZED | 0000000752 0000000746 | | ($150.00) | $2,423.74 |
| 1/4/2021 | 398495 POS PUR 01/03 09:46 SHEETZ 0023 EVERETT PA 08081001 398495 ~5542 | Fuel | | | ($51.77) | $2,573.74 |
| 1/4/2021 | Check | UNCATEGORIZED | 0000000747 | | ($100.00) | $2,625.51 |
| 1/4/2021 | 83176 RECURRING 12/31 09:23 AUTOPAY/DISH NTW 800-333-3474 CO 00010001 083~4899 | Cable, Satellite, and Ot… | | | ($163.20) | $2,725.51 |
| 1/4/2021 | Check | UNCATEGORIZED | 0000000756 | | ($401.09) | $2,888.71 |
| 12/29/2020 | 491548 POS PUR 12/28 19:06 AMOCO#1010000COT HOPEWELL PA 61507801 491548 ~5542 | Fuel | | | ($36.33) | $3,289.80 |
| 12/29/2020 | AAA LIFE INS PREM XXXXXX8873 ALAN | UNCATEGORIZED | | | ($49.49) | $3,326.13 |
| 12/29/2020 | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | | ($75.00) | $3,375.62 |
| 12/24/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,344.05 | | $3,450.62 |
| 12/23/2020 | Check | UNCATEGORIZED | 0000000745 | | ($200.00) | $106.57 |
| 12/21/2020 | 39212 POS PUR 12/20 13:23 MIKE'S PLACE CLEARVILLE PA 3 039212 ~5812 | Restaurants | | | ($17.43) | $306.57 |
| 12/21/2020 | 263103 POS PUR 12/19 14:00 SHEETZ 0577 HUNTINGDON PA 22836101 263103 ~5542 | Fuel | | | ($26.52) | $324.00 |
| 12/21/2020 | CenturyLink1319 BILL PYMT 744 | UNCATEGORIZED | | | ($54.53) | $350.52 |
| 12/21/2020 | 536032 PIN PUR 12/19 13:53 Wal-Mart Super C HUNTINGDON PA 54700001 03546~5411 | Food | | | ($115.78) | $405.05 |
| 12/21/2020 | DISCOVER ARC PAYMENTS 748 | UNCATEGORIZED | | | ($131.00) | $520.83 |
| 12/18/2020 | 64812 POS PUR 12/17 22:03 SCHNEIDER SADDLE 800-365-1311 OH 00000000 064~7296 | Professional Services | | | ($137.78) | $651.83 |
| 12/18/2020 | Check | UNCATEGORIZED | | | ($401.09) | $789.61 |

| Date | Description | Category | | Amount | Balance |
|---|---|---|---|---|---|
| 12/16/2020 | 223595 POS PUR 12/16 16:36 SHEETZ 0577 HUNTINGDON PA 22836101 223595 ~5542 | Fuel | | ($40.00) | $1,190.70 |
| 12/16/2020 | 59136 POS PUR 12/15 14:40 APPLEBEES ALTO92 ALTOONA PA 06 059136 ~5812 | Restaurants | | ($50.42) | $1,230.70 |
| 12/16/2020 | 99872 POS PUR 12/15 21:57 OLD DIRT ROAD PR EVERETT PA 00000000 099872 ~1799 | Contracted Services | | ($55.39) | $1,281.12 |
| 12/16/2020 | 48839 POS PUR 12/15 20:45 SQ *CHANGING EDG Everett PA 00000000 048839 ~7230 | Personal Services | | ($66.00) | $1,336.51 |
| 12/15/2020 | 202968 PIN PUR 12/15 11:27 KOHLS 0970 213 S ALTOONA PA 99999999 202968 ~5311 | Retail Store | | ($15.00) | $1,402.51 |
| 12/15/2020 | 86170 PIN PUR 12/15 10:58 DICK'S CLOTHING& ALTOONA PA 00335837 086170 ~5941 | Misc. Specialty Retail | | ($34.99) | $1,417.51 |
| 12/15/2020 | 86050 PIN PUR 12/15 11:59 BATH & BODY WORK ALTOONA PA 43847201 086050 ~5999 | Misc. Specialty Retail | | ($66.58) | $1,452.50 |
| 12/15/2020 | 12919 PIN PUR 12/15 11:10 ULTA #204 ALTOONA PA 07808216 035092000143 ~5399 | Food | | ($77.04) | $1,519.08 |
| 12/15/2020 | 345860 PIN PUR 12/15 15:40 EVERETT IGA EVERETT PA 68839201 345860 ~5411 | Food | | ($181.60) | $1,596.12 |
| 12/14/2020 | 80084 POS PUR 12/11 10:44 BEST WAY PIZZA E EVERETT PA V6015770 080084 ~5812 | Restaurants | | ($30.28) | $1,777.72 |
| 12/14/2020 | 96768 POS PUR 12/13 06:03 MIKE'S PLACE CLEARVILLE PA 3 096768 ~5812 | Restaurants | | ($53.71) | $1,808.00 |
| 12/14/2020 | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | ($75.00) | $1,861.71 |
| 12/14/2020 | 219622 PIN PUR 12/12 13:13 ZIMMERMAN'S ACE EVERETT PA 08965895 219622 ~5251 | Misc. Service Providers | | ($247.73) | $1,936.71 |
| 12/14/2020 | Check | UNCATEGORIZED | | ($400.00) | $2,184.44 |

| Date | Description | Category | Check | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|---|
| | | | 0000000749 | | | |
| 12/14/2020 | Check | UNCATEGORIZED | 0000000739 | | ($1,247.50) | $2,584.44 |
| 12/11/2020 | Check | UNCATEGORIZED | 0000000742 | | ($800.00) | $3,831.94 |
| 12/11/2020 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,344.05 | | $4,631.94 |
| 12/10/2020 | Check | UNCATEGORIZED | 0000000741 | | ($306.28) | $1,287.89 |
| 12/9/2020 | 60016 POS PUR 12/08 20:28 BEST WAY PIZZA H HOPEWELL PA 77010291 060016 ~5812 | Restaurants | | | ($5.49) | $1,594.17 |
| 12/9/2020 | 851536 POS PUR 12/08 18:13 SHEETZ 0577 HUNTINGDON PA 22836101 851536 ~5542 | Fuel | | | ($34.34) | $1,599.66 |
| 12/8/2020 | ERIE LIFE INSUR PREM P 2AT1016284 | UNCATEGORIZED | | | ($168.18) | $1,634.00 |
| 12/8/2020 | ERIE INS GROUP ERIEXPSPAY QXXXXX9846 | UNCATEGORIZED | | | ($584.42) | $1,802.18 |
| 12/7/2020 | VERIZON FINANCIA PAYMENTS 0740 | UNCATEGORIZED | | | ($500.00) | $2,386.60 |
| 12/4/2020 | Check | UNCATEGORIZED | 0000000735 | | ($75.00) | $2,886.60 |
| 12/3/2020 | Check | UNCATEGORIZED | 0000000109 | | ($47.00) | $2,961.60 |
| 12/3/2020 | 63129 RECURRING 12/01 15:24 AUTOPAY/DISH NTW 800-333-3474 CO 00010001 063~4899 | Cable, Satellite, and Ot… | | | ($163.20) | $3,008.60 |
| 12/2/2020 | 235548 POS PUR 12/01 18:15 SHEETZ 0577 HUNTINGDON PA 22836101 235548 ~5542 | Fuel | | | ($34.35) | $3,171.80 |
| 12/2/2020 | Check | UNCATEGORIZED | 0000000736 | | ($100.00) | $3,206.15 |
| 11/30/2020 | 328528 PIN PUR 11/27 19:05 SHEETZ 0023 EVERETT PA 08081001 328528 ~5541 | Fuel | | | ($5.99) | $3,306.15 |
| 11/30/2020 | 0093 POS PUR 11/27 09:31 BURGER KING #258 HUNTINGDON PA 00001767 00009~5814 | Restaurants | | | ($7.30) | $3,312.14 |
| 11/30/2020 | 517271 POS PUR 11/29 11:32 SHEETZ 0023 EVERETT PA 08081001 517271 ~5542 | Fuel | | | ($40.00) | $3,319.44 |