UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Foor, Kevin S.

Case No. 19-70130-JAD

Reporting Period: Jan 2021

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_K. S. For_ _____    2-13-21 _____
Signature of Debtor                                          Date

_____    _____
Signature of Joint Debtor                                    Date

_____    _____
Signature of Preparer                                        Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Foor, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: Jan 2021

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 1587.36 | 1743.44 |
| **RECEIPTS** | | |
| Wages (Net) | 7357.78 | 141693.76 |
| Interest and Dividend Income | 0 | 0 |
| Alimony and Child Support | 0 | 0 |
| Social Security and Pension Income | 0 | 0 |
| Sale of Assets | 0 | 0 |
| Other Income (attach schedule) | 0 | 0 |
| Total Receipts | 7357.78 | 152970.32 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | 2514.92 | 39942.42 |
| Other Secured Note Payments | 0 | 0 |
| Utilities | 0 | 0 |
| Insurance | 1096.41 | |
| Auto Expense | 862.09 | 22865.09 |
| Lease Payments | 907.37 | 5712.92 |
| IRA Contributions | 0 | 14,934.19 |
| Repairs and Maintenance | 0 | 0 |
| Medical Expenses | 0 | 0 |
| Household Expenses | 60.00 | 375.00 |
| Charitable Contributions | 828.90 | 3972.43 |
| Alimony and Child Support Payments | 0 | 26892.43 |
| Taxes - Real Estate | 0 | 0 |
| Taxes - Personal Property | 0 | 0 |
| Taxes - Other (attach schedule) | 0 | 29.40 |
| Travel and Entertainment | 350.00 | 0 |
| Gifts | 0 | 5319.63 |
| Other (attach schedule) | 0 | 184.09 |
| Total Ordinary Disbursements | 132.23 | 0 |
| | 6691.92 | 2849.05 |
| **REORGANIZATION ITEMS:** | | 147280.03 |
| Professional Fees | 0 | 0 |
| U.S. Trustee Fees | 450.00 | 4025.00 |
| Other Reorganization Expenses (attach schedule) | 0 | 0 |
| Total Reorganization Items | 450.00 | 4025.00 |
| Total Disbursements (Ordinary + Reorganization) | 7141.92 | 151305.08 |
| Net Cash Flow (Total Receipts - Total Disbursements) | 215.86 | 1665.19 |
| Cash - End of Month (Must equal reconciled bank statement) | 1803.22 | 2789.82 |

FORM MOR-1(INDV)
(9/99)

Foor, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: Jan 2021

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| **Other Taxes** | | |
| Comm of PA | 150.00 | |
| payment to IRS | 200.00 | |
| | 0 | |
| | 0 | |
| **Other Ordinary Disbursements** | 350.00 | |
| Credit Card | 132.23 | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CONT)
(9/99)

Pool, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: Jan 2021

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employee | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employer | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Income | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Federal Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| State and Local | | | | | | |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| Sales | 0 | 0 | 0 | 0 | 0 | 0 |
| Excise | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Real Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Personal Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total State and Local | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Taxes | 0 | 0 | 0 | 0 | 0 | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Wages Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Building | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt/Adequate Protection Payments | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due to Insiders* | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Postpetition Debts | 0 | 0 | 0 | 0 | 0 | 0 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Foor, Kevin S.                                 Case No. 19-70130-JAD

Debtor                                              Reporting Period: Jan 2021

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 |
| + Amounts billed during the period | 0 |
| - Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 0 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0 |
| 31 - 60 days old | 0 |
| 61 - 90 days old | 0 |
| 91+ days old | 0 |
| Total Accounts Receivable | 0 |
| Amount considered uncollectible (Bad Debt) | 0 |
| Accounts Receivable (Net) | 0 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |

FORM MOR-5
(9/99)

# Account Activity

Business Checking ******3126

| Balances as of | Available Balance: | Ledger Balance |
|---|---|---|
| 2/7/2021 | $4,812.31 | $4,838.80 |

## Pending Transactions

| Date | Description | Category | Check | Deposits | Withdrawals |
|---|---|---|---|---|---|
| 2/10/2021 | PROCESSING: 390378 PREAUTH DISH NETWORK-ONE ENGLEWOOD CO 09359677 390378~4899 | UNCATEGORIZED | | | ($26.49) |

## Transactions

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 2/5/2021 | 245499 PIN PUR 02/05 08:11 SHEETZ 0577 HUNTINGDON PA 22836101 245499 ~5541 | Fuel | | | ($8.61) | $4,838.80 |
| 2/5/2021 | Check | UNCATEGORIZED | 0000000766 | | ($150.00) | $4,847.41 |
| 2/5/2021 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,347.69 | | $4,997.41 |
| 2/3/2021 | Check | UNCATEGORIZED | 0000000111 | | ($47.00) | $1,649.72 |
| 2/3/2021 | West Penn Power CHECK PYMT 0769 | UNCATEGORIZED | | | ($181.16) | $1,696.72 |
| 2/2/2021 | CenturyLink1319 BILL PYMT 770 | UNCATEGORIZED | | | ($54.53) | $1,877.88 |
| 2/2/2021 | 68496 RECURRING 01/31 07:51 AUTOPAY/DISH NTW 800-333-3474 CO 00010001 068~4899 | Cable, Satellite, and Ot… | | | ($169.56) | $1,932.41 |
| 2/2/2021 | Check | UNCATEGORIZED | 0000000767 | | ($508.28) | $2,101.97 |
| 2/1/2021 | 820184 POS PUR 01/30 08:34 SHEETZ 0577 HUNTINGDON PA 22836101 820184 ~5542 | Fuel | | | ($37.31) | $2,608.25 |
| 2/1/2021 | 301144 POS PUR 02/01 07:08 SHEETZ 0023 EVERETT PA 08081001 301144 ~5542 | Fuel | | | ($50.00) | $2,645.56 |
| 1/29/2021 | Check | UNCATEGORIZED | 0000000768 | | ($401.09) | $2,695.56 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 1/27/2021 | AAA LIFE INS PREM XXXXXX8873 ALAN | UNCATEGORIZED | | | ($49.49) | $3,096.65 |
| 1/26/2021 | Check | UNCATEGORIZED | 0000000764 | | ($150.00) | $3,146.14 |
| 1/26/2021 | 3475 ATM WTD 01/25 19:18 FIRST NAT BANK EVERETTE PA FN110805 003475 ~6011 | ATM | | | ($200.00) | $3,296.14 |
| 1/25/2021 | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | | ($75.00) | $3,496.14 |
| 1/25/2021 | VERIZON FINANCIA PAYMENTS 0755 | UNCATEGORIZED | | | ($622.52) | $3,571.14 |
| 1/22/2021 | 22985 POS PUR 01/22 09:55 SHEETZ ECOMMER00 814-9475310 PA 928 022985 ~5541 | Fuel | | | ($9.15) | $4,193.66 |
| 1/22/2021 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,877.86 | | $4,202.81 |
| 1/21/2021 | 580179 POS PUR 01/20 18:22 SHEETZ 0577 HUNTINGDON PA 22836101 580179 ~5542 | Fuel | | | ($35.20) | $324.95 |
| 1/21/2021 | Check | UNCATEGORIZED | 0000000759 | | ($200.00) | $360.15 |
| 1/21/2021 | Check | UNCATEGORIZED | 0000000758 | | ($2,514.92) | $560.15 |
| 1/20/2021 | 40010 POS PUR 01/19 13:51 BEST WAY PIZZA H HOPEWELL PA 77010291 040010 ~5812 | Restaurants | | | ($5.49) | $3,075.07 |
| 1/19/2021 | 185299 PIN PUR 01/16 13:12 SHEETZ 0577 HUNTINGDON PA 22836101 185299 ~5541 | Fuel | | | ($6.65) | $3,080.56 |
| 1/19/2021 | 144945 POS PUR 01/15 18:12 SHEETZ 0577 HUNTINGDON PA 22836101 144945 ~5542 | Fuel | | | ($37.11) | $3,087.21 |
| 1/19/2021 | COMENITYCARD PAY CHECK PYMT 762 | UNCATEGORIZED | | | ($38.00) | $3,124.32 |
| 1/19/2021 | CAPITAL ONE ARC CHECK PYMT 0763 | UNCATEGORIZED | | | ($47.23) | $3,162.32 |
| 1/19/2021 | Check | UNCATEGORIZED | 0000000761 | | ($75.00) | $3,209.55 |
| 1/15/2021 | Check | UNCATEGORIZED | 0000000760 | | ($60.00) | $3,284.55 |
| 1/13/2021 | 590384 PIN PUR 01/12 19:09 SHEETZ 0023 EVERETT PA 08081001 590384 ~5541 | Fuel | | | ($7.98) | $3,344.55 |
| 1/13/2021 | ACHIVR VISB BILL PYMNT 6669686 | UNCATEGORIZED | | | ($622.52) | $3,352.53 |
| 1/12/2021 | 549607 PIN PUR 01/12 08:08 SHEETZ 0577 HUNTINGDON PA 22836101 549607 ~5541 | Fuel | | | ($7.62) | $3,975.05 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 1/11/2021 | 505674 POS PUR 01/08 18:56 AMOCO#1010000COT HOPEWELL PA 61507801 505674 ~5542 | Fuel | | | ($30.01) | $3,982.67 |
| 1/11/2021 | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | | ($75.00) | $4,012.68 |
| 1/11/2021 | 19283 PIN PUR 01/09 12:28 WAL-MART #1684 EVERETT PA 16840043 705426 ~5310 | Discount Stores | | | ($87.28) | $4,087.68 |
| 1/11/2021 | Check | UNCATEGORIZED | 0000000754 | | ($117.30) | $4,174.96 |
| 1/8/2021 | 87201 POS PUR 01/08 07:28 SHEETZ ECOMMER00 814-9475310 PA 928 087201 ~5541 | Fuel | | | ($13.33) | $4,292.26 |
| 1/8/2021 | Check | UNCATEGORIZED | 0000000750 | | ($20.00) | $4,305.59 |
| 1/8/2021 | Check | UNCATEGORIZED | 0000000751 | | ($40.00) | $4,325.59 |
| 1/8/2021 | ERIE LIFE INSUR PREM P 2AT1016284 | UNCATEGORIZED | | | ($168.18) | $4,365.59 |
| 1/8/2021 | Check | UNCATEGORIZED | 0000000757 | | ($306.28) | $4,533.77 |
| 1/8/2021 | ERIE INS GROUP ERIEXPSPAY QXXXXX9846 | UNCATEGORIZED | | | ($584.38) | $4,840.05 |
| 1/8/2021 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,347.69 | | $5,424.43 |
| 1/7/2021 | Check | UNCATEGORIZED | 0000000753 | | ($250.00) | $2,076.74 |
| 1/5/2021 | Check | UNCATEGORIZED | 0000000110 | | ($47.00) | $2,326.74 |
| 1/5/2021 | Check | UNCATEGORIZED | 0000000752 | | ($50.00) | $2,373.74 |
| 1/5/2021 | Check | UNCATEGORIZED | 0000000746 | | ($150.00) | $2,423.74 |
| 1/4/2021 | 398495 POS PUR 01/03 09:46 SHEETZ 0023 EVERETT PA 08081001 398495 ~5542 | Fuel | | | ($51.77) | $2,573.74 |
| 1/4/2021 | Check | UNCATEGORIZED | 0000000747 | | ($100.00) | $2,625.51 |
| 1/4/2021 | 83176 RECURRING 12/31 09:23 AUTOPAY/DISH NTW 800-333-3474 CO 00010001 083~4899 | Cable, Satellite, and Ot… | | | ($163.20) | $2,725.51 |
| 1/4/2021 | Check | UNCATEGORIZED | 0000000756 | | ($401.09) | $2,888.71 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 1/11/2021 | 505674 POS PUR 01/08 18:56 AMOCO#1010000COT HOPEWELL PA 61507801 505674 ~5542 | Fuel | | | ($30.01) | $3,982.67 |
| 1/11/2021 | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | | ($75.00) | $4,012.68 |
| 1/11/2021 | 19283 PIN PUR 01/09 12:28 WAL-MART #1684 EVERETT PA 16840043 705426 ~5310 | Discount Stores | | | ($87.28) | $4,087.68 |
| 1/11/2021 | Check | UNCATEGORIZED | 0000000754 | | ($117.30) | $4,174.96 |
| 1/8/2021 | 87201 POS PUR 01/08 07:28 SHEETZ ECOMMER00 814-9475310 PA 928 087201 ~5541 | Fuel | | | ($13.33) | $4,292.26 |
| 1/8/2021 | Check | UNCATEGORIZED | 0000000750 | | ($20.00) | $4,305.59 |
| 1/8/2021 | Check | UNCATEGORIZED | 0000000751 | | ($40.00) | $4,325.59 |
| 1/8/2021 | ERIE LIFE INSUR PREM P 2AT1016284 | UNCATEGORIZED | | | ($168.18) | $4,365.59 |
| 1/8/2021 | Check | UNCATEGORIZED | 0000000757 | | ($306.28) | $4,533.77 |
| 1/8/2021 | ERIE INS GROUP ERIEXPSPAY QXXXXX9846 | UNCATEGORIZED | | | ($584.38) | $4,840.05 |
| 1/8/2021 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,347.69 | | $5,424.43 |
| 1/7/2021 | Check | UNCATEGORIZED | 0000000753 | | ($250.00) | $2,076.74 |
| 1/5/2021 | Check | UNCATEGORIZED | 0000000110 | | ($47.00) | $2,326.74 |
| 1/5/2021 | Check | UNCATEGORIZED | 0000000752 | | ($50.00) | $2,373.74 |
| 1/5/2021 | Check | UNCATEGORIZED | 0000000746 | | ($150.00) | $2,423.74 |
| 1/4/2021 | 398495 POS PUR 01/03 09:46 SHEETZ 0023 EVERETT PA 08081001 398495 ~5542 | Fuel | | | ($51.77) | $2,573.74 |
| 1/4/2021 | Check | UNCATEGORIZED | 0000000747 | | ($100.00) | $2,625.51 |
| 1/4/2021 | 33176 RECURRING 12/31 09:23 AUTOPAY/DISH NTW 800-333-3474 CO 00010001 083~4899 | Cable, Satellite, and Ot… | | | ($163.20) | $2,725.51 |
| 1/4/2021 | Check | UNCATEGORIZED | 0000000756 | | ($401.09) | $2,888.71 |