**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

Foor, Kevin S.

Case No. 19-70130-JAD

Reporting Period: Feb 2021

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_K S Foor_           3-14-21
Signature of Debtor           Date

_____     _____
Signature of Joint Debtor           Date

_____     _____
Signature of Preparer           Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Foor, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: Feb. 2021

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| **Other Taxes** | | |
| Comm of PA | 150.00 | |
| payment to IRS | 200.00 | |
| School tax | 39.20 | |
| | 389.20 | |
| **Other Ordinary Disbursements** | | |
| Credit Card | 82.60 | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CONT)
(9/99)

Foor, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: Feb. 2021

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 1803.22 | 19,234.66 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | 6695.38 | 148,389.14 |
| Alimony and Child Support | 0 | 0 |
| Social Security and Pension Income | 0 | 0 |
| Sale of Assets | 0 | 0 |
| Other Income (attach schedule) | 0 | 0 |
| Total Receipts | 0 | 0 |
| | 6695.38 | 159,665.70 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | 2714.92 | 42,657.34 |
| Other Secured Note Payments | 0 | 0 |
| Utilities | 0 | 0 |
| Insurance | 1316.21 | 24,181.30 |
| Auto Expense | 814.52 | 6527.44 |
| Lease Payments | 707.37 | 15,641.56 |
| IRA Contributions | 0 | 0 |
| Repairs and Maintenance | 0 | 0 |
| Medical Expenses | 0 | 375.00 |
| Household Expenses | 0 | 3972.43 |
| Charitable Contributions | 806.22 | 27698.65 |
| Alimony and Child Support Payments | 0 | 0 |
| Taxes - Real Estate | 0 | 0 |
| Taxes - Personal Property | 0 | 29.40 |
| Taxes - Other (attach schedule) | 0 | 0 |
| Travel and Entertainment | 389.20 | 5708.83 |
| Gifts | 0 | 184.09 |
| Other (attach schedule) | 0 | 0 |
| | 82.00 | 2131.05 |
| Total Ordinary Disbursements | 6830.44 | 154,110.47 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | 0 | 0 |
| Other Reorganization Expenses (attach schedule) | 0 | 4025.00 |
| Total Reorganization Items | 0 | 0 |
| | 0 | 4625.00 |
| Total Disbursements (Ordinary + Reorganization) | 6830.44 | 158,135.52 |
| Net Cash Flow (Total Receipts - Total Disbursements) | -135.06 | 1530.13 |
| Cash - End of Month (Must equal reconciled bank statement) | 1668.16 | 29,559.98 |

FORM MOR-1 (INDV)
(9/99)

Poor, Kevin S.

Debtor

Case No. 19-70130-JAD

Reporting Period: **Feb. 2021**

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero. Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes. Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employee | 0 | 0 | 0 | 0 | 0 | 0 |
| FICA-Employer | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Income | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Federal Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| **State and Local** | | | | | | |
| Withholding | 0 | 0 | 0 | 0 | 0 | 0 |
| Sales | 0 | 0 | 0 | 0 | 0 | 0 |
| Excise | 0 | 0 | 0 | 0 | 0 | 0 |
| Unemployment | 0 | 0 | 0 | 0 | 0 | 0 |
| Real Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Personal Property | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total State and Local | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Taxes** | 0 | 0 | 0 | 0 | 0 | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Wages Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Building | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent/Leases-Equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Secured Debt/Adequate Protection Payments | 0 | 0 | 0 | 0 | 0 | 0 |
| Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts Due to Insiders* | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Postpetition Debts | 0 | 0 | 0 | 0 | 0 | 0 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Foor, Kevin S.

Case No. 19-70130-JAD

Debtor

Reporting Period: Feb 2021

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 |
| + Amounts billed during the period | 0 |
| - Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 0 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0 |
| 31 - 60 days old | 0 |
| 61 - 90 days old | 0 |
| 91+ days old | 0 |
| Total Accounts Receivable | 0 |
| Amount considered uncollectible (Bad Debt) | 0 |
| Accounts Receivable (Net) | 0 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |

FORM MOR-5
(9/99)

Account Activity

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 3/2/2021 | 891724 POS PUR 03/02 08:58 SHEETZ 0023 EVERETT PA 08081001 891724 ~5542 | Fuel | | | ($36.34) | $1,180.48 |
| 3/2/2021 | Check | UNCATEGORIZED | 0000000777 | | ($39.20) | $1,216.82 |
| 3/1/2021 | AAA LIFE INS PREM XXXXXX8873 ALAN | UNCATEGORIZED | | | ($49.49) | $1,256.02 |
| 3/1/2021 | Check | UNCATEGORIZED | 0000000774 | | ($306.28) | $1,305.51 |
| 2/26/2021 | West Penn Power CHECK PYMT 0775 | UNCATEGORIZED | | | ($453.13) | $1,611.79 |
| 2/25/2021 | 778210 POS PUR 02/24 18:08 SHEETZ 0577 HUNTINGDON PA 22836101 778210 ~5542 | Fuel | | | ($40.76) | $2,064.92 |
| 2/25/2021 | Check | UNCATEGORIZED | 0000000776 | | ($401.09) | $2,105.68 |
| 2/24/2021 | Check | UNCATEGORIZED | 0000000771 | | ($2,714.92) | $2,506.77 |
| 2/23/2021 | 4235 ATM WTD 02/23 07:19 FIRST NAT BANK EVERETTE PA FN110805 004235 ~6011 | ATM | | | ($150.00) | $5,221.69 |
| 2/23/2021 | ACHIVR VISB BILL PYMNT 8433710 | UNCATEGORIZED | | | ($597.50) | $5,371.69 |
| 2/22/2021 | 0046 POS PUR 02/20 13:40 BEDFORD TRUE VAL BEDFORD PA 00005087 000046 ~5251 | Misc. Service Providers | | | ($11.65) | $5,969.19 |
| 2/22/2021 | 10010 POS PUR 02/19 02:23 BEST WAY PIZZA H HUNTINGDON PA 75656840 01001~5812 | Restaurants | | | ($20.84) | $5,980.84 |
| 2/22/2021 | 20009 POS PUR 02/20 06:38 MORRAL FARM SUPP EVERETT PA V6125177 020009 ~5499 | Food | | | ($42.99) | $6,001.68 |
| 2/22/2021 | 428355 POS PUR 02/20 11:20 SHEETZ 0028 BEDFORD PA 08081501 428355 ~5542 | Fuel | | | ($44.10) | $6,044.67 |
| 2/22/2021 | CenturyLink SPEEDPAY XXXXX4159 | UNCATEGORIZED | | | ($69.53) | $6,088.77 |
| 2/22/2021 | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | | ($75.00) | $6,158.30 |
| 2/19/2021 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,347.69 | | $6,233.30 |
| 2/18/2021 | 738099 PIN PUR 02/17 18:28 SHEETZ 0577 HUNTINGDON PA 22836101 738099 ~5541 | Fuel | | | ($1.99) | $2,885.61 |
| 2/18/2021 | 67366 POS PUR 02/17 12:27 THE MEDICINE SHO HUNTINGDON PA 49767366 06736~5912 | Nursing/Personal Care | | | ($2.25) | $2,887.60 |

| Date | Description | Category | Check | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|---|
| 2/5/2021 | Check | UNCATEGORIZED | 0000000766 | | ($150.00) | $4,847.41 |
| 2/5/2021 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,347.69 | | $4,997.41 |
| 2/3/2021 | Check | UNCATEGORIZED | 0000000111 | | ($47.00) | $1,649.72 |
| 2/3/2021 | West Penn Power CHECK PYMT 0769 | UNCATEGORIZED | | | ($191.16) | $1,696.72 |
| 2/2/2021 | CenturyLink1319 BILL PYMT 770 | UNCATEGORIZED | | | ($54.53) | $1,877.88 |
| 2/2/2021 | 68496 RECURRING 01/31 07:51 AUTOPAY/DISH NTW 800-333-3474 CO 00010001 068~4899 | Cable, Satellite, and Ot… | | | ($169.56) | $1,932.41 |
| 2/2/2021 | Check | UNCATEGORIZED | 0000000767 | | ($506.28) | $2,101.97 |
| 2/1/2021 | 820184 POS PUR 01/30 08:34 SHEETZ 0577 HUNTINGDON PA 22836101 820184 ~5542 | Fuel | | | ($37.31) | $2,608.25 |
| 2/1/2021 | 301144 POS PUR 02/01 07:08 SHEETZ 0023 EVERETT PA 08081001 301144 ~5542 | Fuel | | | ($50.00) | $2,645.56 |
| 1/29/2021 | Check | UNCATEGORIZED | 0000000768 | | ($401.09) | $2,695.56 |
| 1/27/2021 | AAA LIFE INS PREM XXXXXX8873 ALAN | UNCATEGORIZED | | | ($49.49) | $3,096.65 |
| 1/26/2021 | Check | UNCATEGORIZED | 0000000764 | | ($150.00) | $3,146.14 |
| 1/26/2021 | 3475 ATM WTD 01/25 19:18 FIRST NAT BANK EVERETTE PA FN110805 003475 ~6011 | ATM | | | ($200.00) | $3,296.14 |
| 1/25/2021 | COMMWLTHOFPA ITS PAINSTPLAN XXXXX1990 | UNCATEGORIZED | | | ($75.00) | $3,496.14 |
| 1/25/2021 | VERIZON FINANCIA PAYMENTS 0755 | UNCATEGORIZED | | | ($622.52) | $3,571.14 |
| 1/22/2021 | 22985 POS PUR 01/22 09:55 SHEETZ ECOMMER00 814-9475310 PA 928 022985 ~5541 | Fuel | | | ($9.15) | $4,193.66 |
| 1/22/2021 | 39000 CL CRESSLE DIR DEP 919 | UNCATEGORIZED | | $3,877.86 | | $4,202.81 |
| 1/21/2021 | 580179 POS PUR 01/20 18:22 SHEETZ 0577 HUNTINGDON PA 22836101 580179 ~5542 | Fuel | | | ($35.20) | $324.95 |
| 1/21/2021 | Check | UNCATEGORIZED | 0000000759 | | ($200.00) | $360.15 |
| 1/21/2021 | Check | UNCATEGORIZED | 0000000758 | | ($2,514.92) | $560.15 |
| 1/20/2021 | 40010 POS PUR 01/19 13:51 BEST WAY PIZZA H HOPEWELL PA 77010291 040010 ~5812 | Restaurants | | | ($5.49) | $3,075.07 |