IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>KEVIN S. FOOR<br>    Debtor | : : : : : | Bankruptcy Case No. 19-70130-JAD<br><br>Chapter 11<br><br>Doc. No. _____ |
| KEVIN S. FOOR<br>    Movant<br><br>V<br><br>NO RESPONDENT | : : : : : : : | <br><br><br><br>Hearing Date and Time:<br>Tuesday, June 1, 2021 at 10:00 a.m. |

**CERTIFICATE OF SERVICE OF MOTION TO WITHDRAW CHAPTER 11 PETITION TOGETHER WITH NOTICE OF HEARING WITH RESPONSE DEADLINE**

    I certify under penalty of perjury that I served the above-captioned pleading on the parties at the addresses specified below **AND** on the attached list on **May 10, 2021.**

    The type of service made on the parties was United States Mail, First-Class Service, postage prepaid and electronic notification.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

**Service by First-Class Mail:**

All parties on the attached Clerk's Mailing Matrix.

**Service by NEF:**

Office of the United States Trustee – ustpregion03.pi.ecf@usdoj.gov

Executed on:   May 10, 2021                           Forr, Stokan, Huff, Kormanski & Naugle

                                                                                                      By: /s/James R. Huff, II
                                                                                                      James R. Huff, II, Esquire
                                                                                                      Attorney for Debtor/Movant
                                                                                                      1701 Fifth Avenue
                                                                                                      Altoona, PA    16602

**PAWB Local Form 7 (07/13)**                           Pa. I.D. No. 33270

```
Label Matrix for local noticing        First Commonwealth Bank              First National Bank of Pennsylvania
0315-7                                 c/o McGrath McCall, P.C.             4140 East State Street
Case 19-70130-JAD                      Four Gateway Center, Suite 1040      Hermitage, PA 16148-3401
WESTERN DISTRICT OF PENNSYLVANIA       444 Liberty Avenue
Johnstown                              Pittsburgh, PA 15222-1225
Mon May 10 15:41:06 EDT 2021

Marine One Acceptance Corporation      PRA Receivables Management, LLC      7
Gross McGinley LLP                     PO Box 41021                         U.S. Bankruptcy Court
Thomas A. Capehart, Esquire            Norfolk, VA 23541-1021               5414 U.S. Steel Tower
33 S. Seventh Street                                                        600 Grant Street
Allentown, PA 18101-2418                                                    Pittsburgh, PA 15219-2703

A&K Distributors                       Altoona Mirror                       American Express
Box 250055                             301 Cayuga Avenue                    P.O. Box 1270
Aguadilla, PR 00604-0055               Altoona, Pennsylvania 16602-4323     Newark, NJ 07101-1270

Anda                                   Appleby & Markle                     Argus Capital Funding
3000 Alt Blvd.                         250 West Main Street                 104 East 25th Street
Grand Island, New York 14072-1246      Everett, Pennsylvania 15537-1137     10th Floor
                                                                            New York, NY 10010-8201

Argus Capital Funding, LLC             Ariel Bouskila, Esquire              Auburn Groceries
C/O Thomson Ollunga, LLP               5 Hanover Square                     2360 Bellingham Drive
747 Third Ave., 2nd Fl.                Ste. 2102                            Troy, MI 48083-2038
New York, NY 10017-2878                New York, New York 10004-2635

Bellco Groceries                       Bonita Pharmaceuticals               Broad Top Bulletin
5500 New Horizons Blvd.                6380 Commerce Drive                  P.O. Box 671
North Amityville, NY 11701-1156        Westland, MI 48185-9120              Bedford, Pennsylvania 15522-0671

Broad Top Medical Center               Bryn Mawr Equipment Finance, Inc.    Brynmawr Funding/Pioneer Rx
P.O. Box 127                           C/O Barbara L. Farley, Esq.          620 W. Germantown Road
Broad Top, Pennsylvania 16621-0127     PO Box 53659                         Suite 310
                                       Philadelphia, PA 19105-3659          Plymouth Meeting, Pennsylvania 19462-2227

Burgmeier Shredding                    CVS Health                           CWI Gifts
1356 Old Sixth Avenue Road             One CVS Drive                        4600 S. Hamilton Road
Altoona, PA 16601-8885                 Woonsocket, Rhode Island 02895-6146  Groveport, OH 43125-9636

Change Healthcare                      Cohen's Inventory Returns            Comcast
P.O. Box 572490                        4320 Saline Street                   P.O. Box 70219
Murray, Utah 84157-2490                Pittsburgh, Pennsylvania 15217-2912  Philadelphia, Pennsylvania 19176-0219

Craig's Cleaning & Repair              Daily News                           Dale Oxygen
3323 Sandy Run Road                    P.O. Box 384                         146 Horner Street
Hopewell, Pennsylvania 16650-8757      Huntingdon, Pennsylvania 16652-0384  Johnstown, Pennsylvania 15902-1996
```

Ehrlich
160 Jari Drive
Suite 140
Johnstown, Pennsylvania 15904-6947

Erie Insurance
100 Erie Insurance Place
Erie, Pennsylvania 16530-9000

FFE Enterprises
44000 Winchester Road
Temecula, California 92590-2578

(p)FIRST COMMONWEALTH BANK
PO BOX 400
INDIANA PA 15701-0400

First National Bank
3015 Glimcher Blvd.
Hermitage, Pennsylvania 16148-3343

First National Bank of Pennsylvania
4140 E. State Street
Hermitage, PA 16148-3401

First National Bank of Pennsylvania
c/o David W. Raphael, Esquire
Grenen & Birsic, PC
One Gateway Center, 9th Floor
Pittsburgh, PA 15222

Flagstar Bank
P.O. Box 660263
Dallas, Texas 75266-0263

H&H Wholesale
Lockbox #775371
350 E. Devon Avenue
Itasca, Illinois 60143-1249

Internal Revenue Service
1000 Liberty Ave Room 711B
Pittsburgh, PA 15222-4107

KBM Collections
20 E. Division Street
2nd Floor
Dover, Delaware 19901-7366

Kalamata Capital Group
c/o Ariel Bouskila
80 Broad Street
Levittown, New York 10004-2584

LG Funding LLC
1218 Union St
Brooklyn, NY 11225-1512

LG Funding, LLC
1218 Union Street
Brooklyn, New York 11225-1512

Live Oak Bank
1741 Tiburon Drive
Wilmington, North Carolina 28403-6244

Live Oak Banking Company
c/o Schiller Knapp Lefkowitz Hertzel LLP
1741 Tiburon Drive
Wilmington, NC 28403-6244

Marine One
5000 Quorum Drive
Suite 200
Dallas, Texas 75254-7405

Master's Pharmaceutical
P.O. Box 840713
Dallas, Texas 75284-0713

Matrix Financial
c/o Flagstar Bank, FSB
5151 Corporate Drive
Troy, MI 48098-2639

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

On Deck
901 N. Stuart Street
Suite 700
Arlington, Virginia 22203-4129

On Deck Capital, Inc.
101 West Colfax Ave., 10th Floor
Denver, CO 80202-5167

Park Avenue Recovery
104 E. 25th Street
10th Floor
New York, New York 10010-8201

Park's Garbage
P.O. Box 218
Mount Union, Pennsylvania 17066-0218

Penelec
P.O. Box 3687
Akron, Ohio 44309-3687

Peterson Accounting
1798 Plank Road
Suite 301
Duncansville, Pennsylvania 16635-8389

Pinnacle Computer Technologies, Inc.
102 East Pitt Street
Bedford, Pennsylvania 15522-1317

Pioneer RX
P.O. Box 53407
Shreveport, Louisiana 71135-3407

Pitney Bowes Global Financial
P.O. Box 371887
Pittsburgh, PA 15250-7887

Praxis Med
13600 Shoreline Drive
Suite 200
Earth City, MO 63045-1218

| | | |
|---|---|---|
| R.J. Hedges & Associates<br>P.O. Box H<br>New Florence, Pennsylvania 15944-0427 | Raz Imports<br>1020 Eden Road<br>Arlington, Texas 76001-7885 | River City<br>P.O. Box 840713<br>Dallas, Texas 75284-0713 |
| Roaring Spring Water<br>P.O. Box 97<br>Roaring Spring, PA 16673-0097 | Roaring Spring Water<br>P.O. Box 97<br>740 Spang Street<br>Roaring Spring, PA 16673-1924 | Saxton Borough<br>707 9th Street<br>Saxton, PA 16678-1109 |
| Stoudnour Petroleum<br>P.O. Box 40<br>Saxton, PA 16678-0040 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Top RX, LLC<br>P.O. Box 1844, Dept. T-5<br>Memphis, Tennessee 38101-1844 | Top Rx<br>C/O Sharon M. Bibbs<br>2950 Brother Blvd.<br>Bartlett, TN 38133-3968 | Tri-State Distribution<br>P.O. Box 600<br>Spartan, Tennessee 38583-0600 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Unifirst<br>335 Industrial Park Blvd.<br>Ebensburg, PA 15931-4117 | Value Drug Company<br>195 Theater Drive<br>Duncansville, Pennsylvania 16635-7144 |
| West Penn Power<br>5001 NASA Blvd<br>Fairmont WV 26554-8248 | Wex Bank<br>P.O. Box 6293<br>Carol Stream, IL 60197-6293 | James R. Huff II<br>Sullivan Forr Stokan & Huff<br>1701 Fifth Avenue<br>Altoona, PA 16602-2319 |
| Kevin S. Foor<br>907 Frame Church Road<br>Everett, PA 15537-7970 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| First Commonwealth Bank<br>P.O. Box 400<br>Indiana, Pennsylvania 15701 | U.S. Bank<br>P.O. Box 790408<br>St. Louis, Missouri 63179 | (d)U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St. Louis MO 63166-0108 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)FLAGSTAR BANK FSB as servicer for Matrix F

(u)Discharged

(d)First Commonwealth Bank
c/o McGrath McCall, P.C.
Four Gateway Center, Suite 1040
444 Liberty Avenue
Pittsburgh, PA 15222-1225

(d)First National Bank of Pennsylvania
4140 East State Street
Hermitage, PA 16148-3401

End of Label Matrix
Mailable recipients  78
Bypassed recipients   4
Total                82