IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 19-70130-JAD |
| KEVIN S. FOOR | : | |
|    Debtor | : | Chapter 11 |
| | : | |
| | : | Related to Doc. Nos. 107, 108 and 109 |
| KEVIN S. FOOR | : | |
|    Movant | : | |
| | : | |
| V | : | |
| | : | Hearing Date and Time: |
| NO RESPONDENT | : | Tuesday, June 1, 2021 at 10:00 a.m. |

## **CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Withdraw Chapter 11 Petition together with Notice of Hearing and Response Deadline and served on all interested parties as listed on the Clerk's Mailing Matrix has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than May 28, 2021.

It is hereby respectfully requested that the Order attached to Movant's Motion Withdraw Chapter 11 Petition be entered by the Court.

                                  Respectfully submitted,

                                  FORR, STOKAN, HUFF, KORMANSKI & NAUGLE

                                  /s/James R. Huff, II
                        By:_____
                                  James R. Huff, II, Esquire
                                  Attorneys for Debtor/Movant
                                  State I.D. #33270
                                  1701 Fifth Avenue
                                  Altoona, PA 16602
Dated:   June 1, 2021                (814) 946-4316