UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: : | Bankruptcy Case No. 19-70130-JAD |
| KEVIN S. FOOR : | |
|    Debtor : | Chapter 11 |
| : | Related to |
| : | Docket No. _____107_____ |
| KEVIN S. FOOR : | |
|    Movant : | |
| : | |
| V : | |
| : | Hearing Date and Time: |
| NO RESPONDENT : | Tuesday, June 1, 2021 at 10:00 a.m. |

## ORDER

AND NOW, to wit, this __1st__ day of ____June____ A.D. 2021, the above identified matter having come before this Court in connection with Debtor's Motion to Withdraw Chapter 11 Bankruptcy Proceeding and after reviewing the same, it is hereby **ORDERED, DIRECTED AND DECREED** that said Motion is granted and said Chapter 11 Bankruptcy Proceeding is dismissed without prejudice.

BY THE COURT:

_____sjk_____
Honorable Jeffery A. Deller
United States Bankruptcy Judge

FILED
6/1/21 2:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kevin S. Foor  
    Debtor

Case No. 19-70130-JAD  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: aala      Page 1 of 3  
Date Rcvd: Jun 02, 2021      Form ID: pdf900      Total Noticed: 76

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin S. Foor, 907 Frame Church Road, Everett, PA 15537-7970 |
| cr | + | Marine One Acceptance Corporation, Gross McGinley LLP, Thomas A. Capehart, Esquire, 33 S. Seventh Street, Allentown, PA 18101-2418 |
| 15007924 | + | A&K Distributors, Box 250055, Aguadilla, PR 00604-0055 |
| 15007925 | + | Altoona Mirror, 301 Cayuga Avenue, Altoona, Pennsylvania 16602-4323 |
| 15199376 | + | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 15007927 | + | Appleby & Markle, 250 West Main Street, Everett, Pennsylvania 15537-1137 |
| 15007928 | + | Argus Capital Funding, 104 East 25th Street, 10th Floor, New York, NY 10010-8201 |
| 15059201 | + | Argus Capital Funding, LLC, C/O Thomson Ollunga, LLP, 747 Third Ave., 2nd Fl., New York, NY 10017-2878 |
| 15007929 | + | Ariel Bouskila, Esquire, 5 Hanover Square, Ste. 2102, New York, New York 10004-2635 |
| 15007930 | + | Auburn Groceries, 2360 Bellingham Drive, Troy, MI 48083-2038 |
| 15007931 | + | Bellco Groceries, 5500 New Horizons Blvd., North Amityville, NY 11701-1156 |
| 15007932 | + | Bonita Pharmaceuticals, 6380 Commerce Drive, Westland, MI 48185-9120 |
| 15007933 | + | Broad Top Bulletin, P.O. Box 671, Bedford, Pennsylvania 15522-0671 |
| 15007934 | + | Broad Top Medical Center, P.O. Box 127, Broad Top, Pennsylvania 16621-0127 |
| 15076936 | + | Bryn Mawr Equipment Finance, Inc., C/O Barbara L. Farley, Esq., PO Box 53659, Philadelphia, PA 19105-3659 |
| 15007935 | + | Brynmawr Funding/Pioneer Rx, 620 W. Germantown Road, Suite 310, Plymouth Meeting, Pennsylvania 19462-2227 |
| 15199377 | + | Burgmeier Shredding, 1356 Old Sixth Avenue Road, Altoona, PA 16601-8885 |
| 15007940 | + | CVS Health, One CVS Drive, Woonsocket, Rhode Island 02895-6146 |
| 15007941 | + | CWI Gifts, 4600 S. Hamilton Road, Groveport, OH 43125-9636 |
| 15007936 | + | Change Healthcare, P.O. Box 572490, Murray, Utah 84157-2490 |
| 15007937 | + | Cohen's Inventory Returns, 4320 Saline Street, Pittsburgh, Pennsylvania 15217-2912 |
| 15007939 | + | Craig's Cleaning & Repair, 3323 Sandy Run Road, Hopewell, Pennsylvania 16650-8757 |
| 15007942 | + | Daily News, P.O. Box 384, Huntingdon, Pennsylvania 16652-0384 |
| 15007943 | + | Dale Oxygen, 146 Horner Street, Johnstown, Pennsylvania 15902-1996 |
| 15007944 | + | Ehrlich, 160 Jari Drive, Suite 140, Johnstown, Pennsylvania 15904-6947 |
| 15007946 | + | FFE Enterprises, 44000 Winchester Road, Temecula, California 92590-2578 |
| 15010752 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15007948 | + | First National Bank, 3015 Glimcher Blvd., Hermitage, Pennsylvania 16148-3343 |
| 15025524 | + | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15136403 | + | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15136404 | | First National Bank of Pennsylvania, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15007949 | + | Flagstar Bank, P.O. Box 660263, Dallas, Texas 75266-0263 |
| 15007950 | + | H&H Wholesale, Lockbox #775371, 350 E. Devon Avenue, Itasca, Illinois 60143-1249 |
| 15007952 | + | KBM Collections, 20 E. Division Street, 2nd Floor, Dover, Delaware 19901-7366 |
| 15007951 | #+ | Kalamata Capital Group, c/o Ariel Bouskila, 80 Broad Street, Levittown, New York 10004-2584 |
| 15044481 | + | LG Funding LLC, 1218 Union St, Brooklyn, NY 11225-1512 |
| 15007953 | + | LG Funding, LLC, 1218 Union Street, Brooklyn, New York 11225-1512 |
| 15007954 | + | Live Oak Bank, 1741 Tiburon Drive, Wilmington, North Carolina 28403-6244 |
| 15052986 | + | Live Oak Banking Company, c/o Schiller Knapp Lefkowitz Hertzel LLP, 1741 Tiburon Drive, Wilmington, NC 28403-6244 |
| 15007956 | + | Master's Pharmaceutical, P.O. Box 840713, Dallas, Texas 75284-0713 |
| 15007958 | + | Park Avenue Recovery, 104 E. 25th Street, 10th Floor, New York, New York 10010-8201 |
| 15007959 | + | Park's Garbage, P.O. Box 218, Mount Union, Pennsylvania 17066-0218 |
| 15007960 | + | Penelec, P.O. Box 3687, Akron, Ohio 44309-3687 |
| 15007961 | + | Peterson Accounting, 1798 Plank Road, Suite 301, Duncansville, Pennsylvania 16635-8389 |

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 15007962 | + | Pinnacle Computer Technologies, Inc., 102 East Pitt Street, Bedford, Pennsylvania 15522-1317 |
| 15007963 | + | Pioneer RX, P.O. Box 53407, Shreveport, Louisiana 71135-3407 |
| 15199378 | + | Pitney Bowes Global Financial, P.O. Box 371887, Pittsburgh, PA 15250-7887 |
| 15007964 | + | Praxis Med, 13600 Shoreline Drive, Suite 200, Earth City, MO 63045-1218 |
| 15007965 | + | R.J. Hedges & Associates, P.O. Box H, New Florence, Pennsylvania 15944-0427 |
| 15007966 | + | Raz Imports, 1020 Eden Road, Arlington, Texas 76001-7885 |
| 15007967 | + | River City, P.O. Box 840713, Dallas, Texas 75284-0713 |
| 15007968 | + | Roaring Spring Water, P.O. Box 97, Roaring Spring, PA 16673-0097 |
| 15121124 | + | Roaring Spring Water, P.O. Box 97, 740 Spang Street, Roaring Spring, PA 16673-1924 |
| 15007969 | + | Saxton Borough, 707 9th Street, Saxton, PA 16678-1109 |
| 15007970 | + | Stoudnour Petroleum, P.O. Box 40, Saxton, PA 16678-0040 |
| 15007972 | + | Top RX, LLC, P.O. Box 1844, Dept. T-5, Memphis, Tennessee 38101-1844 |
| 15007971 | + | Top Rx, C/O Sharon M. Bibbs, 2950 Brother Blvd., Bartlett, TN 38133-3968 |
| 15007973 | #+ | Tri-State Distribution, P.O. Box 600, Spartan, Tennessee 38583-0600 |
| 15007975 | + | Unifirst, 335 Industrial Park Blvd., Ebensburg, PA 15931-4117 |
| 15007976 | + | Value Drug Company, 195 Theater Drive, Duncansville, Pennsylvania 16635-7144 |
| 15007977 | + | Wex Bank, P.O. Box 6293, Carol Stream, IL 60197-6293 |

TOTAL: 61

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 03 2021 01:35:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15007926 | + | Email/Text: bankruptcies@andanet.com | Jun 03 2021 02:05:00 | Anda, 3000 Alt Blvd., Grand Island, New York 14072-1246 |
| 15007938 | + | Email/Text: documentfiling@lciinc.com | Jun 03 2021 02:05:00 | Comcast, P.O. Box 70219, Philadelphia, Pennsylvania 19176-0219 |
| 15007945 | + | Email/Text: bankruptcy@erieinsurance.com | Jun 03 2021 02:06:00 | Erie Insurance, 100 Erie Insurance Place, Erie, Pennsylvania 16530-9000 |
| 15007947 | | Email/Text: bankruptcynotice@fcbanking.com | Jun 03 2021 02:05:00 | First Commonwealth Bank, P.O. Box 400, Indiana, Pennsylvania 15701 |
| 15090045 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 03 2021 02:05:00 | Internal Revenue Service, 1000 Liberty Ave Room 711B, Pittsburgh, PA 15222-4107 |
| 15007955 | + | Email/Text: bankruptcy@marineone.com | Jun 03 2021 02:05:00 | Marine One, 5000 Quorum Drive, Suite 200, Dallas, Texas 75254-7405 |
| 15050723 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jun 03 2021 02:05:00 | Matrix Financial, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15007957 | + | Email/Text: bankruptcy@ondeck.com | Jun 03 2021 02:06:00 | On Deck, 901 N. Stuart Street, Suite 700, Arlington, Virginia 22203-4129 |
| 15042296 | + | Email/Text: bankruptcy@ondeck.com | Jun 03 2021 02:06:00 | On Deck Capital, Inc., 101 West Colfax Ave., 10th Floor, Denver, CO 80202-5167 |
| 15051977 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 03 2021 01:38:47 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15008126 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 03 2021 01:38:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15007974 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 03 2021 02:05:00 | U.S. Bank, P.O. Box 790408, St. Louis, Missouri 63179 |
| 15138765 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 03 2021 02:05:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 15033976 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 03 2021 02:05:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

| District/off: 0315-7 | User: aala | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2021 | Form ID: pdf900 | Total Noticed: 76 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FLAGSTAR BANK FSB as servicer for Matrix Financial |
| cr | | Live Oak Bank |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| cr | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2021              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FLAGSTAR BANK FSB as servicer for Matrix Financial bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| James R. Huff, II | on behalf of Debtor Kevin S. Foor jhuff@sfshlaw.com |
| Keri P. Ebeck | on behalf of Creditor Live Oak Bank kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Larry E. Wahlquist | on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov |
| Martin A. Mooney | on behalf of Creditor Live Oak Bank kcollins@schillerknapp.com lgadomski@schillerknapp.com |
| Norma Hildenbrand, on Behalf of the United States Trustee by | on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |
| Thomas A. Capehart | on behalf of Creditor Marine One Acceptance Corporation jkacsur@grossmcginley.com ehutchinson@grossmcginley.com |

TOTAL: 10